# EXHIBIT LIST

| | |
|---|---|
| A | Martinez Florida Criminal History |
| B | Probable Cause Order in State of Florida v. Jorge Martinez, Orange County, Florida Ninth Judicial Circuit Court, Case No. 2017-CF-012898-A-O |
| C | Investigative Supplement dated February 29, 2016 |
| D | First Loan Agreement |
| E | First Loan Note |
| F | First Security Deed |
| G | UCC-1 Financing Statement filed with the State of Georgia March 20, 2023 |
| H | UCC-1 Financing Statement filed with the State of Delaware on December 12, 2023 |
| I | UCC-1 Financing Statement filed with the State of Wyoming on December 14, 2023 |
| J | First Securities Pledge Agreement |
| K | First Personal Guaranty |
| L | First Default Notice |
| M | Letter to David Anton, Esq. dated January 16, 2024 |
| N | Second Loan Agreement |
| O | Second Loan Note |
| P | Second Security Deed |

| | |
|---|---|
| Q | UCC-1 Financing Statement filed with the State of Georgia August 14, 2023 |
| R | Second Personal Guaranty |
| S | Second Securities Pledge Agreement |
| T | Second Default Notice |
| U | Letter to David Anton, Esq. dated January 30, 2024 |
| V | Letter to David Anton, Esq. dated January 17, 2024 |
| W | Emails from Jorge Martinez |
| X | Compass Golf, LLC Profit and Loss Statements January 1 – November 30, 2023 |
| Y | March 4, 2024 Email |
| Z | Limited Warranty Deed with PT-61 recorded September 15, 2023 |
| AA | Limited Warranty Deed with PT-61 recorded February 5, 2024 |