Results (Step 6 of 6)

**Additional Options:**

Additional e-mail address(es) to share the Florida criminal history record check result with:(Separate multiple e-mail addresses by a comma [,]) Results will be e-mailed immediately.

✉ Share history result

🖨 Print History

🔍 New Search

⬅ Back to Search Results

Exhibit A - Page 1

```
--FLORIDA CCH RESPONSE--
FC.DLE/03063516.PUR/P.ATN/ANONCCHINET/ROBERTARKIN
        SID NUMBER: 03063516      PURPOSE CODE: Public Record Checks


================================================================================
 Because additions or deletions may be made at any time, a new copy should be re
 quested when needed for future use.
================================================================================
                      -   Florida   Criminal   History   -
================================================================================


============================   IDENTITY SECTION   ==============================
State ID
03063516


===============================   DEMOGRAPHICS   ===============================
Name                       Date of Birth              Social Security Number
MARTINEZ, JORGE            02/09/1972                 XXX-XX-4311

Sex                        Race                       Place of Birth
Male                       White                      Florida

Height                     Weight                     Ethnicity
5' 07"                     200 lbs

Hair Color                 Eye Color
Gray or Partially Gray     Brown

Other Sex                  Other Race                 Other Place(s) of Birth
                                                      USA [United States of America
                                                      ]

Address
13630 DORNOCH DR, ORLANDO, Florida

==================================== Cycle 1 ===================================

OBTS                    0002626177
Arrest

 Date of Arrest         03/16/1990
 Charge                 001
  Arresting Agency ORI   FL0130000
  Arresting Agency Name  Miami Dade County Sheriffs Office/PD
  Date of Offense        03/16/1990
  Agency Case Number     452219
  Treat As Adult         Yes
  AON Description        Marijuana-Possess

  Statute                Level                      Degree
                         Misdemeanor                Unknown

  Offense Literal        MISD
  Charge Count           1

  Judicial
```

Exhibit A - Page 2

```
   Charge                     001-1

   Arrest Charge Status       Charge Resulted From Arrest

   Judicial Agency ORI        FL013015A
   Judicial Agency Name       Dade County State Attorney's Office
   Treat As Adult             Yes
   Uniform Case Number        131990CF0108350001XX
   Sequence Number            1

  Prosecution
   Prosecution
   Charge Status              Same As Above
   PON Description            Marijuana-Possess
   Offense Literal            CANNABIS POSN 0 20

   Statute                    Level                      Degree
   893.13.1g                  Misdemeanor                1st Degree

   Statute Description        Marijuana-Possess
   Charge Count               1
   Counsel Type               Other
   Final Action Taken         Dropped/Abandoned
   Final Decision Date        04/06/1990

 Charge                       002
  Arresting Agency ORI        FL0130000
  Arresting Agency Name       Miami Dade County Sheriffs Office/PD
  Date of Offense             03/16/1990
  Agency Case Number          452219
  Treat As Adult              Yes
  AON Description             Marijuana

  Statute                     Level                     Degree
                              Unknown                   Unknown

  Offense Literal             PURCH 1000 FT SCH ZONE
  Charge Count                1

  Judicial
   Charge                     002-1

   Arrest Charge Status       Charge Resulted From Arrest

   Judicial Agency ORI        FL013025J
   Judicial Agency Name       Miami Dade County Clerk of Court
   Treat As Adult             Yes
   Uniform Case Number        131990CF0108350001XX
   Sequence Number            2

  Prosecution
   PON Description            Drugs-Sell
   Offense Literal            CONT SUBS SALE SCHOL

   Statute                    Level                     Degree
   893.13.1e1                 Felony                    1st Degree
```

Exhibit A - Page 3

```
    Statute Description    DRUGS-SELL
    Charge Count           1
    Counsel Type           Other
    Final Action Taken     Filed
    Final Decision Date    04/06/1990

  Court
    Court Charge Status    Not Applicable
    CON Description        Drugs-Sell
    Offense Literal        CONT SUBS SALE SCHOL

    Statute                Level                   Degree
    893.13.1e1             Felony                  1st Degree

    Statute Description    DRUGS-SELL
    Charge Count           1
    Trial Type             None
    Final Plea             Nolo Contendre
    Final Action Taken     Adjudication Withheld
    Final Decision Date    06/19/1990

  Sentence
    Sentence Type          Concurrent
    Sentence Imposed Date  06/19/1990
    Uniform Case Number
    At Sentence            F90010835
    Sentence
    Sequence Number        0
    Maximum Confinement    2 days
    Confinement Type       County Jail
    Credit Time Served     0 days
    Court Fine ($)         0.00
    Court Cost ($)         0.00
    Restitution ($)        0.00

=================================== Cycle 2 ====================================

OBTS                       1306003143
Arrest

  Date of Arrest           07/17/1998
  Charge                   001
  Arresting Agency ORI     FL0130000
  Arresting Agency Name    Miami Dade County Sheriffs Office/PD
  Agency Case Number       452219
  Turned Over To
  Agency ORI               FL0440000
  Turned Over To
  Agency Name              Monroe County Sheriffs Office
  AON Description          Larc

    Statute                Level                   Degree
                           Unknown                 Unknown

    Charge Count           1

=================================== Cycle 3 ====================================
```

```
 OBTS                      1305116395
 Arrest

  Date of Arrest           03/19/2008
  Charge                   001
   Arresting Agency ORI    FL0130000
   Arresting Agency Name   Miami Dade County Sheriffs Office/PD
   Date of Offense         03/19/2008
   Agency Case Number      0452219
   AON Description         Larc

   Statute                 Level                      Degree
   812.014.2a              Felony                     1st Degree

   Statute Description     GRAND THEFT $100K+ OR LEO SEMI CAUSE DAMAGE
   Offense Literal         GRAND THEFT 1ST DEGREE  100,000 OR MORE
   Charge Count            1

   Judicial
    Charge                 001-1

    Arrest Charge Status   Charge Resulted From Arrest

    Judicial Agency ORI    FL013015A
    Judicial Agency Name   Dade County State Attorney's Office
    Uniform Case Number    132008CF0101220001XX
    Sequence Number        1

   Prosecution
    Prosecution
    Charge Status          Initiated by Prosecutor
    PON Description        Larc
    Offense Literal        GRAND THEFT 1ST DEG

    Statute                Level                      Degree
    812.014.2a             Felony                     1st Degree

    Statute Description    GRAND THEFT $100K+ OR LEO SEMI CAUSE DAMAGE
    Charge Count           1
    Counsel Type           Other
    Final Action Taken     Dropped/Abandoned
    Final Decision Date    04/09/2008

  Charge                   002
   Arresting Agency ORI    FL0130000
   Arresting Agency Name   Miami Dade County Sheriffs Office/PD
   Date of Offense         03/19/2008
   Agency Case Number      0452219
   AON Description         Fraud-Imperson

   Statute                 Level                      Degree
   817.568.2               Felony                     3rd Degree

   Statute Description     Fraud-Imperson
   Offense Literal         IDENTIFICATION PERSONAL FRAUDULENT USE POSSESS
   Charge Count            1
```

Exhibit A - Page 5

```
  Judicial
   Charge                    002-1

   Arrest Charge Status      Charge Resulted From Arrest

   Judicial Agency ORI       FL013025J
   Judicial Agency Name      Miami Dade County Clerk of Court
   Uniform Case Number       132008CF0101220001XX
   Sequence Number           2

  Prosecution
   Prosecution
   Charge Status             Initiated by Prosecutor
   PON Description           Larc
   Offense Literal           GRAND THEFT 1ST DEG

   Statute                   Level                       Degree
   812.014.2a                Felony                      1st Degree

   Statute Description       GRAND THEFT $100K+ OR LEO SEMI CAUSE DAMAGE
   Charge Count              1
   Counsel Type              Other
   Final Action Taken        Filed
   Final Decision Date       04/09/2008

  Court
   Court Charge Status       Same
   CON Description           Larc
   Offense Literal           GRAND THEFT 1ST DEG

   Statute                   Level                       Degree
   812.014.2a                Felony                      1st Degree

   Statute Description       GRAND THEFT $100K+ OR LEO SEMI CAUSE DAMAGE
   Charge Count              1
   Trial Type                None
   Final Plea                Guilty
   Final Action Taken        Adjudication Withheld
   Final Decision Date       03/09/2011

  Sentence
   Sentence Type             N/A - Not Applicable
   Sentence Imposed Date     03/09/2011
   Sentence
   Sequence Number           0
   Confinement Type          Not Applicable
   Credit Time Served        0 days
   Probation Length          1 years
   Court Fine ($)            0.00
   Court Cost ($)            0.00
   Restitution ($)           0.00

  Judicial
   Charge                    002-2

   Arrest Charge Status      Charge Resulted From Arrest
```

Exhibit A - Page 6

```
  Judicial Agency ORI     FL013025J
  Judicial Agency Name    Miami Dade County Clerk of Court
  Uniform Case Number     132008CF0101220001XX
  Sequence Number         3

 Prosecution
  Prosecution
  Charge Status           Added Charge
  PON Description         Fraud-Imperson
  Offense Literal         ID USE FRAUDULENTLY

  Statute                 Level                   Degree
  817.568.2c              Felony                  1st Degree

  Statute Description     Use Id Of Another  Wo Consent 50k Dols Or More
  Charge Count            1
  Counsel Type            Other
  Final Action Taken      Filed
  Final Decision Date     04/09/2008

 Court
  Court Charge Status     Same
  CON Description         Fraud-Imperson
  Offense Literal         ID USE FRAUDULENTLY

  Statute                 Level                   Degree
  817.568.2c              Felony                  1st Degree

  Statute Description     Use Id Of Another  Wo Consent 50k Dols Or More
  Charge Count            1
  Trial Type              None
  Final Plea              Guilty
  Final Action Taken      Adjudication Withheld
  Final Decision Date     03/09/2011

 Sentence
  Sentence Type           N/A - Not Applicable
  Sentence Imposed Date   03/09/2011
  Sentence
  Sequence Number         0
  Confinement Type        Not Applicable
  Credit Time Served      0 days
  Probation Length        1 years
  Court Fine ($)          0.00
  Court Cost ($)          0.00
  Restitution ($)         0.00

=================================== Cycle 4 ===================================

OBTS                      4802102767
Arrest

 Date of Arrest           03/05/2010
 Charge                   001
  Arresting Agency ORI    FL0480000
  Arresting Agency Name   Orange County Sheriffs Office
```

Exhibit A - Page 7

```
  Date of Offense          03/05/2010
  AON Description          Out-Of-County Warrant

  Statute                  Level                    Degree
  901.04                   Unknown                  Unknown

  Statute Description      Out-Of-County Warrant
  Offense Literal          OUT-OF-COUNTY WARRANT
  Charge Count             1

 Charge                    002
  Arresting Agency ORI     FL0480000
  Arresting Agency Name    Orange County Sheriffs Office
  Date of Offense          03/05/2010
  AON Description          Out-Of-County Warrant

  Statute                  Level                    Degree
  901.04                   Unknown                  Unknown

  Statute Description      Out-Of-County Warrant
  Offense Literal          OUT-OF-COUNTY WARRANT
  Charge Count             1

==================================== Cycle 5 ====================================

 OBTS                      4803179265
 Arrest


  Name(s)                  Date(s) of Birth         Social Security Number(s)
  MARTINEZ, JORGE          02/09/1972               XXX-XX-4311

  Sex                      Race                     Place of Birth
  Male                     White                    USA [United States of America
                                                    ]

  Height                   Weight                   Ethnicity
  5' 07"                   236 lbs

  Date of Arrest           03/06/2024
  Charge                   001
   Arresting Agency ORI    FL0480000
   Arresting Agency Name   Orange County Sheriffs Office
   Date of Offense         03/06/2024
   AON Description         Larc

   Statute                 Level                    Degree
   812.014.2a1             Felony                   1st Degree

   Statute Description     GRAND THEFT $100K+ OR LEO SEMI CAUSE DAMAGE
   Offense Literal         GRAND THEFT  100K  OR LEO SEMI CAUSE DAMAGE
   Charge Count            1

   Judicial
    Charge                 001-1

    Arrest Charge Status   Charge Resulted From Arrest
```

Exhibit A - Page 8

```
  Name(s)                    Date(s) of Birth        Social Security Number(s)
  MARTINEZ, JORGE            02/09/1972              XXX-XX-4311

  Sex                        Race                    Place of Birth
  Male                       White

  Judicial Agency ORI        FL048093J
  Judicial Agency Name       Orange County Clerk of Court
  Uniform Case Number        482017CF012898000AOX
  Sequence Number            3

 Prosecution
  Prosecution
  Charge Status              Initiated by Prosecutor
  PON Description            Larc
  Offense Literal            GRAND THEFT FIRST DEGREE 100 000 OR MORE

  Statute                    Level                   Degree
  812.014.2a                 Felony                  1st Degree

  Statute Description        GRAND THEFT $100K+ OR LEO SEMI CAUSE DAMAGE
  Charge Count               1
  Filing Date                10/03/2017
  Counsel Type               Private Attorney
  Final Action Taken         Filed
  Final Decision Date        10/03/2017

Charge                       002
 Arresting Agency ORI        FL0480000
 Arresting Agency Name       Orange County Sheriffs Office
 Date of Offense             03/06/2024
 AON Description             Fraud-Swindle

 Statute                     Level                   Degree
 817.034.4a1                 Felony                  1st Degree

 Statute Description         Obtain Property 50k Dols Or More
 Offense Literal             OBTAIN PROPERTY 50K DOLS OR MORE
 Charge Count                1

 Judicial
  Charge                     002-1

  Arrest Charge Status       Charge Resulted From Arrest


  Name(s)                    Date(s) of Birth        Social Security Number(s)
  MARTINEZ, JORGE            02/09/1972              XXX-XX-4311

  Sex                        Race                    Place of Birth
  Male                       White

  Judicial Agency ORI        FL048093J
  Judicial Agency Name       Orange County Clerk of Court
  Uniform Case Number        482017CF012898000AOX
```

Exhibit A - Page 9

```
  Sequence Number          1

 Prosecution
  Prosecution
  Charge Status            Initiated by Prosecutor
  PON Description          Fraud-Swindle
  Offense Literal          SCHEME TO DEFRAUD OF 50 000 OR MORE

  Statute                  Level                      Degree
  817.034.4a1              Felony                     1st Degree

  Statute Description      Obtain Property 50k Dols Or More
  Charge Count             1
  Filing Date              10/03/2017
  Counsel Type             Private Attorney
  Final Action Taken       Filed
  Final Decision Date      10/03/2017

Charge                     003
 Arresting Agency ORI      FL0480000
 Arresting Agency Name     Orange County Sheriffs Office
 Date of Offense           03/06/2024
 AON Description           Fraud-Swindle

 Statute                   Level                      Degree
 817.034.4a1               Felony                     1st Degree

 Statute Description       Obtain Property 50k Dols Or More
 Offense Literal           OBTAIN PROPERTY 50K DOLS OR MORE
 Charge Count              1

 Judicial
  Charge                   003-1

  Arrest Charge Status     Charge Resulted From Arrest


  Name(s)                  Date(s) of Birth           Social Security Number(s)
  MARTINEZ, JORGE          02/09/1972                 XXX-XX-4311

  Sex                      Race                       Place of Birth
  Male                     White

  Judicial Agency ORI      FL048093J
  Judicial Agency Name     Orange County Clerk of Court
  Uniform Case Number      482017CF012898000AOX
  Sequence Number          2

 Prosecution
  Prosecution
  Charge Status            Initiated by Prosecutor
  PON Description          Fraud-Swindle
  Offense Literal          SCHEME TO DEFRAUD OF 50 000 OR MORE

  Statute                  Level                      Degree
  817.034.4a1              Felony                     1st Degree
```

Exhibit A - Page 10

```
    Statute Description        Obtain Property 50k Dols Or More
    Charge Count               1
    Filing Date                10/03/2017
    Counsel Type               Private Attorney
    Final Action Taken         Filed
    Final Decision Date        10/03/2017


 ==============================   REGISTRATION   =================================

  OBTS                      0014431928

  Date of Registration      03/09/2011
  Registering Agency ORI    FL0130000
  Registering Agency Name   Miami Dade County Sheriffs Office/PD

  Charge                    001
   AON Description          Criminal Registration
   Registration Literal     CRIMINAL REGISTRATION  NOT AN ARREST
   Registration Type        Criminal Registrant



 ================================================================================
 This record contains Florida information only. When explanation of a charge or
  disposition is needed, communicate directly with the agency that contributed
  the record information.
 ================================================================================
 This record may only be used for the purpose requested as defined by the Code
  of Federal Regulations and/or Florida Statute.
 ================================================================================
 As mandated by Florida Statute 119.071(5), full social security numbers are no
 w exempt from public disclosure and may be disclosed only to governmental enti
 ties and certain commercial entities (upon a showing of business necessity as
 defined by the law). FDLE will, however, release the last four digits of the s
 ocial security number. Example: XXX XX 1234.
 ================================================================================
 End of record
 ================================================================================
 --END--
```

← Back to Search Results

### Additional Options:

Additional e-mail address(es) to share the Florida criminal history record check result with:(Separate multiple e-mail addresses by a comma [,]) Results will be e-mailed immediately.

[                                                                 ]

✉ Share history result

🖨 Print History


Exhibit A - Page 11

🔍 New Search

Exhibit A - Page 12

IN THE CIRCUIT COURT OF ORANGE COUNTY, STATE OF FLORIDA

| | |
|---|---|
| THE STATE OF FLORIDA | INFORMATION # 2017·CF-128998·AO |
| VS. | DIVISION - 14 |
| JORGE MARTINEZ | 1. SCHEME TO DEFRAUD OF $50,000 OR MORE (F1-L7) |
| | 2. SCHEME TO DEFRAUD OF $50,000 OR MORE (F1-L7) |
| | 3. GRAND THEFT FIRST DEGREE ($100,000 OR MORE) (F1-L7) |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE MARTINEZ, between the 1st day of November, 2013 and the 1st day of April, 2014, in said County and State, did, in violation of Florida Statute 817.034(4)(a)(1), engage in a systematic, ongoing course of conduct with intent to defraud ONE (1) or more persons, to-wit: NEW LIFE MINISTRIES or DENNIS K. HUTCHINS or RICHARD JONES and FAITH WORLD CENTER OF ORLANDO or CLINT BROWN or NORVA CARRINGTON, or to obtain property from said one (1) or more persons by false or fraudulent pretenses, representations, or promises, or willful misrepresentations of a future act, and who so obtained property, to-wit: United States Money Current, which has an aggregate value of $50,000.00 or more, from one or more of said persons, to-wit: NEW LIFE MINISTRIES or DENNIS K. HUTCHINS or RICHARD JONES and FAITH WORLD CENTER OF ORLANDO or CLINT BROWN or NORVA CARRINGTON.

## COUNT TWO

ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE MARTINEZ, between the 28th day of August, 2013 and the 1st day of April, 2014, in said County and State, did, in violation of Florida Statute 817.034(4)(a)(1), engage in a systematic, ongoing course of conduct with intent to defraud ONE (1) or more persons, to-wit: DMX GROUP,LLC or CIVAN DANTES, or to obtain property from said one (1) or more persons by false or fraudulent pretenses, representations, or promises, or willful misrepresentations of a future act, and who so obtained property, to-wit: United States Money Current, which has an aggregate value of $50,000.00 or more, from one or more of said persons, to-wit: DMX GROUP,LLC or CIVAN DANTES.

## COUNT THREE

ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE MARTINEZ, between the 28th day of August, 2013 and the 1st day of April, 2014, in said County and State, did, in violation of Florida Statute 812.014(2)(a), pursuant to one scheme or course of conduct, knowingly obtain or use, or endeavor to obtain or use United States Money Current, of a value of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) or more, the property of another, to-wit: NEW LIFE MINISTRIES or DENNIS K. HUTCHINS or RICHARD JONES and FAITH WORLD CENTER OF ORLANDO or CLINT BROWN or NORVA CARRINGTON and DMX GROUP, LLC or CIVAN DANTES, as owner or custodian thereof, with the intent to temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or to appropriate the property to the defendant's own use or to the use of a person not entitled thereto.

**STATE OF FLORIDA**
**COUNTY OF ORANGE**

Personally appeared before me Robert Joseph Welch, Jr., Assistant State Attorney of the Ninth Judicial Circuit of Florida, who being first duly sworn, says that he/she has received testimony under oath from the material witness or witnesses, which if true, would constitute the offense herein, and that he/she institutes the prosecution in good faith.

The foregoing instrument was acknowledged before me this ____ day of AUGUST, 20__ by the aforementioned Assistant State Attorney who is personally known to me and who did take said oath.

_/s/ Annette Mitchell_
ANNETTE MITCHELL
MY COMMISSION # FF 202126
EXPIRES: March 11, 2019
Bonded Thru Budget Notary Services

ARAMIS D. AYALA, State Attorney
Ninth Judicial Circuit of Florida

By _____
Robert Joseph Welch, Jr.
Designated Assistant State Attorney
Florida Bar No. 377694

RW/RW

48-2016-NF-001001        Exhibit A - Page 15        S.T.
Page 3 of 3

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA   153

| DIVISION | JUDGMENT | | |
|---|---|---|---|
| [X] CRIMINAL | [ ] Probation Violator | [ ] Retrial | |
| | [ ] Community Control Violator | [ ] Resentence | |

| PLAINTIFF(S) | VS. DEFENDANT(S) |
|---|---|
| THE STATE OF FLORIDA | JORGE MARTINEZ |

CASE NUMBER: F08-010122

The Defendant, JORGE MARTINEZ, being personally before this Court represented by
MICHAEL MIRER, PA, his/her attorney of record.

The State represented by, PAUL SILVERMAN, Assistant State's Attorney, and having:
- entered plea of guilty
- DNA taken pursuant to F.S. 943.325

to the following crime(s):

| COUNT | CRIME | DEGREE | OFFENSE STATUTE NO. |
|---|---|---|---|
| 1 | GRAND THEFT 1ST DEGREE/100K> | 1/F | 812.014(2)(A) |
| | | | 812.014(1) |
| 2 | IDENTIFICATION/INFO/USE FRAUDULENTLY | 1/F | 817.568(2)(C) |

and no cause being shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

AS -03/14/11
REV 10/02                                                Page 1 of 3

Clerk's web address: www.miami-dadeclerk.com

Exhibit A - Page 16

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION<br>[X] CRIMINAL | CHARGES/COSTS/FEES | CASE NUMBER: F08-010122 |
|---|---|---|
| PLAINTIFF(S)<br>THE STATE OF FLORIDA | VS. DEFENDANT(S)<br>JORGE MARTINEZ | |

The Defendant is hereby ordered to pay the following sum indicated:

- $50.00   Pursuant to F.S. 938.03(4) (Crimes Compensation Trust Fund).
- $3.00    Three dollars as a court cost pursuant to F.S. 938.01 (1) $3.00 (Criminal Justice Trust & Education Funds).
- $20.00   Pursuant to F.S. 938.06 (Crime Stopper's Programs).
- $3.00    Pursuant to F.S. 938.19 (Teen Courts).
- $50.00   Pursuant to F.S. 775.083(2) (Crime Prevention Programs).
- $2.00    Two dollars as a court cost pursuant to F.S. 938.15 $2.00 (Criminal Justice Trust & Education Funds).
- $65.00   Pursuant to F.S. 939.185(1)(a) (Assessment of Additional Court Costs as adopted by Ordinance 04-116)
- $85.00   Pursuant to F.S. 939.185(1)(b) (Surcharge as adopted by Ordinance 05-123)
- $100.00  COST OF PROSECUTION FSS 938.27(8)
- $225.00  ADDITIONAL COST FINE AND FORFEITURE FSS 938.05
- $603.00 - TOTAL

OTHER COMMENTS: STAY DUE DATE: 2/9/2012

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this 9th day of March, 2011.

JUDGE LEON M FIRTEL

(W=WAIVED/S=SUSPENDED)

REV 10/02 AS -03/14/11                Page 2 of 3

Clerk's web address: www.miami-dadeclerk.com

Exhibit A - Page 17

| ☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
|---|
| ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |

| DIVISION<br>☑ CRIMINAL<br>☐ OTHER | **FINGERPRINTS OF DEFENDANT** |
|---|---|

THE STATE OF FLORIDA   vs. *Jorge Martinez*

**PLAINTIFF**        **DEFENDANT**

CASE NUMBER: 08-10122

I hereby certify that the foregoing fingerprints on this judgment are the fingerprints of the defendant named above, and that they were placed thereon by said defendant in my presence, in open court, on this date and that the defendant provided the below Social Security Number or was unable to provide said number as indicated.

Fingerprints taken by: R. Cruz    BLF
                      Name         Title

**CLOCK IN**

FILED
MAR 0 9 2011
CLERK

**FINGERPRINTS OF DEFENDANT**

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 1. L. Thumb | 2. L. Index | 3. L. Middle | 4. L. Ring | 5. L. Little |

Social Security Number of Defendant _____

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this ___ day of MAR 0 9 2011, 20___

JUDGE
LEON M FIRTEL

Page ___ of _3_   3

CLK/CT 854 REV. 7/03        Clerk's web address: www.miami-dadeclerk.com

Exhibit A - Page 18