IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR ORANGE
COUNTY, FLORIDA

CASE NO. 2017-CF-12898.1

STATE OF FLORIDA,

    Plaintiff,

vs.

JORGE MARTINEZ,

    Defendant.

_____/

1. SCHEME TO DEFRAUD OF $50,000 OR MORE (F1-L7)
2. SCHEME TO DEFRAUD OF $50,000 OR MORE (F1-L7)
3. GRAND THEFT FIRST DEGREE ($100,000 OR MORE) (F1-L7)

## PROBABLE CAUSE ORDER

The Court having examined the Affidavits and/or Exhibits on file and being advised in the premises, it is

ORDERED AND ADJUDGED

that probable cause exists for the arrest of the above named defendant and the Clerk is hereby ordered issue a capias for the arrest of said defendant and bail on each count is hereby fixed as follows:

CT₁ $10,000   CT₂ $10,000   CT₃ $10,000

Done and Ordered this 2nd day of October, 2017.

_____
JUDGE

WITNESS, CLERK OF SAID COURT, AT THE COURTHOUSE IN ORLANDO, on this the 5th day of October, 2017.

TIFFANY M RUSSELL, CLERK

BY: _____

RECEIVED THE WITHIN CAPIAS THIS ___ DAY OF _____, 20___ AND (EXECUTED) (UNEXECUTED) THE SAME IN ORANGE COUNTY, FLORIDA, ON THE ____ DAY OF _____, 20___ BY ARRESTING THE WITHIN NAMED

JERRY DEMINGS, SHERIFF

BY: _____
    DEPUTY SHERIFF

Page 2 of 2

10/5/2017 11:09 AM FILED IN THE OFFICE OF TIFFANY M RUSSELL CIRCUIT COURT ORANGE CO Page

STATE OF FLORIDA

VS

MARTINEZ, JORGE
11891 ASPEN FOREST DR
ALPHARETTA GA 30005
HEIGHT: 5 Ft 9 In.
RACE: White
AKA:

WEIGHT: 170 Lbs.
SEX: Male

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

DOB: 02/09/1972

COURT CASE #: 2017-CF-012898-A-O
AGENCY CASE: 14-347520
AGENCY ORI:
DIVISION NO: 14

THE STATE OF FLORIDA

C A P I A S

TO ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA, SPECIAL AGENTS OF THE FLORIDA DEPARTMENT OF LAW ENFORCEMENT, AND FLORIDA STATE ATTORNEY'S INVESTIGATORS; GREETINGS:

YOU ARE HEREBY COMMANDED TO TAKE MARTINEZ, JORGE AND HIS/HER SAFELY KEEP, SO THAT YOU HAVE HIS/HER BODY BEFORE THE JUDGE OF THE CIRCUIT COURT OF THE STATE OF FLORIDA FOR THE COUNTY OF ORANGE, AT THE COURTHOUSE IN ORLANDO, INSTANTER, TO ANSWER UNTO THE STATE OF FLORIDA ON AN INFORMATION BY THE STATE ATTORNEY FOR THE COUNTY OF ORANGE FOR THE CHARGE OF:

| Count #: | Charge Description: | Bond Amount: |
|---|---|---|
| 1 | SCHEME TO DEFRAUD OF $50,000 OR MORE | $10,000.00 |
| 2 | SCHEME TO DEFRAUD OF $50,000 OR MORE | $10,000.00 |
| 3 | GRAND THEFT FIRST DEGREE ($100,000 OR MORE) | $10,000.00 |

**PROBABLE CAUSE ORDER**

AND YOU HAVE THEN AND THERE THIS WRIT.

THE COURT HAS ORDERED BAIL TO BE, AND THE SAME IS HEREBY SET AT $30,000.00 IN DEFAULT OF PAYMENT OF SAID BAIL, THE SAID DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF UNTIL FURTHER ORDER OF SAID COURT.

Page 1 of 2

Exhibit B - Page 3

IN THE CIRCUIT COURT OF ORANGE COUNTY, STATE OF FLORIDA

| | |
|---|---|
| THE STATE OF FLORIDA | INFORMATION # 2017-CF-12898-AO |
| VS. | DIVISION - 14 |
| JORGE MARTINEZ | 1. SCHEME TO DEFRAUD OF $50,000 OR MORE (F1-L7) |
| | 2. SCHEME TO DEFRAUD OF $50,000 OR MORE (F1-L7) |
| | 3. GRAND THEFT FIRST DEGREE ($100,000 OR MORE) (F1-L7) |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE MARTINEZ, between the 1st day of November, 2013 and the 1st day of April, 2014, in said County and State, did, in violation of Florida Statute 817.034(4)(a)(1), engage in a systematic, ongoing course of conduct with intent to defraud ONE (1) or more persons, to-wit: NEW LIFE MINISTRIES or DENNIS K. HUTCHINS or RICHARD JONES and FAITH WORLD CENTER OF ORLANDO or CLINT BROWN or NORVA CARRINGTON, or to obtain property from said one (1) or more persons by false or fraudulent pretenses, representations, or promises, or willful misrepresentations of a future act, and who so obtained property, to-wit: United States Money Current, which has an aggregate value of $50,000.00 or more, from one or more of said persons, to-wit: NEW LIFE MINISTRIES or DENNIS K. HUTCHINS or RICHARD JONES and FAITH WORLD CENTER OF ORLANDO or CLINT BROWN or NORVA CARRINGTON.

48-2016-NF-001001					Page 1 of 3					S.T.

## COUNT TWO

ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE MARTINEZ, between the 28th day of August, 2013 and the 1st day of April, 2014, in said County and State, did, in violation of Florida Statute 817.034(4)(a)(1), engage in a systematic, ongoing course of conduct with intent to defraud ONE (1) or more persons, to-wit: DMX GROUP,LLC or CIVAN DANTES, or to obtain property from said one (1) or more persons by false or fraudulent pretenses, representations, or promises, or willful misrepresentations of a future act, and who so obtained property, to-wit: United States Money Current, which has an aggregate value of $50,000.00 or more, from one or more of said persons, to-wit: DMX GROUP,LLC or CIVAN DANTES.

## COUNT THREE

ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, or ARAMIS D. AYALA, State Attorney of the Ninth Judicial Circuit prosecuting for the State of Florida in Orange County, by and through the undersigned Designated Assistant State Attorney, under oath, CHARGES that JORGE MARTINEZ, between the 28th day of August, 2013 and the 1st day of April, 2014, in said County and State, did, in violation of Florida Statute 812.014(2)(a), pursuant to one scheme or course of conduct, knowingly obtain or use, or endeavor to obtain or use United States Money Current, of a value of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) or more, the property of another, to-wit: NEW LIFE MINISTRIES or DENNIS K. HUTCHINS or RICHARD JONES and FAITH WORLD CENTER OF ORLANDO or CLINT BROWN or NORVA CARRINGTON and DMX GROUP, LLC or CIVAN DANTES, as owner or custodian thereof, with the intent to temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or to appropriate the property to the defendant's own use or to the use of a person not entitled thereto.

STATE OF FLORIDA
COUNTY OF ORANGE

Personally appeared before me Robert Joseph Welch, Jr., Assistant State Attorney of the Ninth Judicial Circuit of Florida, who being first duly sworn, says that he/she has received testimony under oath from the material witness or witnesses, which if true, would constitute the offense herein, and that he/she institutes the prosecution in good faith.

The foregoing instrument was acknowledged before me this ____ day of AUGUST, 20__ by the aforementioned Assistant State Attorney who is personally known to me and who did take said oath.

_ANNETTE MITCHELL_
MY COMMISSION # FF 202125
EXPIRES: March 11, 2019
Bonded Thru Budget Notary Services

ARAMIS D. AYALA, State Attorney
Ninth Judicial Circuit of Florida

By _____
Robert Joseph Welch, Jr.
Designated Assistant State Attorney
Florida Bar No. 377694

RW/RW

48-2016-NF-001001                  Page 3 of 3                  S.T.