

# Orlando Police Department
## Field Report – Investigative Supplement

100 S Hughey Ave  Orlando, FL  32802  (407)246-2470

Case Number: **2014-00347520**
Reporting Officer: 2889    KLEIER, GARY
Approving Officer:

**NARRATIVE**

On 08/25/2014, Orlando Police Community Service Officer Castlen completed a report regarding a criminal complaint filed by Mr. Dennis Hutchins, a pastor at the New Life Ministries of Orlando. Mr. Hutchins reported that he was approached by subjects identifying themselves as Keith Coley and Jorge Cruz, agents for East Coast Investments LLC. Coley and Cruz offered to sell the property at 4340 N. Hiawassee Rd. currently belonging to The First Pentecostal Church of Orlando. On 02/04/2014, New Life Ministries and East Coast Investments entered into an agreement pertaining to the aforementioned real estate transaction. On 02/11/2014, New Life Ministries of Orlando electronically transferred a deposit of $35,000.00 into the escrow account in the name of Emma Rivas P.A. at 111 Lincoln Rd, Miami, Fla. in furtherance of the sale. On 02/28/2014, it was determined that East Coast did not purchase the property at 4340 N. Hiawassee Rd. Mr. Hutchins' attempts to recover a refund or locate the escrow agent have met with negative results. Mr. Hutchins' attempts to make contact with Jorge Cruz have met with negative results. East Coast Investments no longer occupies the office at 4700 Millenia Bv #175. New Life Ministries of Orlando has suffered a loss of $35,000.00 and Mr. Hutchins desires prosecution on their behalf. Mr. Hutchins completed a sworn affidavit affirming the loss.

I was assigned this case for further investigation on 8/25/14.

I was provided with documentation from Mr. Hutchins detailing the aforementioned real estate transaction. These documents included a wire transfer of $35,000.00 from the New Life Ministries of Orlando Suntrust account into the Chase Bank account of Emma Rivas P.A. The wire transfer instructions were e-mailed from jay@eastcoastinvestmentsco.com.

It was reported to me that a company known as Griffin Capital Funding was the source Martinez was going to use to fund the loan on behalf of New Life Ministries. I made contact with Mr. John Berardino, the Senior Vice President of Griffin Capital Funding. A proposal was initiated by Griffin but there is no evidence to suggest the agreement was accepted by any of the parties involved. In the Bank of America bank records in the name of East Coast Investments, I located a wire transfer to Griffin Capital in the amount of $800.00 on behalf of New Life Ministries on 4/7/14. I located no other fund transfers to Griffin Capital from 4/1/14 through 11/30/14.

On 11/17/14, I sent an e-mail to jay@eastcoastinvestmentsco.com asking Jorge Cruz to contact me by phone. I called the 1-800 number listed on the website and left a message for Jorge Cruz to contact me. On 11/18/14, I received a lengthy response from that address to the effect that New Life Ministries had not followed the agreement. Cruz did not call me as I requested and responded to no other questions or e-mails. I forwarded this e-mail to Mr. Hutchins. He denied or refuted nearly every contention made in the response to me from to jay@eastcoastinvestmentsco.com.

On 12/3/14, I met with Ms. Pamela Zakowsky, the property manager for Orlando Office Center at 4700 Millenia Bv. #175. She provided me with subpoenaed documentation related to East Coast Investments LLC. These documents included original agreements between Orlando Office Center and Jorge Martinez. One of these agreements was a "Virtual Office Service Agreement" dated 7/25/13. Another document was labeled "Office Service Agreement." I seized these documents and placed them into evidence to be processed for fingerprints. Ms. Zakowsky also provided me with a computer she stated had been abandoned at the office used by East Coast Investments. I seized this computer, an HP ser#4CS14300PX, and placed it into property and evidence under DE6301A, to be processed at a later date.

I checked the Florida State Division of Corporations and found no entity entitled East Coast Investments LLC currently active in Florida. I received subpoenaed information from the Florida Department of Corporations confirming the company was Administratively Dissolved on 10/01/2004.

I located East Coast Investments on the Internet and called the telephone number listed for the company. My call was not returned. I attempted to e-mail the company at info@eastcoastinvestmentsco.com (listed on website). I

Disclaimer: This temporary field report should not be considered the final official police report on the incident described within. This report is to be used only for proceedings requiring a report prior to the final report being completed. Any information contained within is subject to verification and/or change
Last Modified Date/Time 02/26/2016 09:23:36

Investigative Supplement 2014-00347520 Page 1 OF 4

Exhibit C - Page 1

**Orlando Police Department**
**Field Report – Investigative Supplement**

100 S Hughey Ave  Orlando, FL  32802  (407)246-2470

Case Number: 2014-00347520
Reporting Officer: 2889   KLEIER, GARY
Approving Officer:

**NARRATIVE CONTINUED**

received no response.

The name of one of the employees listed on the aforementioned "Office Service Agreement" is Adrianna Castrillo at 946 Mullberrybush Ct. in Orlando. According to the Acurint database, Adrianna Castrillo is also known as Adrianna Emma Castrillo Rivas with a date of birth of 03/04/1972. I located one Adriana Castrillo Rivas with a date of birth of 03/04/1972 in the D.A.V.I.D. database.

During the course of this investigation, I learned that no fewer than two other congregations had been approached by Keith Colley with funding options and real estate propositions. One of these congregations was identified as Faithworld Center of Orlando located at 7601 Forrest City Rd. in Orlando. I made contact with Ms. Norva Carrington of Faithworld Center of Orlando. In a sworn statement, she reported that Faithworld Center of Orlando Pastor Clint Brown was approached by Keith Colley offering assistance with refinancing the church's loan. On 11/26/13, Keith Colley and Jorge Martinez met with Ms. Carrington and Mr. Brown at 7601 Forrest City Rd. During that meeting, Martinez assured them he could obtain funding for the church and also the funding of a lease/purchase of Faithworld of Port St. Lucie Church. Between December 2013 and March 2014, Faithworld Center of Orlando issued not less than five checks totaling $18,800.00 to Emma Rivas P.A. in furtherance of the aforementioned loan transactions. Ms. Carrington reported that Martinez became increasingly unresponsive to their concerns and she came to the realization that the congregation had been the victim of a fraud. Ms. Carrington received no documentation as promised by Martinez.

On 12/10/2014, I received a statement from Amanda Taylor, an Orlando Police Certified Latent Print Examiner. She reported that the latent fingerprints of Jorge Martinez having a date of birth of 02/09/1972 were present on no fewer than two of the aforementioned original documents presented to me by Pamela Zakowsky. With this information, I was able to locate one Jorge Martinez having a date of birth of 02/09/1972 in the D.A.V.I.D. database. I also located one Keith Colley having the date of birth of 11/13/1969 in the D.A.V.I.D. database.

I prepared photographic line-ups with D.A.V.I.D. photographs of Jorge Martinez in position #2 (line-up #27704) and Keith Colley in position #3 (line-up number 27705). On 12/17/14, I met with Ms. Carrington. I read the photographic admonition to her and presented her with line-up #27704. She was unable to positively identify a suspect but she believed the person in position #2 was Jorge Martinez. I then removed the line-up from her view. I read the photographic admonition to her and presented her with line-up #27705. She immediately and without hesitation positively identified the subject pictured in position #3 as the person known to her as Keith Colley. Ms. Carrington asked to see line-up #27704 again. I presented her again with that line-up. She immediately and without hesitation pointed to the person pictured in position #2 and stated "That's him, absolutely." Ms. Carrington completed sworn affidavits affirming her positive identification of Colley and Martinez. She additionally offered a sworn affidavit detailing her issuance of the aforementioned checks totaling $18,800.00 in furtherance of loan assistance.

On 12/22/14, I met with Mr. Derrick Hutchins, Pastor of New Life Ministries of Orlando. I read the photographic admonition to him and presented him with line-up #27705. He immediately and without hesitation positively identified the person photographed in position #2 as the person known to him as Jorge Cruz. I read the photographic admonition to him and presented him with line-up #27704. He immediately and without hesitation positively identified the person photographed in position #3 as the person known to him as Keith Colley. He completed sworn statements affirming his identification of Cruz and Colley.
I "googled" East Coast Investments LLC on the internet and located an "800" number for the corporation. I was mechanically prompted to several representatives of the company and I left messages with each of those representatives, including Jorge Cruz and Keith Colley. None of my calls were returned.
On 1/2/15, I made telephone contact with Mr. Mario Garcia, an attorney for Civan Dantas and Fabio Mathias, plaintiffs in a civil suit against George M. Cruz, Emma Rivas, and East Coast Investments. Mr. Garcia conveyed the details of the suit and the circumstances were strikingly similar to the aforementioned transactions involving

Disclaimer  This temporary field report should not be considered the final official police report on the incident described within  This report is to be used only for proceedings requiring a report prior to the final report being completed  Any information contained within is subject to verification and/or change
Last Modified Date/Time  02/26/2016  09:23:36



## Orlando Police Department
## Field Report – Investigative Supplement

100 S Hughey Ave  Orlando, FL 32802  (407)246-2470

Case Number: **2014-00347520**
Reporting Officer: 2889   KLEIER, GARY
Approving Officer:

**NARRATIVE CONTINUED**

Cruz, Rivas, East Coast Investments and the various church congregations. Mr. Garcia has been unable to locate Cruz or Rivas to serve them civilly. His clients have suffered a loss in the amount of $76,750.00. Mr. Garcia presented me with a copy of a sworn affidavit from Civan Dantas.

I made telephone contact with Mr. Ricardo Diaz. He confirmed he had been deposed in connection with the aforementioned civil action. He stated he became suspicious of the dealings of Jorge Cruz and discontinued his association with him.

On 1/6/15, I met with Mr. Lonnie Crawford, the Pastor of Now Faith Ministries at 3919 Rosewood Way in Orlando. In a sworn statement he relayed that he made contact with a subject identifying himself as Keith Colley. Colley offered to assist the pastor with securing a loan. Colley directed the pastor to wire $6,500.00 to the account of Emma Rivas to begin the process. Mr. Crawford did as directed and wired $4,039.95 on 2/28/14 and an additional $2,460.95 on 3/4/14 from the account of Now Faith Pentecostal Church of Jesus into Chase Bank account # ▓▓▓▓▓▓▓▓ in the name of Emma Rivas P.A. On 4/2/14, Mr. Crawford met with a subject identifying himself as Jorge Cruz at 4700 Millenia Bv. where Cruz further discussed the loan and associated documents. When Mr. Crawford requested his money back, in a subsequent e-mail, Cruz became unresponsive. I read Mr. Crawford the Photo line-up admonition and presented him with line-up #27705. Immediately and without hesitation, Mr. Crawford pointed to the person in position #3 as the person he knew as Keith Colley. I read Mr. Crawford the Photo line-up admonition and presented him with line-up #27704. After approximately one minute, Mr. Crawford did not identify Jorge Martinez Cruz ( in postion #2) as the person he met at 4700 Millenia Bv. Now Faith Pentecostal Church of Jesus has suffered a loss of $6,500.00 and Mr. Crawford desires prosecution on its behalf.

On 2/2/15, I met with George Jones of First Pentecostal Church. He confirmed he had been approached by Keith Colley and Jorge Martinez with an offer to purchase property from him with the intent of selling it to New Life Church. The contract expired because Martinez never placed a deposit in escrow in furtherance of the purchase. Mr. Jones completed a sworn statement to this affect.

I reviewed subpoenaed Chase Bank records of Emma Rivas. Her account was initially opened at a Chase Bank in Orange County Florida. I located all of the aforementioned money transfers and deposits into Rivas' account from New Life Ministries, Now Faith Pentecostal Church of Jesus, Faithworld Ministries, and Civan Dantas.

On 1/5/16, I was contacted by Jorge Martinez. He denied any wrong doing and said he would direct his attorney to contact me. He indicated he had not spoken to Keith Colley in two years. To date, no one claiming to represent Martinez has contacted me.

Based upon the evidence obtained, your affiant has established that Jorge Martinez committed a Grand Theft of more than $100,000.00 and engaged in an ongoing scheme to defraud by offering to secure financing for not less than four persons and entities. Your affiant established that Jorge Martinez falsely presented himself as a bona fide representative of a company (East Coast Investments) when no such company existed. He accepted $137,050.00 over a period of eight months and failed to provide any service initially offered to unsuspecting person(s) who believed they were going to receive financing or refinancing.

The above facts caused me to believe that probable cause does exist for the arrest of Jorge Martinez for Grand Theft of more than $100,000.00 and Scheming to Defraud under Florida State Statutes 812.014(2)(b)(1) and 817.034(4)(b).

On 2/26/16, I filed an at large arrest affidavit charging Jorge Martinez with Grand Theft of more than $100,000.00 and Scheming to Defraud. This case is considered inactive pending arrest.

Disclaimer  This temporary field report should not be considered the final official police report on the incident described within.  This report is to be used only for proceedings requiring a report prior to the final report being completed.  Any information contained within is subject to verification and/or change.
Last Modified Date/Time  02/26/2016 09:23:38

Investigative Supplement 2014-00347520 Page 3 OF 4

Exhibit C - Page 3

# Orlando Police Department
## Field Report – Investigative Supplement

100 S Hughey Ave  Orlando, FL  32802  (407)246-2470

Case Number: **2014-00347520**
Reporting Officer: 2889  KLEIER, GARY
Approving Officer:

### SUBJECTS

| Case Subject Type / Name / Hgt Wgt Hair Eyes | Subtype / DL Number/State | Street Address / City, State Zip / City of Birth | Cell Phone / State/Country of Birth | Home Phone / Work Phone | Sex / Race | Age / DOB / Soc. Sec # |
|---|---|---|---|---|---|---|
| Suspect  Martinez, Jorge | Suspect | | (407)761-2199 | | M / W | 44 / 02/09/1972 |
| Informational  Crawford, Lonnie | | | (407)312-5312 | | M / B | 56 / 01/03/1960 |
| Informational  Carrington, Norva | | | (813)220-7993 | | F / B | 56 / 11/19/1959 |
| Informational  Jones, George | | | (407)297-6995 | | M / W | 56 / 07/12/1959 |
| Informational  Dantas, Civan | | | | | | |

### PROPERTY - GENERAL

| Date | Code / Property Type | Quantity | Units | Category / Style/Drug Type | Value / Serial Number | OAN |
|---|---|---|---|---|---|---|

### PROPERTY - VEHICLE

| Date | Code / Property Type | Year  Category/Make/Model/Model Desc / Color | Year/Plate/State | Value / VIN/Serial Number |
|---|---|---|---|---|

### PROPERTY - GUNS

| Date | Code / Value | Type / Caliber | Make / Finish | Serial Number / OAN |
|---|---|---|---|---|

I swear or affirm the above statements are correct and true.
Signature: [signed]
Officer Name/ID # (Print): KLEIER/2889
Sworn to and subscribed before me, the undersigned authority
This ___ day of Feb, 16
Notary Public ☐   Law Enforcement Officer ☒   Emp # 17121   Orlando Police Department

Disclaimer: This temporary field report should not be considered the final official police report on the incident described within. This report is to be used only for proceedings requiring a report prior to the final report being completed. Any information contained within is subject to verification and/or change
Last Modified Date/Time 02/26/2016 09:23:38

Investigative Supplement 2014-00347520 Page 4 OF 4

Exhibit C - Page 4

# Orlando Police Department
## Field Report – Investigative Supplement

100 S Hughey Ave  Orlando, FL 32802  (407)246-2470

Case Number: **2014-00347520**
Reporting Officer: 2889   KLEIER, GARY
Approving Officer:

**NARRATIVE**

This report was generated to document additional principles in this case.

Disclaimer: This temporary field report should not be considered the final official police report on the incident described within. This report is to be used only for proceedings requiring a report prior to the final report being completed. Any information contained within is subject to verification and/or change.
Last Modified Date/Time 02/26/2016 09:52:49

Investigative Supplement 2014-00347520 Page 1 OF 2

Exhibit C - Page 5



## Orlando Police Department
### Field Report – Investigative Supplement

100 S Hughey Ave   Orlando, FL 32802   (407)246-2470

Case Number: **2014-00347520**
Reporting Officer: 2889   KLEIER, GARY
Approving Officer:

### SUBJECTS

| Case Subject Type / Name / Hgt Wgt Hair Eyes DL Number/State | Subtype | Street Address / City, State Zip / City of Birth | Cell Phone / State/Country of Birth | Home Phone / Work Phone | Sex Race / Soc. Sec # | Age DOB |
|---|---|---|---|---|---|---|
| Informational Diaz, Ricardo | | | (321)228-2606 | | M W | 37 05/07/1978 |
| Witness Colley, Keith | | 4150 EASTGATE DR-Drive 5301 Orlando, FL | (407)590-4980 | | M B | 46 11/13/1969 |
| Informational Rivas, Emma | | | | | | 43 03/04/1972 |
| Informational Garcia, Mario | | | (407)447-9000 | | M W | |

### PROPERTY - GENERAL

| Date | Code / Property Type | Quantity | Units | Category / Style/Drug Type | Value / Serial Number | OAN |
|---|---|---|---|---|---|---|
| | | | | | | |

### PROPERTY - VEHICLE

| Date | Code / Property Type | Year Category/Make/Model/Model Desc / Color | Year/Plate/State | Value / VIN/Serial Number |
|---|---|---|---|---|
| | | | | |

### PROPERTY - GUNS

| Date | Code / Value | Type / Caliber | Make / Finish | Serial Number / OAN |
|---|---|---|---|---|
| | | | | |

I swear or affirm the above statements are correct and true.
Signature: [signature]
Officer Name/ID # (Print): KLEIER / 2889
Sworn to and subscribed before me, the undersigned authority,
This 25 day of Feb, 16.
Notary Public ☐   Law Enforcement Officer ☒   Emp # 17021   Orlando Police Department

Disclaimer  This temporary field report should not be considered the final official police report on the incident described within. This report is to be used only for proceedings requiring a report prior to the final report being completed. Any information contained within is subject to verification and/or change
Last Modified Date/Time 02/26/2016 09:52:49

Investigative Supplement 2014-00347520 Page 2 OF 2

Exhibit C - Page 6