$3,500,000.00                                                                                                              March 17, 2023

## PROMISSORY NOTE

FOR VALUE RECEIVED, **COMPASS GOLF LLC**, a Delaware limited liability company, and **L & J ACQUISITIONS LLC**, a Wyoming limited liability company (collectively "**Borrower**"), promises to pay to the order of **U.S. STRATEGIC CAPITAL ADVISORS LLC**, a Georgia limited liability company ("**Lender**"), the principal sum of up to THREE MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS ($3,500,000.00) (the "**Loan**"), together with simple interest accruing on the unpaid balance of this Note at a rate equal to sixteen percent (16%) per annum (the "**Interest Rate**").

Borrower agrees to pay the principal sum of this Note and interest on the unpaid principal sum of this Note and all other amounts due under the Loan and Security Agreement, dated the date hereof, by and between Borrower and Lender (the "**Loan Agreement**") and the other Loan Documents (as defined in the Loan Agreement) from time to time outstanding without relief from valuation and appraisement laws at the rates and at the times specified in the Loan Agreement and the outstanding balance of the principal sum of this Note and all accrued and unpaid interest thereon and all other amounts due under the Loan Agreement and the other Loan Documents shall be due and payable, in all events, on the Term Loan Maturity Date (as defined in the Loan Agreement).

If Borrower fails to pay when due any amount payable hereunder and such failure continues for ten (10) days after written notice thereof from Borrower, then the entire unpaid principal balance of this Note, together with accrued interest thereon, will, at the option of Lender, be immediately due and payable, and Lender may proceed forthwith to collect the same regardless of the stipulated date of maturity, TIME BEING OF THE ESSENCE HEREOF FOR ALL PURPOSES. Neither Lender's failure to exercise this right of acceleration of the maturity of the indebtedness evidenced hereby, nor Lender's acceptance of one or more past due installments, nor Lender's granting of any indulgences from time to time, will constitute a novation of this contract or a waiver of the right of Lender thereafter to insist upon strict compliance with the terms of this Note in the future.

**THE LOAN EVIDENCED AND SECURED BY AMONG OTHER THINGS, THIS NOTE, IS FOR THE BUSINESS PURPOSE OF THE BORROWER, AND IS NOT FOR PERSONAL, FAMILY, HOUSEHOLD, OR AGRICULTURAL PURPOSES.**

No extension of time for the payment of this Note or any installment due hereunder will release, discharge, modify or change the liability of the Borrower or any endorser under this Note.

This Note may not be assigned to or assumed by any other party, without the express written consent of the Lender which shall not be unreasonably withheld.

The terms of this Note are binding upon and inure to the benefit of the parties hereto, and their respective legal representatives, successors and assigns. This instrument is governed by the laws of the State of Georgia without regard to conflicts of laws principles.

*[Signatures begin on the following page.]*

IN WITNESS WHEREOF, Borrower has executed and delivered this Note under seal effective as of the day and year first above written.

**Compass Golf LLC,**
A Delaware limited liability company

By: _____ (SEAL)
Name: Jorge Martinez, Owner
Signing on behalf of: Compass Golf LLC

**L&J Acquisitions LLC,**
a Wyoming limited liability company

By: _____ (SEAL)
Name: Jorge Martinez, Owner
Signing on behalf of: L&J Acquisitions LLC

Exhibit E - Page 2

Promissory Note