GSCCCA eFile1: EF_009423502_001640524_110  Received:Friday, March 17, 2023 3:55:56 PM Page 1 of 2

**FILED & RECORDED**
Monday, March 20, 2023 2:43:45 PM
File Number: 110-2023-000224
Sheila M. Butler
Paulding County Clerk of Superior Court

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Robert Arkin

**B. E-MAIL CONTACT AT FILER (optional)**
robert@arkin.law

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)
Robert Arkin
Robert Arkin LLC d/b/a Arkin.Law
6075 Barfield Road, Suite 226
Atlanta, GA 30328-4402

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Compass Golf LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3254 Clubside View Court | Snellville | GA | 30039 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b)...

| 2a. ORGANIZATION'S NAME |
|---|
| L & J Acquisitions LLC |
| 2c. MAILING ADDRESS: 3254 Clubside View Court — CITY: Snellville — STATE: GA — POSTAL CODE: 30039 — COUNTRY: USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| U.S. Strategic Capital Advisors LLC |
| 3c. MAILING ADDRESS: 2604 Abbey Court — CITY: Alpharetta — STATE: GA — POSTAL CODE: 30004 — COUNTRY: USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All property of Borrowers (herein referred to as "**Debtors**"), with the exception of real property, whether presently existing or hereafter created or acquired, and wherever located, including, but not limited to:(a) all accounts, chattel paper (including tangible and electronic chattel paper), commercial tort claims, deposit accounts, documents (including negotiable documents), equipment (including all accessions and additions thereto), general intangibles (including payment intangibles, software, trademarks, copyrights, patents and any and all other intellectual property and proprietary rights of Debtors), goods (including fixtures), instruments (including promissory notes), inventory (including all goods held for sale or lease or to be furnished under a contract of service, and including returns and repossessions), investment property (including securities and securities entitlements), letter of credit rights, money, and all of Debtor's books and records with respect to any of the foregoing, and the computers and equipment containing said books and records, website, brands, trademarks, URL's and molds for manufacturing; (b) any and all cash proceeds and/or noncash proceeds of any of the foregoing, including, without limitation, insurance proceeds, and all supporting obligations and the security therefor or for any right to payment. All terms above have the meanings given to them in the Georgia Uniform Commercial Code, as amended or supplemented from time to time; and (c) collateral described on Form UCC1Ad attached hereto and incorporated herein by reference as if fully set forth herein.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Exhibit G - Page 1