# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)
(404) 220-8500

B. E-MAIL CONTACT AT FILER (optional)
ROBERT@ARKIN.LAW

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

ROBERT ARKIN
6075 BARFIELD ROAD
SUITE 226
ATLANTA, GA 30328

Delaware Department of State
U.C.C. Filing Section
Filed: 04:40 PM 12/12/2023
U.C.C. Initial Filing No: 2023 8403932

Service Request No: 20234204598

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| COMPASS GOLF LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3254 CLUBSIDE VIEW COURT | SNELLVILLE | GA | 30039 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| U.S. STRATEGIC CAPITAL ADVISORS LLC | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2604 ABBEY COURT | ALPHARETTA | GA | 30004 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
Collateral Description - please see attached

6. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
COMPASS GOLF LLC

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## EXHIBIT A

### (Legal Description)

TRACT 1 – SOUTH GOLF COURSE

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOTS 311, 394, 395, 396, 397, 418, 419, 420, 421, 503, 504 AND 505 OF THE FIRST DISTRICT, THIRD SECITON OF PAULDING COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

TO FIND THE TRUE POINT OF BEGINNING, COMMENCING AT AN IRON PIN FOUND (1/2" PIPE) MARKING THE SOUTHEAST CORNER OF LAND LOT 420, THE SOUTHWEST CORNER OF LAND LOT 421, THE NORTHWEST CORNER OF LAND LOT 502 AND THE NORTHEAST CORNER OF LAND LOT 503, OF THE FIRST DISTRICT, THIRD SECTION OF PAULDING COUNTY, GEORGIA; THENCE N89°-32'-03" W 519.11 FEET ALONG THE NORTH LINE OF SAID LAND LOT 503 TO A POINT MARKING THE POINT OF BEGINNING OF SAID PARCEL OF LAND; THENCE S28°-25'-01" W 177.82 FEET TO AN IPF; THENCE S83°-50'-33" E 354.88 FEET TO AN IPS; THENCE S04°-55'-50" E 134.31 FEET TO AN IPF; THENCE S32°-15'-40" E 208.80 FEET TO AN IPF; THENCE S07°-05'-29" E 353.97 FEET TO AN IPF; THENCE S29°-24'-40" W 169.25 FEET TO AN IPS; THENCE S 01°-47'-34" W 155.04 FEET TO AN IPF; THENCE S88°-08'-15" W 189.70 FEET TO AN IPS; THENCE N70°-53'-39" W 161.89 FEET TO AN IPS; THENCE S80°-06'31" W 103.20 FEET TO AN IPS; THENCE N24°-07'-48" W 161.25 FEET TO AN IPS; THENCE N65°-52'-12" E 85.47 FEET TO AN IPS; THENCE N31°-10'-43" W 77.07FEET TO AN IPS; THENCE N68°-33'-49" W 76.45 FEET TO AN IPS; THENCE S85°-01'-10" W 80.35 FEET TO AN IPF; THENCE N77°-08'-21" W 109.94 FEET TO AN IPS; THENCE S54°-17'-42" W 265.44 FEET TO AN IPF; THENCE N72°-36'-04" W 173.05 FEET TO AN IPF; THENCE N37°-05'-00" W 214.48 FEET TO AN IPS; THENCE N85°-09'-01" W 279.01 FEET TO AN IPF; THENCE N86°-56'-08" W 329.16 FEET TO AN IPF; THENCE S66°-09'-11" W 260.74 FEET TO AN IPS; THENCE N78°-32'-44" W 97.95 FEET TO AN IPF; THENCE N26°-24'-01" E 187.96 FEET TO AN IPS; THENCE N07°-14'-54" W 632.96 FEET TO AN IPF; THENCE N36°-10'-08" W 103.72 FEET TO AN IPF; THENCE S30°-59'-07" W 230.35 FEET TO AN IRE; THENCE S40°-49'-25" W 300.85 FEET TO AN IPF; THENCE S63°-46'-30" W 443.49 FEET TO AN IPS; THENCE N26°-32'-10" W 199.22 FEET TO AN IPF; THENCE N 04°-26'-46" E 840.88 FEET TO AN IPS; THENCE N 07°-58'-48" W 408.26 FEET TO AN IPS; THENCE N 20°-54'-10" W 122.72 FEET TO AN IPS; THENCE N 31°-09'-.53" W 150.12 FEET TO AN IPS; THENCE N 02°-47'-43" W 623.12 FEET TO AN IPS; THENCE N 57°-20'-40" W 112.64 FEET TO AN IPS; THENCE S 86°-48'-36" W 330.91 FEET TO AN IPS; THENCE N 02°-45'-07" E 106.34 FEET TO AN IPS; THENCE N 76°-53'-30" E 172.35 FEET TO AN IPS; THENCE N 53°-11'-54" E 77.37 FEET TO AN IPF; THENCE N 79°-28'-36" E 83.84 FEET TO AN IPF; THENCE N 43°-26'51" E 74.20 FEET TO AN IPF; THENCE N 64°-16'-01" E

30.75 FEET TO AN IPF; THENCE S 85°-47'-37" E 81.96 FEET TO AN IPF; THENCE N 81°-45'-27" E 60.22 FEET TO AN IPS; THENCE N 74°-13'-54" E 152.97 FEET TO AN IPS;THENCE N 83°-15'-33" E 53.65 FEET TO AN IPS-'- THENCE N 88°-35'-53" E 269.20 FEET TO AN IPS; THENCE N 41°-55'-10" E 56.18 FEET TO AN IPF; THENCE N 61°-40'-36" E 147.36 FEET TO AN IPS; THENCE N 66°-53'-54" E 212.90 FEET TO AN IPS; THENCE N 00°-40'-47" E 192.42 FEET TO AN IPS; THENCE N 89°-59'-07" E 99.82 FEET TO AN IPS; THENCE N 54°-48'-38" E 49.50 FEET TO AN IPS; THENCE N 14°-50'-30" W 123.58 FEET TO AN IPS; THENCE N 22°-55'-45" W 244.50 FEET TO AN IPS; THENCE NORTHEASTERLY 152.68 FEET. ALONG A CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF 245.00 FEET (CHORD OF SAID CURVE BEING N 58°-42'-34" E 150.22 FEET) TO AN IPS; THENCE N 76°-33'-43" E 78.20 FEET TO AN IPS; THENCE S 19°-52'-05" E 45.34 FEET TO AN IPS; THENCE S 22°-55'-34" E 316.95 FEET TO AN IPS; THENCE SOUTH 211.54 FEET ALONG A CURVE CONCAVE TO THE WEST HAVING A RADIUS OF 325.00 FEET (CHORD OF SAID CURVE BEING S 04°-16'-46" E 207.82 FEET) TO AN IPS; THENCE S 30°-18'-12" E 65.57 FEET TO AN IPF; THENCE S 89°-21'-00" E 139.27 FEET TO AN IPF; THENCE S 19°-59'-53" E 85.26 FEET TO AN IPF; THENCE S 33°-18'-38" W 75.26 FEET TO AN IPF; THENCE S 12°-24'-13" E 170.80 FEET TO AN IPF; THENCE S 69°-49'-45" E 142.90 FEET TO AN IPF; THENCE S 04°-06'-20" W 106.82 FEET TO AN IPF; THENCE S 26°-01'-25" E 176.68 FEET TO AN IPF; THENCE S 45°-28'-10" E 149.90 FEET TO AN IPF; THENCE S 73°-24'-18" E 119.41 FEET TO AN IPF; THENCE S 29°-26'-58" E 157.31 FEET TO AN IPF; THENCE S 34°-08'-13" E 129.25 FEET TO AN IPF; THENCE S 26°-31'-30" E 392.36 FEET TO AN IPF; THENCE S 33°-42'-19" E 400.99 FEET TO AN IPF; THENCE N 39°-01'-01" E 365.32 FEET TO AN IPF; THENCE N 63°-57'-07" E 186.37 FEET TO AN IPF; THENCE N 68°-54'-31" E 345.65 FEET TO AN IPF; THENCE N 70°-43'-51" E 231.59 FEET TO AN IPF; THENCE S 74°-37'-23" E 162.21 FEET TO AN IPS; THENCE S 23°-38'-24" W 426.89 FEET TO AN IPF; THENCE S 17°-43"-35" W 241.31 FEET TO AN IPF; THENCE S 29°-30'-05" W 330.44 FEET TO AN IPF; THENCE S 39°-16'-45" W 191.28 FEET TO AN IPF; THENCE S 30°-16'-27" W 265.77 FEET TO AN IPF; THENCE S 28°-25'-01" W 27.14 FEET TO THE POINT OF BEGINNING.

SAID TRACT OF LAND CONTAINS 182.406 ACRES.

All as shown on that certain Survey for Untied Golf, LLC, United Golf Management, LLC, United Golf of Georgia, L.P., TGR Golf, L.P., and First American Title Insurance Company, prepared by Etowah Engineering & Surveying, Inc., bearing the seal and certification of Ronnie L. Ray, Georgia Registered Land Surveyor No. 1781, dated June 7, 2000, last revised June 13, 2000.

TOGETHER WITH:

TRACT IV – TURF CARE CENTER

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 312 OF THE FIRST DISTRICT, THIRD SECTION OF PAULDING COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT AN IPF (1/2" PIPE) MARKING THE SOUTHEAST CORNER OF LAND LOT 312, THE SOUTHWEST CORNER OF LAND LOT 313, THE NORTHWEST CORNER OF LAND LOT 394, AND THE NORTHEAST CORNER OF LAND LOT 395 OF THE FIRST DISTRICT, THIRD SECTION OF PAULDING COUNTY, GEORGIA, SAID POINT MARKING THE POINT OF BEGINNING OF SAID PARCEL OF LAND.

THENCE N 89°-31'-56" W 449.07 FEET TO AN IPS; THENCE N 37°-27'-03" E 103.78 FEET TO AN IPS; THENCE NORTHEASTERLY 292.12 FEET ALONG A CURVE CONCAVE TO THE WEST HAVING A REDIUS OF 425.00 FEET (CHORD OF SAID CURVE BEING N 17°-45'-36" E 286.40 FEET) TO A POINT; THENCE N 01°-55'-50" W 201.58 FEET TO A POINT; THENCE NORTHWESTERLY 60.37 FEET ALONG A CURVE CONCAVE TO THE WEST HAVING A RADIUS OF 425.00 FEET (CHORD OF SAID CURVE BEING N 05°-59'-59" W 60.31 FEET) TO A POINT; THENCE N 74°-48'-57" E 341.35' TO AN IPS; THENCE S 01°-25'-58" W 709.88' TO THE POINT OF BEGINNING.

SAID TRACT OF LAND CONTAINS 5.109 ACRES.

All as shown on that certain Survey for United Golf, LLC, United Golf Management, LLC, United Golf of Georgia, L.P. TGR Golf, L.P., and First American Title Insurance Company, prepared by Etowah Engineering & Surveying, Inc., bearing the seal and certification of Ronnie L. Ray, Georgia Registered Land Surveyor No. 1781, dated June 7, 2000, last revised June 13, 2000.

LESS AND EXCEPT:

TRACT 11

All that tract of parcel of land lying and being in Land Lots 394 and 421, 1st District, 3rd Section, Paulding County, Georgia, being more particularly described as follows:

COMMENCE at a point found at the intersection of Land Lots 315, 316, 391 and 392, being the POINT OF BEGINNING; thence North 89 degrees 26 minutes 07 seconds East, 545.88 feet to a point on the western right of way line of Townsend Road (60 foot right of way); thence along said western right of way line along a curve to the left, an arc distance of 61.04 feet, said curve having a radius of 142.68 feet and being subtended by a chord of 60.58 feet, at South 04 degrees 28 minutes 24 seconds West, to a point; thence continuing along said

western right of way line South 16 degrees 43 minutes 47 seconds West, 262.97 feet to a point; thence continuing along said western right of way line South 06 degrees 26 minutes 19 seconds West, 455.21 feet to a point; thence leaving said western right of way line North 73 degrees 17 minutes 00 seconds West, 469.87 feet to a point of the eastern land lot line of Land Lot 392; thence South 89 degrees 55 minutes 09 seconds West, 210.00 feet to a point; thence South 03 degrees 16 minutes 18 seconds West, 645.00 feet to a point on the southern land lot line of Land Lot 392; thence continuing along said southern land lot line South 89 degrees 58 minutes 08 seconds West, 1093.54 feet to a point at the southwestern corner of Land Lot 392; thence along the eastern land lot line of Land Lot 422 South 01 degree 55 minutes 19 seconds West, 1319.45 feet to a point at the southeastern corner of Land Lot 422; thence along the eastern land lot line of Land Lot 501 South 02 degrees 25 minutes 38 seconds West, 1291.13 feet to a point at the southeastern corner of Land Lot 501; thence along the eastern land lot line of Land Lot 516 South 02 degrees 50 minutes 59 seconds West,

774.23 feet to a point; thence South 21 degrees 53 minutes 35 seconds East, 72.70 feet to a point; thence South 40 degrees 19 minutes 32 seconds East, 169.68 feet to a point; thence South 50 degrees 22 minutes 04 seconds East, 83.48 feet to a point; thence South 67 degrees 05 minutes 43 seconds East, 322.39 feet to a point; thence South 67 degrees 11 minutes 09 seconds East, 312.71 feet to a point; thence South 12 degrees 28 minutes 28 seconds East, 76.91 feet to a point on the northern land lot line of Land Lot 594; thence along said northern land lot line South 86 degrees 06 minutes 38 seconds East, 507.27 feet to a point at the northeastern corner of Land Lot 594; thence along the eastern land lot line of Land Lot 594 South 01 degree 48 minutes 41 seconds West, 570.44 feet to a point; thence along said eastern land lot line and the eastern land lot line of Land Lot 249 South 01 degree 43 minutes 45 seconds West, 1017.05 feet to a point on the Paulding and Carroll County line; thence along the eastern land lot line of Land Lot 249 South 01 degree 14 minutes 36 seconds West, 889.20 feet to a point; thence North 89 degrees 39 minutes 06 seconds West, 161.07 feet to a point; thence South 82 degrees 09 minutes 54 seconds West, 700.39 feet to a point; thence North 34 degrees 10 minutes 51 seconds West, 2003.85 feet to a point; thence North 02 degrees 11 minutes 12 seconds East, 1210.26 feet to a point; thence North 47 degrees 15 minutes 19 seconds West, 840.00 feet to a point; thence North 35 degrees 58 minutes 56 seconds West, 305.87 feet to a point; thence North 85 degrees 05 minutes 00 seconds West, 464.39 feet to a point; thence North 86 degrees 35 minutes 01 second West, 477.15 feet to a point; thence North 72 degrees 54 minutes 24 seconds West, 200.43 feet to a point on the eastern land lot line of Land Lot 514; thence along said eastern land lot line South 01 degree 46 minutes 19 seconds West, 1009.08 feet to a point; thence South 89 degrees 40 minutes 19 seconds West, 619.82 feet to a point; thence South 01 degree 17 minutes 30 seconds West, 235.46 feet to a point; thence South 00 degrees 03 minutes 52 seconds West, 1464.49 feet to a point; thence North 89 degrees 38 minutes 50 seconds West, 1492.64 feet to a point; thence North 00 degrees 39 minutes 33 seconds East, 2108.82 feet to a point on the southern land lot line of Land Lot 513; thence along said southern land lot line and along the southern land lot line of Land Lot 512, North 73 degrees 52 minutes 32 seconds West, 1879.42 feet to a point at the

southwestern corner of Land Lot 512; thence along the western land lot line of Land Lot 512, North 04 degrees 22 minutes 39 seconds East, 270.38 feet to a point at the northwestern corner of Land Lot 512; thence along the eastern boundary of Land Lot 506, North 00 degrees 37 minutes 04 seconds East, 1297.34 feet to a point at the northwestern corner of Land Lot 505; thence along the southern boundary of Land Lot 417, North 89 degrees 55 minutes 02 seconds West, 1285.50 feet to a point at the southwestern corner of Land Lot 417; thence along the western land lot line of Land Lot 417, North 00 degrees 28 minutes 41 seconds West, 194.87 feet to a point on the eastern right of way line of Millertown Road (80 foot right of way); thence along said eastern right of way line the following courses and distances: along a curve to the right, an arc distance of 69.02 feet, said curve having a radius of 5721.01 feet and being subtended by a chord of 69.02 feet, at North 21 degrees 45 minutes 17 seconds East, to a point; thence North 21 degrees 24 minutes 32 seconds East, 14.99 feet to a point; thence along a curve to the left, an arc distance of 128.75 feet, said curve having a radius of 560.04 feet and being subtended by a chord of 128.47 feet, at North 14 degrees 49 minutes 23 seconds East, to a point; thence along a curve to the left, an arc distance of 78.47 feet, said curve having a radius of 1257.32 feet and being subtended by a chord of 78.45 feet, at North 06 degrees 26 minutes 57 seconds East, to a point; thence North 04 degrees 39 minutes 40 seconds East, 51.48 feet to a point; thence along a curve to the left, an arc distance of 172.21 feet, said curve having a radius of 1603.18 feet and being subtended by a chord of 172.13 feet, at North 01 degree 35 minutes 02 seconds East, to a point; thence North 01 degree 29 minutes 37 seconds West, 621.65 feet to a point on the northern land lot line of Land Lot 417; thence leaving said eastern right of way along the northern land lot line of Land Lot 417, South 89 degrees 55 minutes 17 seconds East, 1286.72 feet to a point to the northeastern corner of Land Lot 417; thence along the western land lot line of Land Lot 397, North 02 degrees 49 minutes 43 seconds East, 550.35 feet to a point; thence North 86 degrees 49 minutes 17 seconds East 331.03 feet to a point; thence South 57 degrees 19 minutes 59 seconds East, 112.64 feet to a point; thence South 02 degrees 47 minutes 02 seconds East, 623.12 feet to a point; thence South 31 degrees 09 minutes 12 seconds East, 150.12 feet to a point; thence South 31 degrees 34 minutes 24 seconds East, 135.71 feet to a point; thence South 20 degrees 53 minutes 28 seconds East, 122.72 feet to a point; thence South 07 degrees 58 minutes 06 seconds East, 408.26 feet to a point; thence South 04 degrees 27 minutes 28 seconds West, 840.88 feet to a point; thence South 26 degrees 31 minutes 28 seconds East, 199.22 feet to a point; thence North 63 degrees 47 minutes 12 seconds East, 443.49 feet to a point; thence North 40 degrees 50 minutes 07 seconds East, 300.85 feet to a point; thence North 30 degrees 59 minutes 48 seconds East, 230.35 feet to a point; thence South 36 degrees 09 minutes 27 seconds East, 103.72 feet to a point; thence South 07 degrees 14 minutes 13 seconds East, 632.96 feet to a point; thence South 26 degrees 24 minutes 42 seconds West, 187.96 feet to a point; thence South 78 degrees 32 minutes 02 seconds East, 97.95 feet to a point; thence North 66 degrees 09 minutes 52 seconds East, 260.74 feet to a point; thence South 86 degrees 55 minutes 26 seconds East, 329.16 feet to a point; thence South 85 degrees 08 minutes 20 seconds East, 279.01 feet to a point; thence South 37 degrees 04 minutes 19 seconds East, 214.48 feet to a point; thence South 72 degrees 35 minutes 23 seconds East, 173.05 feet to a point; thence

South 66 degrees 55 minutes 26 seconds East, 323.59 feet to a point; thence South 65 degrees 45 minutes 03 seconds East, 83.17 feet to a point; thence North 80 degrees 07 minutes 12 seconds East, 233.33 feet to a point; thence South 70 degrees 52 minutes 58 seconds East, 161.89 feet to a point; thence North 88 degrees 08 minutes 56 seconds East, 189.70 feet to a point; thence North 01 degree 48 minutes 16 seconds East, 155.04 feet to a point; thence North 29 degrees 25 minutes 22 seconds East, 169.25 feet to a point; thence North 07 degrees 04 minutes 48 seconds West, 353.97 feet to a point; thence North 32 degrees 14 minutes 59 seconds West, 208.80 feet to a point; thence North 04 degrees 55 minutes 09 seconds West, 134.31 feet to a point; thence North 83 degrees 49 minutes 51 seconds West, 354.88 feet to a point; thence North 28 degrees 25 minutes 42 seconds East, 204.96 feet to a point; thence North 30 degrees 17 minutes 08 seconds East, 265.77 feet to a point; thence North 39 degrees 17 minutes 26 seconds East, 191.28 feet to a point; thence North 29 degrees 30 minutes 47 seconds East, 330.44 feet to a point; thence North 17 degrees 44 minutes 16 seconds East, 241.31 feet to a point; thence North 23 degrees 39 minutes 05 seconds East, 349.13 feet to the TRUE POINT OF BEGINNING.

THENCE North 23 degrees 39 minutes 05 seconds East, 77.78 feet to a point on the southern land lot line of Land Lot 394; North 74 degrees 36 minutes 42 seconds West, 57.00 feet to a point; thence along a curve to the right an arc distance of 89.71 feet, said curve having a radius of 458.98 feet and being subtended by a chord of 89.56 feet, at South 15 degrees 23 minutes 08 seconds East to the TRUE POINT OF BEGINNING.

Said tract containing 0.05 acres as shown as Tract 11 on that certain compiled plat for New Georgian, LLC, United Golf of Georgia, LLC and TGR Golf LP, prepared by Gaskins Surveying & Engineering Company, sealed by Mark A. Whitmore, Georgia Registered Land Surveyor Number 2529 and John C. Gaskins, Georgia Registered Land Surveyor Number 2060, dated April 26, 2002, last revised March 7, 2003.

AND LESS AND EXCEPT

Active Adult Center – The Frog at The Georgian

THE 1.02 ACRE TRACT

ALL THAT TRACT or parcel of land lying and being in Land Lot 396, 1st District, 3rd Section of Paulding County, Georgia and being more particularly described as follows:

COMMENCING at the Land Lot corner common to Land Lots 312, 313, 394 and 395; THENCE proceeding NORTH 89 DEGREES 31 MINUTES 01 SECONDS WEST, 449.07 feet to a point; THENCE proceeding SOUTH 62 DEGREES 54 MINUTES 37 SECONDS WEST, 116.64 feet to a point; THENCE proceeding NORTH 77 DEGREES 19 MINUTES

03 SECONDS WEST, 333.03 feet to a point; THENCE proceeding SOUTH 66 DEGREES 44 MINUTES 38 SECONDS WEST, 801.58 feet to a point; THENCE proceeding SOUTH 52 DEGREES 32 MINUTES 57 SECONDS WEST, 340.59 feet to a point, said point being the POINT OF BEGINNING.

THENCE proceeding SOUTH 04 DEGREES 28 MINUTES 54 SECONDS WEST, 20.79 feet to a point; THENCE proceeding NORTH 69 DEGREES 38 MINUTES 23 SECONDS WEST, 159.54 feet to a point; THENCE proceeding NORTH 12 DEGREES 12 MINUTES 51 SECONDS WEST, 180.24 feet to a point; THENCE proceeding SOUTH 82 DEGREES 38 MINUTES 05 SECONDS WEST, 126.43 feet to a point; THENCE proceeding NORTH 43 DEGREES 47 MINUTES 17 SECONDS WEST, 137.04 feet to a point; THENCE proceeding 38.76 feet along the arc of a curve to the left, said curve having a radius of 292.40 feet and being subtended by a chord bearing NORTH 37 DEGREES 33 MINUTES 10 SECONDS EAST, a chord distance of 38.73 feet to a point; THENCE proceeding 108.53 feet along the arc of a curve to the left, said curve having a radius of 335.85 feet and being subtended by a chord bearing NORTH 24 DEGREES 05 MINUTES 36 SECONDS EAST, a chord distance of 108.06 feet to a point; THENCE proceeding SOUTH 68 DEGREES 11 MINUTES 04 SECONDS EAST, 12.21 feet to a point; THENCE proceeding SOUTH 30 DEGREES 12 MINUTES 55 SECONDS EAST, 65.00 feet to a point; THENCE proceeding SOUTH 89 DEGREES 15 MINUTES 29 SECONDS EAST, 139.27 feet to a point; THENCE proceeding SOUTH 19 DEGREES 51 MINUTES 00 SECONDS EAST, 85.30 feet to a point; THENCE proceeding SOUTH 32 DEGREES 30 MINUTES 50 SECONDS WEST, 75.44 feet to a point; THENCE proceeding SOUTH 12 DEGREES 12 MINUTES 51 SECONDS EAST, 170.80 feet to a point; THENCE proceeding SOUTH 69 DEGREES 38 MINUTES 23 SECONDS EAST, 142.90 feet to a point, said point being the POINT OF BEGINNING.

Said parcel contains 44,355.65 square feet or 1.02 acres.

Property Address:   **2699 Georgian Parkway**
                    **Temple, GA 30180**

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
(404) 220-8500

**B. E-MAIL CONTACT AT FILER (optional)**
ROBERT@ARKIN.LAW

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

ROBERT ARKIN
6075 BARFIELD ROAD
SUITE 226
ATLANTA, GA 30328

Delaware Department of State
U.C.C. Filing Section
Filed: 05:43 PM 12/12/2023
U.C.C. Initial Filing No: 2023 8403932
Amendment No: 2023 8408543
Service Request No: 20234205664

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20238403932

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b, and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:
**Collateral Description - please see attached**

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **U.S. STRATEGIC CAPITAL ADVISORS LLC** | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)
International Association of Commercial Administrators

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
20238403932

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form
   12a. ORGANIZATION'S NAME
   U.S. STRATEGIC CAPITAL ADVISORS LLC

OR
   12b. INDIVIDUAL'S SURNAME

   FIRST PERSONAL NAME

   ADDITIONAL NAME(S)/INITIAL(S)                          SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

   13a. ORGANIZATION'S NAME
   U.S. STRATEGIC CAPITAL ADVISORS LLC

OR
   13b. INDIVIDUAL'S SURNAME          FIRST PERSONAL NAME          ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

14. ADDITIONAL SPACE FOR ITEM 5 (Collateral):

15. This FINANCING STATEMENT AMENDMENT:
   ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing
16. Name and address of a RECORD OWNER of real estate described in item 17
    (if Debtor does not have a record interest):

17. Description of real estate:

18. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)
International Association of Commercial Administrator

Exhibit H - Page 10

## Collateral Description

All property of Borrowers (herein referred to as "**Debtors**"), whether presently existing or hereafter created or acquired, and wherever located, including, but not limited to:(a) all accounts, chattel paper (including tangible and electronic chattel paper), commercial tort claims, deposit accounts, documents (including negotiable documents), equipment (including all accessions and additions thereto), general intangibles (including payment intangibles, software, trademarks, copyrights, patents and any and all other intellectual property and proprietary rights of Debtors), goods (including fixtures), instruments (including promissory notes), inventory (including all goods held for sale or lease or to be furnished under a contract of service, and including returns and repossessions), investment property (including securities and securities entitlements), letter of credit rights, money, and all of Debtor's books and records with respect to any of the foregoing, and the computers and equipment containing said books and records, website, brands, trademarks, URL's and molds for manufacturing; (b) any and all cash proceeds and/or noncash proceeds of any of the foregoing, including, without limitation, insurance proceeds, and all supporting obligations and the security therefor or for any right to payment. All terms above have the meanings given to them in the Delaware, Georgia or Wyoming Uniform Commercial Code, as applicable, and as amended or supplemented from time to time; and (c) that certain real property described in the legal description below:

## Legal Description

TRACT 1 – SOUTH GOLF COURSE

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOTS 311, 394, 395, 396, 397, 418, 419, 420, 421, 503, 504 AND 505 OF THE FIRST DISTRICT, THIRD SECITON OF PAULDING COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

TO FIND THE TRUE POINT OF BEGINNING, COMMENCING AT AN IRON PIN FOUND (1/2" PIPE) MARKING THE SOUTHEAST CORNER OF LAND LOT 420, THE SOUTHWEST CORNER OF LAND LOT 421, THE NORTHWEST CORNER OF LAND LOT 502 AND THE NORTHEAST CORNER OF LAND LOT 503, OF THE FIRST DISTRICT, THIRD SECTION OF PAULDING COUNTY, GEORGIA; THENCE N89°-32'-03" W 519.11 FEET ALONG THE NORTH LINE OF SAID LAND LOT 503 TO A POINT MARKING THE POINT OF BEGINNING OF SAID PARCEL OF LAND; THENCE S28°-25'-01" W 177.82 FEET TO AN IPF; THENCE S83°-50'-33" E 354.88 FEET TO AN IPS; THENCE S04°-55'-50" E 134.31 FEET TO AN IPF; THENCE S32°-15'-40" E 208.80 FEET TO AN IPF; THENCE S07°-05'-29" E 353.97 FEET TO AN IPF; THENCE S29°-24'-40" W 169.25 FEET TO AN IPS; THENCE S 01°-47'-34" W 155.04 FEET TO AN IPF; THENCE S88°-08'-15" W 189.70 FEET TO AN IPS; THENCE N70°-53'-39" W 161.89 FEET TO AN IPS; THENCE S80°-06'31" W 103.20 FEET TO AN IPS; THENCE N24°-07'-48" W 161.25 FEET TO AN IPS; THENCE N65°-52'-12" E 85.47 FEET TO AN IPS; THENCE N31°-10'-43" W 77.07FEET TO AN IPS; THENCE N68°-

33'-49" W 76.45 FEET TO AN IPS; THENCE S85°-01'-10" W 80.35 FEET TO AN IPF; THENCE N77°-08'-21" W 109.94 FEET TO AN IPS; THENCE S54°-17'-42" W 265.44 FEET TO AN IPF; THENCE N72°-36'-04" W 173.05 FEET TO AN IPF; THENCE N37°-05'-00" W 214.48 FEET TO AN IPS; THENCE N85°-09'-01" W 279.01 FEET TO AN IPF; THENCE N86°-56'-08" W 329.16 FEET TO AN IPF; THENCE S66°-09'-11" W 260.74 FEET TO AN IPS; THENCE N78°-32'-44" W 97.95 FEET TO AN IPF; THENCE N26°-24'-01" E 187.96 FEET TO AN IPS; THENCE N07°-14'-54" W 632.96 FEET TO AN IPF; THENCE N36°-10'-08" W 103.72 FEET TO AN IPF; THENCE S30°-59'-07" W 230.35 FEET TO AN IRE; THENCE S40°-49'-25" W 300.85 FEET TO AN IPF; THENCE S63°-46'-30" W 443.49 FEET TO AN IPS; THENCE N26°-32'-10" W 199.22 FEET TO AN IPF; THENCE N 04°-26'-46" E 840.88 FEET TO AN IPS; THENCE N 07°-58'-48" W 408.26 FEET TO AN IPS; THENCE N 20°-54'-10" W 122.72 FEET TO AN IPS; THENCE N 31°-09'-.53" W 150.12 FEET TO AN IPS; THENCE N 02°-47'-43" W 623.12 FEET TO AN IPS; THENCE N 57°-20'-40" W 112.64 FEET TO AN IPS; THENCE S 86°-48'-36" W 330.91 FEET TO AN IPS; THENCE N 02°-45'-07" E 106.34 FEET TO AN IPS; THENCE N 76°-53'-30" E 172.35 FEET TO AN IPS; THENCE N 53°-11'-54" E 77.37 FEET TO AN IPF; THENCE N 79°-28'-36" E 83.84 FEET TO AN IPF; THENCE N 43°-26'51" E 74.20 FEET TO AN IPF; THENCE N 64°-16'-01" E 30.75 FEET TO AN IPF; THENCE S 85°-47'-37" E 81.96 FEET TO AN IPF; THENCE N 81°-45'-27" E 60.22 FEET TO AN IPS; THENCE N 74°-13'-54" E 152.97 FEET TO AN IPS;THENCE N 83°-15'-33" E 53.65 FEET TO AN IPS-'- THENCE N 88°-35'-53" E 269.20 FEET TO AN IPS; THENCE N 41°-55'-10" E 56.18 FEET TO AN IPF; THENCE N 61°-40'-36" E 147.36 FEET TO AN IPS; THENCE N 66°-53'-54" E 212.90 FEET TO AN IPS; THENCE N 00°-40'-47" E 192.42 FEET TO AN IPS; THENCE N 89°-59'-07" E 99.82 FEET TO AN IPS; THENCE N 54°-48'-38" E 49.50 FEET TO AN IPS; THENCE N 14°-50'-30" W 123.58 FEET TO AN IPS; THENCE N 22°-55'-45" W 244.50 FEET TO AN IPS; THENCE NORTHEASTERLY 152.68 FEET. ALONG A CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF 245.00 FEET (CHORD OF SAID CURVE BEING N 58°-42'-34" E 150.22 FEET) TO AN IPS; THENCE N 76°-33'-43" E 78.20 FEET TO AN IPS; THENCE S 19°-52'-05" E 45.34 FEET TO AN IPS; THENCE S 22°-55'-34" E 316.95 FEET TO AN IPS; THENCE SOUTH 211.54 FEET ALONG A CURVE CONCAVE TO THE WEST HAVING A RADIUS OF 325.00 FEET (CHORD OF SAID CURVE BEING S 04°-16'-46" E 207.82 FEET) TO AN IPS; THENCE S 30°-18'-12" E 65.57 FEET TO AN IPF; THENCE S 89°-21'-00" E 139.27 FEET TO AN IPF; THENCE S 19°-59'-53" E 85.26 FEET TO AN IPF; THENCE S 33°-18'-38" W 75.26 FEET TO AN IPF; THENCE S 12°-24'-13" E 170.80 FEET TO AN IPF; THENCE S 69°-49'-45" E 142.90 FEET TO AN IPF; THENCE S 04°-06'-20" W 106.82 FEET TO AN IPF; THENCE S 26°-01'-25" E 176.68 FEET TO AN IPF; THENCE S 45°-28'-10" E 149.90 FEET TO AN IPF; THENCE S 73°-24'-18" E 119.41 FEET TO AN IPF; THENCE S 29°-26'-58" E 157.31 FEET TO AN IPF; THENCE S 34°-08'-13" E 129.25 FEET TO AN IPF; THENCE S 26°-31'-30" E 392.36 FEET TO AN IPF; THENCE S 33°-42'-19" E 400.99 FEET TO AN IPF;

THENCE N 39°-01'-01" E 365.32 FEET TO AN IPF; THENCE N 63°-57'-07" E 186.37 FEET TO AN IPF; THENCE N 68°-54'-31" E 345.65 FEET TO AN IPF; THENCE N 70°-43'-51" E 231.59 FEET TO AN IPF; THENCE S 74°-37'-23" E 162.21 FEET TO AN IPS; THENCE S 23°-38'-24" W 426.89 FEET TO AN IPF; THENCE S 17°-43"-35" W 241.31 FEET TO AN IPF; THENCE S 29°-30'-05" W 330.44 FEET TO AN IPF; THENCE S 39°-16'-45" W 191.28 FEET TO AN IPF; THENCE S 30°-16'-27" W 265.77 FEET TO AN IPF; THENCE S 28°-25'-01" W 27.14 FEET TO THE POINT OF BEGINNING.

SAID TRACT OF LAND CONTAINS 182.406 ACRES.

All as shown on that certain Survey for Untied Golf, LLC, United Golf Management, LLC, United Golf of Georgia, L.P., TGR Golf, L.P., and First American Title Insurance Company, prepared by Etowah Engineering & Surveying, Inc., bearing the seal and certification of Ronnie L. Ray, Georgia Registered Land Surveyor No. 1781, dated June 7, 2000, last revised June 13, 2000.

TOGETHER WITH:

TRACT IV – TURF CARE CENTER

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 312 OF THE FIRST DISTRICT, THIRD SECTION OF PAULDING COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT AN IPF (1/2" PIPE) MARKING THE SOUTHEAST CORNER OF LAND LOT 312, THE SOUTHWEST CORNER OF LAND LOT 313, THE NORTHWEST CORNER OF LAND LOT 394, AND THE NORTHEAST CORNER OF LAND LOT 395 OF THE FIRST DISTRICT, THIRD SECTION OF PAULDING COUNTY, GEORGIA, SAID POINT MARKING THE POINT OF BEGINNING OF SAID PARCEL OF LAND.

THENCE N 89°-31'-56" W 449.07 FEET TO AN IPS; THENCE N 37°-27'-03" E 103.78 FEET TO AN IPS; THENCE NORTHEASTERLY 292.12 FEET ALONG A CURVE CONCAVE TO THE WEST HAVING A REDIUS OF 425.00 FEET (CHORD OF SAID CURVE BEING N 17°-45'-36" E 286.40 FEET) TO A POINT; THENCE N 01°-55'-50" W 201.58 FEET TO A POINT; THENCE NORTHWESTERLY 60.37 FEET ALONG A CURVE CONCAVE TO THE WEST HAVING A RADIUS OF 425.00 FEET (CHORD OF SAID CURVE BEING N 05°-59'-59" W 60.31 FEET) TO A POINT; THENCE N 74°-48'-57" E 341.35' TO AN IPS; THENCE S 01°-25'-58" W 709.88' TO THE POINT OF BEGINNING.

SAID TRACT OF LAND CONTAINS 5.109 ACRES.

All as shown on that certain Survey for United Golf, LLC, United Golf Management, LLC, United Golf of Georgia, L.P. TGR Golf, L.P., and First American Title Insurance Company, prepared by Etowah Engineering & Surveying, Inc., bearing the seal and certification of Ronnie L. Ray, Georgia Registered Land Surveyor No. 1781, dated June 7, 2000, last revised June 13, 2000.

LESS AND EXCEPT:

TRACT 11

All that tract of parcel of land lying and being in Land Lots 394 and 421, 1st District, 3rd Section, Paulding County, Georgia, being more particularly described as follows:

COMMENCE at a point found at the intersection of Land Lots 315, 316, 391 and 392, being the POINT OF BEGINNING; thence North 89 degrees 26 minutes 07 seconds East, 545.88 feet to a point on the western right of way line of Townsend Road (60 foot right of way); thence along said western right of way line along a curve to the left, an arc distance of 61.04 feet, said curve having a radius of 142.68 feet and being subtended by a chord of 60.58 feet, at South 04 degrees 28 minutes 24 seconds West, to a point; thence continuing along said western right of way line South 16 degrees 43 minutes 47 seconds West, 262.97 feet to a point; thence continuing along said western right of way line South 06 degrees 26 minutes 19 seconds West, 455.21 feet to a point; thence leaving said western right of way line North 73 degrees 17 minutes 00 seconds West, 469.87 feet to a point of the eastern land lot line of Land Lot 392; thence South 89 degrees 55 minutes 09 seconds West, 210.00 feet to a point; thence South 03 degrees 16 minutes 18 seconds West, 645.00 feet to a point on the southern land lot line of Land Lot 392; thence continuing along said southern land lot line South 89 degrees 58 minutes 08 seconds West, 1093.54 feet to a point at the southwestern corner of Land Lot 392; thence along the eastern land lot line of Land Lot 422 South 01 degree 55 minutes 19 seconds West, 1319.45 feet to a point at the southeastern corner of Land Lot 422; thence along the eastern land lot line of Land Lot 501 South 02 degrees 25 minutes 38 seconds West, 1291.13 feet to a point at the southeastern corner of Land Lot 501; thence along the eastern land lot line of Land Lot 516 South 02 degrees 50 minutes 59 seconds West, 774.23 feet to a point; thence South 21 degrees 53 minutes 35 seconds East, 72.70 feet to a point; thence South 40 degrees 19 minutes 32 seconds East, 169.68 feet to a point; thence South 50 degrees 22 minutes 04 seconds East, 83.48 feet to a point; thence South 67 degrees 05 minutes 43 seconds East, 322.39 feet to a point; thence South 67 degrees 11 minutes 09 seconds East, 312.71 feet to a point; thence South 12 degrees 28 minutes 28 seconds East, 76.91 feet to a point on the northern land lot line of Land Lot 594; thence along said northern land lot line South 86 degrees 06 minutes 38 seconds East, 507.27 feet to a point at the

northeastern corner of Land Lot 594; thence along the eastern land lot line of Land Lot 594 South 01 degree 48 minutes 41 seconds West, 570.44 feet to a point; thence along said eastern land lot line and the eastern land lot line of Land Lot 249 South 01 degree 43 minutes 45 seconds West, 1017.05 feet to a point on the Paulding and Carroll County line; thence along the eastern land lot line of Land Lot 249 South 01 degree 14 minutes 36 seconds West, 889.20 feet to a point; thence North 89 degrees 39 minutes 06 seconds West, 161.07 feet to a point; thence South 82 degrees 09 minutes 54 seconds West, 700.39 feet to a point; thence North 34 degrees 10 minutes 51 seconds West, 2003.85 feet to a point; thence North 02 degrees 11 minutes 12 seconds East, 1210.26 feet to a point; thence North 47 degrees 15 minutes 19 seconds West, 840.00 feet to a point; thence North 35 degrees 58 minutes 56 seconds West, 305.87 feet to a point; thence North 85 degrees 05 minutes 00 seconds West, 464.39 feet to a point; thence North 86 degrees 35 minutes 01 second West, 477.15 feet to a point; thence North 72 degrees 54 minutes 24 seconds West, 200.43 feet to a point on the eastern land lot line of Land Lot 514; thence along said eastern land lot line South 01 degree 46 minutes 19 seconds West, 1009.08 feet to a point; thence South 89 degrees 40 minutes 19 seconds West, 619.82 feet to a point; thence South 01 degree 17 minutes 30 seconds West, 235.46 feet to a point; thence South 00 degrees 03 minutes 52 seconds West, 1464.49 feet to a point; thence North 89 degrees 38 minutes 50 seconds West, 1492.64 feet to a point; thence North 00 degrees 39 minutes 33 seconds East, 2108.82 feet to a point on the southern land lot line of Land Lot 513; thence along said southern land lot line and along the southern land lot line of Land Lot 512, North 73 degrees 52 minutes 32 seconds West, 1879.42 feet to a point at the southwestern corner of Land Lot 512; thence along the western land lot line of Land Lot 512, North 04 degrees 22 minutes 39 seconds East, 270.38 feet to a point at the northwestern corner of Land Lot 512; thence along the eastern boundary of Land Lot 506, North 00 degrees 37 minutes 04 seconds East, 1297.34 feet to a point at the northwestern corner of Land Lot 505; thence along the southern boundary of Land Lot 417, North 89 degrees 55 minutes 02 seconds West, 1285.50 feet to a point at the southwestern corner of Land Lot 417; thence along the western land lot line of Land Lot 417, North 00 degrees 28 minutes 41 seconds West, 194.87 feet to a point on the eastern right of way line of Millertown Road (80 foot right of way); thence along said eastern right of way line the following courses and distances: along a curve to the right, an arc distance of 69.02 feet, said curve having a radius of 5721.01 feet and being subtended by a chord of 69.02 feet, at North 21 degrees 45 minutes 17 seconds East, to a point; thence North 21 degrees 24 minutes 32 seconds East, 14.99 feet to a point; thence along a curve to the left, an arc distance of 128.75 feet, said curve having a radius of 560.04 feet and being subtended by a chord of 128.47 feet, at North 14 degrees 49 minutes 23 seconds East, to a point; thence along a curve to the left, an arc distance of 78.47 feet, said curve having a radius of 1257.32 feet and being subtended by a chord of 78.45 feet, at North 06 degrees 26 minutes 57 seconds East, to a point; thence North 04 degrees 39 minutes 40 seconds East, 51.48 feet to a point; thence along a curve to the left, an arc distance of 172.21 feet, said

curve having a radius of 1603.18 feet and being subtended by a chord of 172.13 feet, at North 01 degree 35 minutes 02 seconds East, to a point; thence North 01 degree 29 minutes 37 seconds West, 621.65 feet to a point on the northern land lot line of Land Lot 417; thence leaving said eastern right of way along the northern land lot line of Land Lot 417, South 89 degrees 55 minutes 17 seconds East, 1286.72 feet to a point to the northeastern corner of Land Lot 417; thence along the western land lot line of Land Lot 397, North 02 degrees 49 minutes 43 seconds East, 550.35 feet to a point; thence North 86 degrees 49 minutes 17 seconds East 331.03 feet to a point; thence South 57 degrees 19 minutes 59 seconds East, 112.64 feet to a point; thence South 02 degrees 47 minutes 02 seconds East, 623.12 feet to a point; thence South 31 degrees 09 minutes 12 seconds East, 150.12 feet to a point; thence South 31 degrees 34 minutes 24 seconds East, 135.71 feet to a point; thence South 20 degrees 53 minutes 28 seconds East, 122.72 feet to a point; thence South 07 degrees 58 minutes 06 seconds East, 408.26 feet to a point; thence South 04 degrees 27 minutes 28 seconds West, 840.88 feet to a point; thence South 26 degrees 31 minutes 28 seconds East, 199.22 feet to a point; thence North 63 degrees 47 minutes 12 seconds East, 443.49 feet to a point; thence North 40 degrees 50 minutes 07 seconds East, 300.85 feet to a point; thence North 30 degrees 59 minutes 48 seconds East, 230.35 feet to a point; thence South 36 degrees 09 minutes 27 seconds East, 103.72 feet to a point; thence South 07 degrees 14 minutes 13 seconds East, 632.96 feet to a point; thence South 26 degrees 24 minutes 42 seconds West, 187.96 feet to a point; thence South 78 degrees 32 minutes 02 seconds East, 97.95 feet to a point; thence North 66 degrees 09 minutes 52 seconds East, 260.74 feet to a point; thence South 86 degrees 55 minutes 26 seconds East, 329.16 feet to a point; thence South 85 degrees 08 minutes 20 seconds East, 279.01 feet to a point; thence South 37 degrees 04 minutes 19 seconds East, 214.48 feet to a point; thence South 72 degrees 35 minutes 23 seconds East, 173.05 feet to a point; thence South 66 degrees 55 minutes 26 seconds East, 323.59 feet to a point; thence South 65 degrees 45 minutes 03 seconds East, 83.17 feet to a point; thence North 80 degrees 07 minutes 12 seconds East, 233.33 feet to a point; thence South 70 degrees 52 minutes 58 seconds East, 161.89 feet to a point; thence North 88 degrees 08 minutes 56 seconds East, 189.70 feet to a point; thence North 01 degree 48 minutes 16 seconds East, 155.04 feet to a point; thence North 29 degrees 25 minutes 22 seconds East, 169.25 feet to a point; thence North 07 degrees 04 minutes 48 seconds West, 353.97 feet to a point; thence North 32 degrees 14 minutes 59 seconds West, 208.80 feet to a point; thence North 04 degrees 55 minutes 09 seconds West, 134.31 feet to a point; thence North 83 degrees 49 minutes 51 seconds West, 354.88 feet to a point; thence North 28 degrees 25 minutes 42 seconds East, 204.96 feet to a point; thence North 30 degrees 17 minutes 08 seconds East, 265.77 feet to a point; thence North 39 degrees 17 minutes 26 seconds East, 191.28 feet to a point; thence North 29 degrees 30 minutes 47 seconds East, 330.44 feet to a point; thence North 17 degrees 44 minutes 16 seconds East, 241.31 feet to a point; thence North 23 degrees 39 minutes 05 seconds East, 349.13 feet to the TRUE POINT OF BEGINNING.

THENCE North 23 degrees 39 minutes 05 seconds East, 77.78 feet to a point on the southern land lot line of Land Lot 394; North 74 degrees 36 minutes 42 seconds West, 57.00 feet to a point; thence along a curve to the right an arc distance of 89.71 feet, said curve having a radius of 458.98 feet and being subtended by a chord of 89.56 feet, at South 15 degrees 23 minutes 08 seconds East to the TRUE POINT OF BEGINNING.

Said tract containing 0.05 acres as shown as Tract 11 on that certain compiled plat for New Georgian, LLC, United Golf of Georgia, LLC and TGR Golf LP, prepared by Gaskins Surveying & Engineering Company, sealed by Mark A. Whitmore, Georgia Registered Land Surveyor Number 2529 and John C. Gaskins, Georgia Registered Land Surveyor Number 2060, dated April 26, 2002, last revised March 7, 2003.

AND LESS AND EXCEPT

Active Adult Center – The Frog at The Georgian

THE 1.02 ACRE TRACT

ALL THAT TRACT or parcel of land lying and being in Land Lot 396, 1st District, 3rd Section of Paulding County, Georgia and being more particularly described as follows:

COMMENCING at the Land Lot corner common to Land Lots 312, 313, 394 and 395; THENCE proceeding NORTH 89 DEGREES 31 MINUTES 01 SECONDS WEST, 449.07 feet to a point; THENCE proceeding SOUTH 62 DEGREES 54 MINUTES 37 SECONDS WEST, 116.64 feet to a point; THENCE proceeding NORTH 77 DEGREES 19 MINUTES 03 SECONDS WEST, 333.03 feet to a point; THENCE proceeding SOUTH 66 DEGREES 44 MINUTES 38 SECONDS WEST, 801.58 feet to a point; THENCE proceeding SOUTH 52 DEGREES 32 MINUTES 57 SECONDS WEST, 340.59 feet to a point, said point being the POINT OF BEGINNING.

THENCE proceeding SOUTH 04 DEGREES 28 MINUTES 54 SECONDS WEST, 20.79 feet to a point; THENCE proceeding NORTH 69 DEGREES 38 MINUTES 23 SECONDS WEST, 159.54 feet to a point; THENCE proceeding NORTH 12 DEGREES 12 MINUTES 51 SECONDS WEST, 180.24 feet to a point; THENCE proceeding SOUTH 82 DEGREES 38 MINUTES 05 SECONDS WEST, 126.43 feet to a point; THENCE proceeding NORTH 43 DEGREES 47 MINUTES 17 SECONDS WEST, 137.04 feet to a point; THENCE proceeding 38.76 feet along the arc of a curve to the left, said curve having a radius of 292.40 feet and being subtended by a chord bearing NORTH 37 DEGREES 33 MINUTES 10 SECONDS EAST, a chord distance of 38.73 feet to a point; THENCE proceeding 108.53 feet along the arc of a curve to the

left, said curve having a radius of 335.85 feet and being subtended by a chord bearing NORTH 24 DEGREES 05 MINUTES 36 SECONDS EAST, a chord distance of 108.06 feet to a point; THENCE proceeding SOUTH 68 DEGREES 11 MINUTES 04 SECONDS EAST, 12.21 feet to a point; THENCE proceeding SOUTH 30 DEGREES 12 MINUTES 55 SECONDS EAST, 65.00 feet to a point; THENCE proceeding SOUTH 89 DEGREES 15 MINUTES 29 SECONDS EAST, 139.27 feet to a point; THENCE proceeding SOUTH 19 DEGREES 51 MINUTES 00 SECONDS EAST, 85.30 feet to a point; THENCE proceeding SOUTH 32 DEGREES 30 MINUTES 50 SECONDS WEST, 75.44 feet to a point; THENCE proceeding SOUTH 12 DEGREES 12 MINUTES 51 SECONDS EAST, 170.80 feet to a point; THENCE proceeding SOUTH 69 DEGREES 38 MINUTES 23 SECONDS EAST, 142.90 feet to a point, said point being the POINT OF BEGINNING.

Said parcel contains 44,355.65 square feet or 1.02 acres.

Property Address:   2699 Georgian Parkway
                    Temple, GA 30180