**US Strategic Capital Advisors, LLC**
Derek Cunningham
Direct: 770.823.7744
derekc@usstrategiccapital.com

December 12, 2023

**VIA FIRST-CLASS U.S. MAIL,
CERTIFIED MAIL - RETURN RECEIPT REQUESTED, AND
ELECTRONIC MAIL**

Attn: Jorge Martinez
L&J Acquisitions, LLC
Compass Golf, LLC
3254 Clubside View Ct
Snellville, GA 30039
jm@compass-golf.com

---

RE:     **Notice of Default**
       **Lender:**      **US Strategic Capital Advisors, LLC**
       **Borrower:**    **L&J Acquisitions, LLC, Compass Golf, LLC**
       **Guarantor:**   **Jorge Martinez**

Dear Mr. Martinez:

US Strategic Capital Advisors, LLC ("USSC") is requesting repayment of certain amounts due according to the debt instruments executed by L&J Acquisitions, LLC ("L&J") and Compass Golf, LLC ("Compass"), (each individually a "Borrower", and collectively the "Borrowers") that evidence a debt due from L&J to USSC (the "Loan"). Borrowers remain in default under the terms of the following documents:

1) That certain Loan and Security Agreement dated March 17, 2023 in the original principal sum of $3,500,000.00 (as modified or renewed from time to time, the "Loan Agreement"); and

2) That certain Promissory Note dated March 17, 2023 in the original principal sum of $3,500,000.00 (the "Note"); and

3) That certain Securities Pledge Agreement date March 17, 2023 pledging all membership interest owned by Jorge Martinez in L&J Acquisitions, LLC and Compass Golf, LLC (the "Pledge Agreement"); and

4) That certain Deed to Secure Debt Assignment of Rents dated March 17, 2023 in the original amount of $3,500,000.00 (the "Deed"); and

5) That certain Personal Guaranty from Jorge Martinez, as guarantor, in favor of USSC dated March 17, 2023 (the "Martinez Guaranty", and, collectively with the Loan Agreement, and all other documents evidencing the Loan, the "Loan Documents").

The Loan Agreement is in default as a result of breaches of the terms of the Loan Agreement, including, but not limited to, Borrower's failure to timely make the payments due under the Loan Agreement and the Loan Documents as and when due. Demand is hereby made upon L&J and Compass and the guarantors, Jorge Martinez, for immediate payment of the amounts of indebtedness owed pursuant to the terms of the Loan Agreement.

Demand and Acceleration in USSC L&J Compass                                           1

Exhibit L - Page 1

Pursuant to, and in accordance with, Section 13-1-11 of the Official Code of Georgia Annotated, as amended, unless payment of the principal and interest due under the Loan Agreement is made within ten (10) days from your receipt hereof, USSC will have no alternative but to enforce the provisions in the Loan Agreement and related Loan Documents relative to the payment of statutory attorneys' fees, in addition to the provisions regarding principal, interest, late fees, and costs of collection. This may include full acceleration of the all obligations due according to the Loan Agreement. USSC expressly reserves all rights and remedies available to it under other applicable law regarding collection of attorneys' fees and other expenses incurred by USSC.

Demand for payment of the Loan Agreement as provided herein shall not constitute a waiver of USSC's present right to exercise any other rights or remedies that may be available to USSC pursuant to the terms of the Loan Agreement, the Martinez Guaranty or any other Loan Documents, or otherwise by law. This includes USSC's rights to exercise any remedies with regard to the assets of L&J and Compass that secure repayment of the Loan Agreement (collectively, the "Collateral").

No delay by USSC in exercising any rights or remedies shall operate as a waiver of any rights or remedies that USSC may have. Any future negotiations or discussions with any representative of USSC regarding the , the Loan Agreement, the related Loan Documents or the Collateral shall not be binding upon USSC unless and until they are reduced to a written agreement that is signed by a duly-authorized officer of USSC. All rights and remedies of USSC shall be cumulative, and may be exercised separately, successively, or concurrently at the sole discretion of USSC.

For your information, as of Friday, December 1, 2023 the amounts due according to the Loan Agreement, exclusive of attorneys' fees to which USSC will be entitled as noted herein, are as follows:

| | |
|---|---:|
| December Interest | $46,666.67 |
| December Monitoring Fee | $500.00 |
| December Late Fee | $4,716.67 |
| Total | $51,883.34 |

The acceptance by USSC of any future payments on the Loan Agreement, to the extent they do not represent payment in full of all amounts due under the Loan Agreement, including all accrued and unpaid interest, late fees, attorneys' fees, or other reimbursable expenses, shall not constitute an accord and satisfaction or a waiver by USSC of any defaults that exist under the Loan Agreement and other Loan Documents. USSC again reserves its rights to seek all remedies available to it to collect the indebtedness owing due under the Loan Agreement.

Please direct any further questions regarding the status of the Loan Agreement or Borrower's default under same to the undersigned.

Very truly yours,
US Strategic Capital Advisors, LLC

Derek Cunningham
cc:     Mr. Chris Lee

2

Exhibit L - Page 2