

**Robert Arkin**

Attorney at Law
Robert Arkin LLC
O: 404.220.8500
F: 855.804.9334
robert@arkin.law
SynerG Law Complex
6075 Barfield Road, Suite 226
Atlanta, GA 30328-4402

January 16, 2024

VIA FIRST-CLASS U.S. MAIL,
CERTIFIED MAIL - RETURN RECEIPT REQUESTED, AND ELECTRONIC MAIL

David A. Anton, Esq.
Anton Law, LLC
3180 North Point Pkwy, Suite 103
Alpharetta, GA 30005

Re: Notice of Acceleration of Entire Secured Indebtedness under Loan and Security Agreement dated March 17, 2023; Amended Notice of Sale Under Power; and Request for All Certificates Representing Martinez's Equity Ownership of Compass Golf LLC

Dear Mr. Anton:

On December 12, 2023, my client, U.S. Strategic Capital Advisors LLC ("USSC"), notified your clients, Compass Golf LLC ("Compass"), L & J Acquisitions LLC ("L&J"), and Jorge Martinez, that Compass and L&J were in default under that certain Loan and Security Agreement dated March 17, 2023 (the "Loan Agreement"), the Deed to Secure Debt and Assignment of Rents from Compass to USSC of even date therewith (the "Security Deed"), the Promissory Note from Compass and L&J to USSC of even date therewith in the principal amount of $3,500,000.00 (the "Note"), and the additional Loan Documents (as such term is defined in the Loan Agreement).

**Notice of Acceleration of Entire Secured Indebtedness**

As of today's date, Compass and L&J remain in default under the Loan Agreement, the Security Deed, the Note, and the additional Loan Documents. As your clients have failed to cure the default, USSC hereby declares the entire Secured Indebtedness immediately due and payable. Capitalized terms not otherwise defined herein have the meaning ascribed in the Loan Agreement and Loan Documents.

**Amended Notice of Sale**

Enclosed herewith is an Amended Notice of Sale Under Power (the "Amended Notice"). The Amended Notice states that The Frog Golf Club will be sold at a public auction at the Paulding

Exhibit M - Page 1

David A. Anton, Esq.
January 16, 2024
Page 2

County Courthouse on Tuesday, March 5, 2024. The sales proceeds will be applied to pay the expenses of the sale, as provided in the Security Deed, and by law, including attorney's fees, and all other payments provided for under the terms of the Security Deed, including the Promissory Note and accrued and unpaid interest thereon.

**Request for Delivery of All Certificates Representing the Equity Ownership of Compass**

Under the Securities Pledge Agreement with USSC dated March 17, 2023, USSC is entitled to exclusive possession of all of the certificates representing Mr. Martinez's beneficial ownership of 100% of the equity of Compass. USSC hereby demands that Compass and Mr. Martinez deliver physical possession of these certificates to USSC by no later than Thursday, January 18, 2024.

**Reservation of Rights**

In addition to the aforementioned rights and remedies, USSC reserves any and all rights and remedies that it has under the Loan Agreement and additional Loan Documents. These rights and remedies are cumulative and in addition to, and not in lieu of, any other rights or remedies that USSC may possess at law or in equity. Any future negotiations or discussions with any representative of USSC regarding the Loan Agreement, the related Loan Documents, or the Collateral shall not be binding upon USSC unless and until they are reduced to a written agreement that is signed by a duly authorized officer of USSC.

Please advise your clients to govern themselves accordingly.

Very truly yours,

*Robert Arkin*

Robert Arkin, Esq.
Georgia Bar Number 021575

Enclosure

Cc:   Compass Golf LLC
      L & J Acquisitions LLC
      Jorge Martinez
      Derek Cunningham
      Chris Lee
      Candler Cook

# NOTICE OF SALE UNDER POWER

STATE OF GEORGIA
COUNTY OF PAULDING

Under and by virtue of a Power of Sale contained in that certain Deed to Secure Debt and Assignment of Rents ("Security Deed") from COMPASS GOLF LLC, AS GRANTOR, to U.S. STRATEGIC CAPITAL ADVISORS LLC, AS GRANTEE, dated March 17, 2023, recorded April 11, 2023, in Deed Book 4921, Pages 96 - 119, Paulding County, Georgia Records, said Security Deed having been given to secure a Promissory Note of even date (the "Note") in the original principal amount of THREE MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS ($3,500,000.00), with interest thereon as provided for therein, there will be sold at public outcry to the highest bidder for cash at the Paulding County Courthouse, within the legal hours of sale on the first Tuesday in March, 2024, all property described in said Security Deed including but not limited to the following described property commonly known as **2699 GEORGIAN PARKWAY, TEMPLE, PAULDING COUNTY, GEORGIA 30180**:

TRACT 1 – SOUTH GOLF COURSE

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOTS 311, 394, 395, 396, 397, 418, 419, 420, 421, 503, 504 AND 505 OF THE FIRST DISTRICT, THIRD SECTION OF PAULDING COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

TO FIND THE TRUE POINT OF BEGINNING, COMMENCING AT AN IRON PIN FOUND (1/2" PIPE) MARKING THE SOUTHEAST CORNER OF LAND LOT 420, THE SOUTHWEST CORNER OF LAND LOT 421, THE NORTHWEST CORNER OF LAND LOT 502 AND THE NORTHEAST CORNER OF LAND LOT 503, OF THE FIRST DISTRICT, THIRD SECTION OF PAULDING COUNTY, GEORGIA; THENCE N89°-32'-03" W 519.11 FEET ALONG THE NORTH LINE OF SAID LAND LOT 503 TO A POINT MARKING THE POINT OF BEGINNING OF SAID PARCEL OF LAND; THENCE S28°-25'-01" W 177.82 FEET TO AN IPF; THENCE S83°-50'-33" E 354.88 FEET TO AN IPS; THENCE S04°-55'-50" E 134.31 FEET TO AN IPF; THENCE S32°-15'-40" E 208.80 FEET TO AN IPF; THENCE S07°-05'-29" E 353.97 FEET TO AN IPF; THENCE S29°-24'-40" W 169.25 FEET TO AN IPS; THENCE S 01°-47'-34" W 155.04 FEET TO AN IPF; THENCE S88°-08'-15" W 189.70 FEET TO AN IPS; THENCE N70°-53'-39" W 161.89 FEET TO AN IPS; THENCE S80°-06'31" W 103.20 FEET TO AN IPS; THENCE N24°-07'-48" W 161.25 FEET TO AN IPS; THENCE N65°-52'-12" E 85.47 FEET TO AN IPS; THENCE N31°-10'-43" W 77.07 FEET TO AN IPS; THENCE N68°-33'-49" W 76.45 FEET TO AN IPS; THENCE S85°-01'-10" W 80.35 FEET TO AN IPF; THENCE N77°-08'-21" W 109.94 FEET TO AN IPS; THENCE S54°-17'-42" W 265.44 FEET TO AN IPF; THENCE N72°-36'-04" W 173.05 FEET TO AN IPF; THENCE N37°-05'-00" W 214.48 FEET TO AN IPS; THENCE N85°-09'-01" W 279.01 FEET TO AN IPF; THENCE N86°-56'-08" W 329.16 FEET TO AN IPF; THENCE S66°-09'-11" W 260.74 FEET TO AN IPS; THENCE N78°-32'-44" W 97.95 FEET TO AN IPF; THENCE N26°-24'-01" E 187.96 FEET TO AN IPS; THENCE N07°-14'-54" W 632.96 FEET TO AN IPF; THENCE N36°-10'-08" W 103.72 FEET TO AN IPF; THENCE S30°-59'-07" W 230.35 FEET TO AN IRE; THENCE S40°-49'-25" W 300.85 FEET TO AN IPF; THENCE S63°-46'-30" W 443.49 FEET TO AN IPS; THENCE N26°-32'-10" W

199.22 FEET TO AN IPF; THENCE N 04°-26'-46" E 840.88 FEET TO AN IPS; THENCE N 07°-58'-48" W 408.26 FEET TO AN IPS; THENCE N 20°-54'-10" W 122.72 FEET TO AN IPS; THENCE N 31°-09'-.53" W 150.12 FEET TO AN IPS; THENCE N 02°-47'-43" W 623.12 FEET TO AN IPS; THENCE N 57°-20'-40" W 112.64 FEET TO AN IPS; THENCE S 86°-48'-36" W 330.91 FEET TO AN IPS; THENCE N 02°-45'-07" E 106.34 FEET TO AN IPS; THENCE N 76°-53'-30" E 172.35 FEET TO AN IPS; THENCE N 53°-11'-54" E 77.37 FEET TO AN IPF; THENCE N 79°-28'-36" E 83.84 FEET TO AN IPF; THENCE N 43°-26'51" E 74.20 FEET TO AN IPF; THENCE N 64°-16'-01" E 30.75 FEET TO AN IPF; THENCE S 85°-47'-37" E 81.96 FEET TO AN IPF; THENCE N 81°-45'-27" E 60.22 FEET TO AN IPS; THENCE N 74°-13'-54" E 152.97 FEET TO AN IPS;THENCE N 83°-15'-33" E 53.65 FEET TO AN IPS-'- THENCE N 88°-35'-53" E 269.20 FEET TO AN IPS; THENCE N 41°-55'-10" E 56.18 FEET TO AN IPF; THENCE N 61°-40'-36" E 147.36 FEET TO AN IPS; THENCE N 66°-53'-54" E 212.90 FEET TO AN IPS; THENCE N 00°-40'-47" E 192.42 FEET TO AN IPS; THENCE N 89°-59'-07" E 99.82 FEET TO AN IPS; THENCE N 54°-48'-38" E 49.50 FEET TO AN IPS; THENCE N 14°-50'-30" W 123.58 FEET TO AN IPS; THENCE N 22°-55'-45" W 244.50 FEET TO AN IPS; THENCE NORTHEASTERLY 152.68 FEET. ALONG A CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF 245.00 FEET (CHORD OF SAID CURVE BEING N 58°-42'-34" E 150.22 FEET) TO AN IPS; THENCE N 76°-33'-43" E 78.20 FEET TO AN IPS; THENCE S 19°-52'-05" E 45.34 FEET TO AN IPS; THENCE S 22°-55'-34" E 316.95 FEET TO AN IPS; THENCE SOUTH 211.54 FEET ALONG A CURVE CONCAVE TO THE WEST HAVING A RADIUS OF 325.00 FEET (CHORD OF SAID CURVE BEING S 04°-16'-46" E 207.82 FEET) TO AN IPS; THENCE S 30°-18'-12" E 65.57 FEET TO AN IPF; THENCE S 89°-21'-00" E 139.27 FEET TO AN IPF; THENCE S 19°-59'-53" E 85.26 FEET TO AN IPF; THENCE S 33°-18'-38" W 75.26 FEET TO AN IPF; THENCE S 12°-24'-13" E 170.80 FEET TO AN IPF; THENCE S 69°-49'-45" E 142.90 FEET TO AN IPF; THENCE S 04°-06'-20" W 106.82 FEET TO AN IPF; THENCE S 26°-01'-25" E 176.68 FEET TO AN IPF; THENCE S 45°-28'-10" E 149.90 FEET TO AN IPF; THENCE S 73°-24'-18" E 119.41 FEET TO AN IPF; THENCE S 29°-26'-58" E 157.31 FEET TO AN IPF; THENCE S 34°-08'-13" E 129.25 FEET TO AN IPF; THENCE S 26°-31'-30" E 392.36 FEET TO AN IPF; THENCE S 33°-42'-19" E 400.99 FEET TO AN IPF; THENCE N 39°-01'-01" E 365.32 FEET TO AN IPF; THENCE N 63°-57'-07" E 186.37 FEET TO AN IPF; THENCE N 68°-54'-31" E 345.65 FEET TO AN IPF; THENCE N 70°-43'-51" E 231.59 FEET TO AN IPF; THENCE S 74°-37'-23" E 162.21 FEET TO AN IPS; THENCE S 23°-38'-24" W 426.89 FEET TO AN IPF; THENCE S 17°-43"-35" W 241.31 FEET TO AN IPF; THENCE S 29°-30'-05" W 330.44 FEET TO AN IPF; THENCE S 39°-16'-45" W 191.28 FEET TO AN IPF; THENCE S 30°-16'-27" W 265.77 FEET TO AN IPF; THENCE S 28°-25'-01" W 27.14 FEET TO THE POINT OF BEGINNING.

SAID TRACT OF LAND CONTAINS 182.406 ACRES.

All as shown on that certain Survey for Untied Golf, LLC, United Golf Management, LLC, United Golf of Georgia, L.P., TGR Golf, L.P., and First American Title Insurance Company, prepared by Etowah Engineering & Surveying, Inc., bearing the seal and certification of Ronnie L. Ray, Georgia Registered Land Surveyor No. 1781, dated June 7, 2000, last revised June 13, 2000.

TOGETHER WITH:

TRACT IV – TURF CARE CENTER

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 312 OF THE FIRST DISTRICT, THIRD SECTION OF PAULDING COUNTY, GEORGIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT AN IPF (1/2" PIPE) MARKING THE SOUTHEAST CORNER OF LAND LOT 312, THE SOUTHWEST CORNER OF LAND LOT 313, THE NORTHWEST CORNER OF LAND LOT 394, AND THE NORTHEAST CORNER OF LAND LOT 395 OF THE FIRST DISTRICT, THIRD SECTION OF PAULDING COUNTY, GEORGIA, SAID POINT MARKING THE POINT OF BEGINNING OF SAID PARCEL OF LAND.

THENCE N 89°-31'-56" W 449.07 FEET TO AN IPS; THENCE N 37°-27'-03" E 103.78 FEET TO AN IPS; THENCE NORTHEASTERLY 292.12 FEET ALONG A CURVE CONCAVE TO THE WEST HAVING A REDIUS OF 425.00 FEET (CHORD OF SAID CURVE BEING N 17°-45'-36" E 286.40 FEET) TO A POINT; THENCE N 01°-55'-50" W 201.58 FEET TO A POINT; THENCE NORTHWESTERLY 60.37 FEET ALONG A CURVE CONCAVE TO THE WEST HAVING A RADIUS OF 425.00 FEET (CHORD OF SAID CURVE BEING N 05°-59'-59" W 60.31 FEET) TO A POINT; THENCE N 74°-48'-57" E 341.35' TO AN IPS; THENCE S 01°-25'-58" W 709.88' TO THE POINT OF BEGINNING.

SAID TRACT OF LAND CONTAINS 5.109 ACRES.

All as shown on that certain Survey for United Golf, LLC, United Golf Management, LLC, United Golf of Georgia, L.P. TGR Golf, L.P., and First American Title Insurance Company, prepared by Etowah Engineering & Surveying, Inc., bearing the seal and certification of Ronnie L. Ray, Georgia Registered Land Surveyor No. 1781, dated June 7, 2000, last revised June 13, 2000.

LESS AND EXCEPT:

TRACT 11

All that tract of parcel of land lying and being in Land Lots 394 and 421, 1st District, 3rd Section, Paulding County, Georgia, being more particularly described as follows:

COMMENCE at a point found at the intersection of Land Lots 315, 316, 391 and 392, being the POINT OF BEGINNING; thence North 89 degrees 26 minutes 07 seconds East, 545.88 feet to a point on the western right of way line of Townsend Road (60 foot right of way); thence along said western right of way line along a curve to the left, an arc distance of 61.04 feet, said curve having a radius of 142.68 feet and being subtended by a chord of 60.58 feet, at South 04 degrees 28 minutes 24 seconds West, to a point; thence continuing along said western right of way line South 16 degrees 43 minutes 47 seconds West, 262.97 feet to a point; thence continuing along said western right of way line South 06 degrees 26 minutes 19 seconds West, 455.21 feet to a point; thence leaving said western right of way line North 73 degrees 17 minutes 00 seconds West, 469.87 feet to a point of the eastern land lot line of Land Lot 392; thence South 89 degrees 55 minutes 09 seconds West, 210.00 feet to a point; thence South 03 degrees 16 minutes 18 seconds West, 645.00 feet to a point on the southern land lot line of

Land Lot 392; thence continuing along said southern land lot line South 89 degrees 58 minutes 08 seconds West, 1093.54 feet to a point at the southwestern corner of Land Lot 392; thence along the eastern land lot line of Land Lot 422 South 01 degree 55 minutes 19 seconds West, 1319.45 feet to a point at the southeastern corner of Land Lot 422; thence along the eastern land lot line of Land Lot 501 South 02 degrees 25 minutes 38 seconds West, 1291.13 feet to a point at the southeastern corner of Land Lot 501; thence along the eastern land lot line of Land Lot 516 South 02 degrees 50 minutes 59 seconds West,
774.23 feet to a point; thence South 21 degrees 53 minutes 35 seconds East, 72.70 feet to a point; thence South 40 degrees 19 minutes 32 seconds East, 169.68 feet to a point; thence South 50 degrees 22 minutes 04 seconds East, 83.48 feet to a point; thence South 67 degrees 05 minutes 43 seconds East, 322.39 feet to a point; thence South 67 degrees 11 minutes 09 seconds East, 312.71 feet to a point; thence South 12 degrees 28 minutes 28 seconds East, 76.91 feet to a point on the northern land lot line of Land Lot 594; thence along said northern land lot line South 86 degrees 06 minutes 38 seconds East, 507.27 feet to a point at the northeastern corner of Land Lot 594; thence along the eastern land lot line of Land Lot 594 South 01 degree 48 minutes 41 seconds West, 570.44 feet to a point; thence along said eastern land lot line and the eastern land lot line of Land Lot 249 South 01 degree 43 minutes 45 seconds West, 1017.05 feet to a point on the Paulding and Carroll County line; thence along the eastern land lot line of Land Lot 249 South 01 degree 14 minutes 36 seconds West, 889.20 feet to a point; thence North 89 degrees 39 minutes 06 seconds West, 161.07 feet to a point; thence South 82 degrees 09 minutes 54 seconds West, 700.39 feet to a point; thence North 34 degrees 10 minutes 51 seconds West, 2003.85 feet to a point; thence North 02 degrees 11 minutes 12 seconds East, 1210.26 feet to a point; thence North 47 degrees 15 minutes 19 seconds West, 840.00 feet to a point; thence North 35 degrees 58 minutes 56 seconds West, 305.87 feet to a point; thence North 85 degrees 05 minutes 00 seconds West, 464.39 feet to a point; thence North 86 degrees 35 minutes 01 second West, 477.15 feet to a point; thence North 72 degrees 54 minutes 24 seconds West, 200.43 feet to a point on the eastern land lot line of Land Lot 514; thence along said eastern land lot line South 01 degree 46 minutes 19 seconds West, 1009.08 feet to a point; thence South 89 degrees 40 minutes 19 seconds West, 619.82 feet to a point; thence South 01 degree 17 minutes 30 seconds West, 235.46 feet to a point; thence South 00 degrees 03 minutes 52 seconds West, 1464.49 feet to a point; thence North 89 degrees 38 minutes 50 seconds West, 1492.64 feet to a point; thence North 00 degrees 39 minutes 33 seconds East, 2108.82 feet to a point on the southern land lot line of Land Lot 513; thence along said southern land lot line and along the southern land lot line of Land Lot 512, North 73 degrees 52 minutes 32 seconds West, 1879.42 feet to a point at the southwestern corner of Land Lot 512; thence along the western land lot line of Land Lot 512, North 04 degrees 22 minutes 39 seconds East, 270.38 feet to a point at the northwestern corner of Land Lot 512; thence along the eastern boundary of Land Lot 506, North 00 degrees 37 minutes 04 seconds East, 1297.34 feet to a point at the northwestern corner of Land Lot 505; thence along the southern boundary of Land Lot 417, North 89 degrees 55 minutes 02 seconds West, 1285.50 feet to a point at the southwestern corner of Land Lot 417; thence along the western land lot line of Land Lot 417, North 00 degrees 28 minutes 41 seconds West, 194.87 feet to a point on the eastern right of way line of Millertown Road (80 foot right of way); thence along said eastern right of way line the following courses and distances: along a curve to the right, an arc

distance of 69.02 feet, said curve having a radius of 5721.01 feet and being subtended by a chord of 69.02 feet, at North 21 degrees 45 minutes 17 seconds East, to a point; thence North 21 degrees 24 minutes 32 seconds East, 14.99 feet to a point; thence along a curve to the left, an arc distance of 128.75 feet, said curve having a radius of 560.04 feet and being subtended by a chord of 128.47 feet, at North 14 degrees 49 minutes 23 seconds East, to a point; thence along a curve to the left, an arc distance of 78.47 feet, said curve having a radius of 1257.32 feet and being subtended by a chord of 78.45 feet, at North 06 degrees 26 minutes 57 seconds East, to a point; thence North 04 degrees 39 minutes 40 seconds East, 51.48 feet to a point; thence along a curve to the left, an arc distance of 172.21 feet, said curve having a radius of 1603.18 feet and being subtended by a chord of 172.13 feet, at North 01 degree 35 minutes 02 seconds East. to a point; thence North 01 degree 29 minutes 37 seconds West, 621.65 feet to a point on the northern land lot line of Land Lot 417; thence leaving said eastern right of way along the northern land lot line of Land Lot 417, South 89 degrees 55 minutes 17 seconds East, 1286.72 feet to a point to the northeastern corner of Land Lot 417; thence along the western land lot line of Land Lot 397, North 02 degrees 49 minutes 43 seconds East, 550.35 feet to a point; thence North 86 degrees 49 minutes 17 seconds East 331.03 feet to a point; thence South 57 degrees 19 minutes 59 seconds East, 112.64 feet to a point; thence South 02 degrees 47 minutes 02 seconds East, 623.12 feet to a point; thence South 31 degrees 09 minutes 12 seconds East, 150.12 feet to a point; thence South 31 degrees 34 minutes 24 seconds East, 135.71 feet to a point; thence South 20 degrees 53 minutes 28 seconds East, 122.72 feet to a point; thence South 07 degrees 58 minutes 06 seconds East, 408.26 feet to a point; thence South 04 degrees 27 minutes 28 seconds West, 840.88 feet to a point; thence South 26 degrees 31 minutes 28 seconds East, 199.22 feet to a point; thence North 63 degrees 47 minutes 12 seconds East, 443.49 feet to a point; thence North 40 degrees 50 minutes 07 seconds East, 300.85 feet to a point; thence North 30 degrees 59 minutes 48 seconds East, 230.35 feet to a point; thence South 36 degrees 09 minutes 27 seconds East, 103.72 feet to a point; thence South 07 degrees 14 minutes 13 seconds East, 632.96 feet to a point; thence South 26 degrees 24 minutes 42 seconds West, 187.96 feet to a point; thence South 78 degrees 32 minutes 02 seconds East, 97.95 feet to a point; thence North 66 degrees 09 minutes 52 seconds East, 260.74 feet to a point; thence South 86 degrees 55 minutes 26 seconds East, 329.16 feet to a point; thence South 85 degrees 08 minutes 20 seconds East, 279.01 feet to a point; thence South 37 degrees 04 minutes 19 seconds East, 214.48 feet to a point; thence South 72 degrees 35 minutes 23 seconds East, 173.05 feet to a point; thence South 66 degrees 55 minutes 26 seconds East, 323.59 feet to a point; thence South 65 degrees 45 minutes 03 seconds East, 83.17 feet to a point; thence North 80 degrees 07 minutes 12 seconds East, 233.33 feet to a point; thence South 70 degrees 52 minutes 58 seconds East, 161.89 feet to a point; thence North 88 degrees 08 minutes 56 seconds East, 189.70 feet to a point; thence North 01 degree 48 minutes 16 seconds East, 155.04 feet to a point; thence North 29 degrees 25 minutes 22 seconds East, 169.25 feet to a point; thence North 07 degrees 04 minutes 48 seconds West, 353.97 feet to a point; thence North 32 degrees 14 minutes 59 seconds West, 208.80 feet to a point; thence North 04 degrees 55 minutes 09 seconds West, 134.31 feet to a point; thence North 83 degrees 49 minutes 51 seconds West, 354.88 feet to a point; thence North 28 degrees 25 minutes 42 seconds East, 204.96 feet to a point; thence North 30 degrees 17 minutes 08 seconds East, 265.77 feet to a point; thence North 39 degrees 17 minutes 26 seconds East,

191.28 feet to a point; thence North 29 degrees 30 minutes 47 seconds East, 330.44 feet to a point; thence North 17 degrees 44 minutes 16 seconds East, 241.31 feet to a point; thence North 23 degrees 39 minutes 05 seconds East, 349.13 feet to the TRUE POINT OF BEGINNING.

THENCE North 23 degrees 39 minutes 05 seconds East, 77.78 feet to a point on the southern land lot line of Land Lot 394; North 74 degrees 36 minutes 42 seconds West, 57.00 feet to a point; thence along a curve to the right an arc distance of 89.71 feet, said curve having a radius of 458.98 feet and being subtended by a chord of 89.56 feet, at South 15 degrees 23 minutes 08 seconds East to the TRUE POINT OF BEGINNING.

Said tract containing 0.05 acres as shown as Tract 11 on that certain compiled plat for New Georgian, LLC, United Golf of Georgia, LLC and TGR Golf LP, prepared by Gaskins Surveying & Engineering Company, sealed by Mark A. Whitmore, Georgia Registered Land Surveyor Number 2529 and John C. Gaskins, Georgia Registered Land Surveyor Number 2060, dated April 26, 2002, last revised March 7, 2003.

AND LESS AND EXCEPT

Active Adult Center – The Frog at The Georgian

THE 1.02 ACRE TRACT

ALL THAT TRACT or parcel of land lying and being in Land Lot 396, 1st District, 3rd Section of Paulding County, Georgia and being more particularly described as follows:

COMMENCING at the Land Lot corner common to Land Lots 312, 313, 394 and 395; THENCE proceeding NORTH 89 DEGREES 31 MINUTES 01 SECONDS WEST, 449.07 feet to a point; THENCE proceeding SOUTH 62 DEGREES 54 MINUTES 37 SECONDS WEST, 116.64 feet to a point; THENCE proceeding NORTH 77 DEGREES 19 MINUTES 03 SECONDS WEST, 333.03 feet to a point; THENCE proceeding SOUTH 66 DEGREES 44 MINUTES 38 SECONDS WEST, 801.58 feet to a point; THENCE proceeding SOUTH 52 DEGREES 32 MINUTES 57 SECONDS WEST, 340.59 feet to a point, said point being the POINT OF BEGINNING.

THENCE proceeding SOUTH 04 DEGREES 28 MINUTES 54 SECONDS WEST, 20.79 feet to a point; THENCE proceeding NORTH 69 DEGREES 38 MINUTES 23 SECONDS WEST, 159.54 feet to a point; THENCE proceeding NORTH 12 DEGREES 12 MINUTES 51 SECONDS WEST, 180.24 feet to a point; THENCE proceeding SOUTH 82 DEGREES 38 MINUTES 05 SECONDS WEST, 126.43 feet to a point; THENCE proceeding NORTH 43 DEGREES 47 MINUTES 17 SECONDS WEST, 137.04 feet to a point; THENCE proceeding 38.76 feet along the arc of a curve to the left, said curve having a radius of 292.40 feet and being subtended by a chord bearing NORTH 37 DEGREES 33 MINUTES 10 SECONDS EAST, a chord distance of 38.73 feet to a point; THENCE proceeding 108.53 feet along the arc of a curve to the left, said curve having a radius of 335.85 feet and being subtended by a chord bearing NORTH 24 DEGREES 05 MINUTES 36 SECONDS EAST, a chord distance of 108.06 feet to a point; THENCE proceeding SOUTH 68 DEGREES 11 MINUTES

04 SECONDS EAST, 12.21 feet to a point; THENCE proceeding SOUTH 30 DEGREES 12 MINUTES 55 SECONDS EAST, 65.00 feet to a point; THENCE proceeding SOUTH 89 DEGREES 15 MINUTES 29 SECONDS EAST, 139.27 feet to a point; THENCE proceeding SOUTH 19 DEGREES 51 MINUTES 00 SECONDS EAST, 85.30 feet to a point; THENCE proceeding SOUTH 32 DEGREES 30 MINUTES 50 SECONDS WEST, 75.44 feet to a point; THENCE proceeding SOUTH 12 DEGREES 12 MINUTES 51 SECONDS EAST, 170.80 feet to a point; THENCE proceeding SOUTH 69 DEGREES 38 MINUTES 23 SECONDS EAST, 142.90 feet to a point, said point being the POINT OF BEGINNING.

Said parcel contains 44,355.65 square feet or 1.02 acres.

The above-described Tract 1 (Tax ID # R0500 68) and Tract 2 (Tax ID # R0458 83) being improved property known as 2699 Georgian Parkway according to the present system of numbering in Temple, Paulding County, Georgia 30180.

The indebtedness secured by said Security Deed has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Security Deed. U.S. Strategic Capital Advisors LLC holds the Note and Security Deed to the property and is the entity with the full authority to negotiate, amend, and modify all terms of the loan.

Because the debt remains in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in the Security Deed and by law, including attorney's fees (notice of intent to collect attorney's fees having been given), and all other payments provided for under the terms of the Security Deed.

Pursuant to O.C.G.A. § 44-14-162.2, U.S. Strategic Capital Advisors LLC may be contacted at 1-770-823-7744 or by writing to 2604 Abbey Court, Alpharetta, Georgia 30004.

Please note that, pursuant to O.C.G.A. § 44-14-162.2, the secured creditor is not required to amend or modify the terms of the loan.

To the best knowledge and belief of the undersigned, the party/parties in possession of the subject property known as **2699 GEORGIAN PARKWAY, TEMPLE, PAULDING COUNTY, GEORGIA 30180** is Compass Golf LLC or tenant/tenants. Said property will be sold subject to (i) any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), (ii) any matters which might be disclosed by an accurate survey and inspection of the property, and (iii) all matters of record superior to the Security Deed first set out above, including, but not limited to, assessments, liens, encumbrances, zoning ordinances, easements, restrictions, covenants, etc.

The sale will be conducted subject to (i) confirmation that the sale is not prohibited under the U.S. Bankruptcy Code; and (ii) final confirmation and audit of the status of the loan with the holder of the security deed.

Pursuant to O.C.G.A. § 9-13-172.1, which allows for certain procedures regarding the rescission of judicial and nonjudicial sales in the State of Georgia, the Deed Under Power and other foreclosure documents may not be provided until final confirmation and audit of the status of the loan as provided in the preceding paragraph.

Funds used at sale shall be in certified funds and payable to "U.S. STRATEGIC CAPITAL ADVISORS LLC."

U.S. STRATEGIC CAPITAL ADVISORS LLC
As Attorney in Fact for
COMPASS GOLF LLC

THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Attorney Contact: Robert Arkin LLC d/b/a Arkin.Law, 6075 Barfield Road, Suite 226, Atlanta, GA 30328-4402; Telephone Number: (404) 220-8500