## PROMISSORY NOTE

**$600,000.00**                                                                 **Dated: July 10, 2023**

FOR VALUE RECEIVED, **COMPASS GOLF LLC**, a Delaware limited liability company, and **L & J ACQUISITIONS LLC**, a Wyoming limited liability company (collectively "**Borrower**"), with its corporate offices located at 3254 Clubside View Ct., Snellville, GA 30039, or their respective successors and assigns, hereby unconditionally promises to pay to the order of **U.S. STRATEGIC CAPITAL ADVISORS LLC**, a Georgia limited liability company ("**Lender**"), the total unpaid principal amount of SIX HUNDRED THOUSAND AND 00/100 DOLLARS ($600,000.00) (the "**Loan**"), together with simple interest accruing on the unpaid balance of this Note at a rate equal to sixteen percent (16%) per annum (the "**Interest Rate**") according to the terms set forth herein and in that certain Loan and Security Agreement of even date herewith (together with all amendments, modifications and extensions thereof, collectively the "Loan Agreement") by and between Borrower and Lender (the "**Loan Agreement**") from time to time outstanding without relief from valuation and appraisement laws. All principal and interest payments shall be made in lawful money of the United States.

**Term Maturity Date.** The outstanding balance of the principal sum of this Note and all accrued and unpaid interest thereon and all other amounts due under the Loan Agreement shall be due and payable, in all events, on the Term Loan Maturity Date (as defined in the Loan Agreement). No extension of time for the payment of this Note or any installment due hereunder will release, discharge, modify or change the liability of the Borrower or any endorser under this Note.

**Assignment.** This Note may not be assigned to or assumed by any other party, without the express written consent of the Lender which shall not be unreasonably withheld.

**Successors and Assigns.** The terms of this Note are binding upon and inure to the benefit of the parties hereto, and their respective legal representatives, and permitted successors and assigns. This instrument is governed by the laws of the State of Georgia without regard to conflicts of laws principles.

**Default; Acceleration.** Upon default under this Note or the Loan Agreement, Bank shall have the right to pursue all rights and remedies available to the Bank at law or in equity including, but not limited to, those set forth in this Note and the Loan Agreement. . If Borrower fail to pay when due any amount payable hereunder and such failure continues for ten (10) days after written notice thereof from Lender, then the entire unpaid principal balance of this Note, together with accrued interest thereon, will, at the option of Lender, be immediately due and payable, and Lender may proceed forthwith to collect the same regardless of the stipulated date of maturity, TIME BEING OF THE ESSENCE HEREOF FOR ALL PURPOSES. Neither Lender's failure to exercise this right of acceleration of the maturity of the indebtedness evidenced hereby, nor Lender's acceptance of one or more past due installments, nor Lender's granting of any indulgences from time to time, will constitute a novation of this contract or a waiver of the right of Lender thereafter to insist upon strict compliance with the terms of this Note in the future.

1

**Attorneys' Fees and Costs.** Borrower shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Borrower or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**Waiver of Presentments.** Borrower waives presentment for payment, notice of dishonor, protest, and notice of protest.

**Severability.** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**Integration.** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Borrower and Holder.

**Conflicting Terms.** In the event of any conflict between the terms of this Note and the terms of any other instruments securing payment of this Note, the terms of this Note shall prevail.

**Execution.** Borrower executes this Note as a principal and not as a surety.

**THE LOAN EVIDENCED AND SECURED BY AMONG OTHER THINGS, THIS NOTE, IS FOR THE BUSINESS PURPOSE OF THE BORROWER, AND IS NOT FOR PERSONAL, FAMILY, HOUSEHOLD, OR AGRICULTURAL PURPOSES.**

IN WITNESS WHEREOF, Borrower has executed and delivered this Note under seal effective as of the day and year first above written.

**Compass Golf LLC,**
a Delaware limited liability company

By: _____
Jorge Martinez, Sole Member

**L & J Acquisitions LLC,**
a Wyoming limited liability company

By: _____
Jorge Martinez, Sole Member

Signed, sealed, and delivered in the presence of:

_____
Notary Public Jakob Gutillo
My commission expires: may 24th 2026

JAKOB GUTILLO
Notary Public - State of Florida
Commission # HH 267666
My Comm. Expires May 24, 2026
Bonded through National Notary Assn.

2