


**Attorney at Law**
Robert Arkin LLC
O: 404.220.8500
F: 855.804.9334
robert@arkin.law
SynerG Law Complex
6075 Barfield Road. Suite 226
Atlanta, GA 30328-4402

January 17, 2024

VIA FIRST-CLASS U.S. MAIL,
CERTIFIED MAIL - RETURN RECEIPT REQUESTED, AND ELECTRONIC MAIL

David A. Anton, Esq.
Anton Law, LLC
3180 North Point Pkwy, Suite 103
Alpharetta, GA 30005

Re:   **Demand for All Certificates Representing Martinez's Equity Ownership of L & J Acquisitions LLC**

Dear Mr. Anton:

Under the Securities Pledge Agreement with USSC dated July 10, 2023, USSC is entitled to exclusive possession of all of the certificates representing Mr. Martinez's beneficial ownership of 100% of the equity of L & J Acquisitions LLC ("L&J"). USSC hereby demands that L&J and Mr. Martinez deliver physical possession of these certificates to USSC by no later than Monday, January 22, 2024.

Very truly yours,

*Robert Arkin*

Robert Arkin, Esq.
Georgia Bar Number 021575

Cc:   Compass Golf LLC
      L & J Acquisitions LLC
      Jorge Martinez
      Derek Cunningham
      Chris Lee
      Candler Cook

Exhibit V - Page 1