Robert Arkin <robert@arkin.law>

**FW: US Strategic**
5 messages

**Derek Cunningham** <derekc@usstrategiccapital.com> Tue, Jan 9, 2024 at 4:30 PM
To: Robert Arkin <robert@arkin.law>, Chris Lee <chrisl@usstrategiccapital.com>, Candler Cook <candlerc@usstrategiccapital.com>

Hey Robert, just so you have our last communication with Compass, Jorge, and his team, it is below. They sent a screen shot from the bank on Dec. 29th that a wire would hit our account on January 2nd. You can see his email. We have zero trust.

Derek

**From:** Derek Cunningham <derekc@usstrategiccapital.com>
**Sent:** Thursday, January 4, 2024 10:08 AM
**To:** Jorge Martinez <jm@compass-golf.com>; db@compass-golf.com; mm@compass-golf.com
**Cc:** Candler Cook <candlerc@usstrategiccapital.com>; Chris Lee <chrisl@usstrategiccapital.com>; Legal US Strategic Capital <legal@usstrategiccapital.com>
**Subject:** Re: US Strategic

So......you guys sent an email with information from a federally chartered bank showing that a wire will hit our account on January 2nd. It has not hit our account. You said you did not cancel the wire. Why don't you explain to me what happened...I must be confused by how banks work.

Derek

**From:** Jorge Martinez <jm@compass-golf.com>
**Sent:** Wednesday, January 3, 2024 1:48:30 PM
**To:** Derek Cunningham <derekc@usstrategiccapital.com>
**Subject:** Re: US Strategic

Of course not I will call now to see

Regards,

JM

On Jan 3, 2024, at 1:43 PM, Derek Cunningham <derekc@usstrategiccapital.com> wrote:

We did not receive the wire on January 2nd stated in your copy/paste below from the bank. Did you cancel the wire?

Derek

**From:** David Biscan <db@compass-golf.com>
**Sent:** Friday, December 29, 2023 4:30 PM
**To:** Derek Cunningham <derekc@usstrategiccapital.com>; Candler Cook <candlerc@usstrategiccapital.com>
**Cc:** Kelly Fechalos <kellyf@usstrategiccapital.com>
**Subject:** FW: US Strategic

**From:** Jorge M <jay8597@gmail.com>
**Sent:** Friday, December 29, 2023 2:28 PM
**To:** David Biscan <db@compass-golf.com>
**Subject:** US Strategic

- Compass Golf Llc
- Profile & Settings menu collapsed

Bank of America Logo

Business Advantage 360 Click here to view your Saved Items Saved Items

- **Log Out**

[ ]

Search

For the following submenus: Press ctrl + space to open submenu. To move through submenu items press tab.

- Accountslink and menu.For the following submenus: Press ctrl + space to open submenu. To move through submenu items press tab.
- Payments & Invoicinglink and menu. For the following submenus: Press ctrl + space to open submenu. To move through submenu items press tab.
- Transfer | Zelle®link and menu.For the following submenus: Press ctrl + space to open submenu. To move through submenu items press tab.
- Business Serviceslink and menu.For the following submenus: Press ctrl + space to open submenu. To move through submenu items press tab.
- Offers & Dealslink and menu.For the following submenus: Press ctrl + space to open submenu. To move through submenu items press tab.

Exhibit W - Page 1

- Tools & Investinglink and menu.For the following submenus: Press ctrl + space to open submenu. To move through submenu items press tab.
- Security Centerlink and menu.For the following submenus: Press ctrl + space to open submenu. To move through submenu items press tab.
- Open an Accountlink and menu.For the following submenus: Press ctrl + space to open submenu. To move through submenu items press tab.Help & Support

## Send a Wire or ACH transfer

Make Transfer
Transfer Activity
Add Account/Recipient
Manage Accounts/Recipients

**Your transfer is pending.**
Thank you. We have received your transaction and are processing it now.

Once your transfer has completed processing, we will send you a confirmation receipt via email. If we have questions regarding your transfer, we will contact you at the number(s) we have on file.

You can also check the status of your transfer on the Transfer Activity screen at www.bankofamerica.com.

If you have any additional questions about outside the bank transfers in Online Banking, please call 1.800.933.6262. Small Business Customers, please call 1.866.758.5972.
You can edit or cancel this transfer anytime up to 11:59 p.m. ET on the day it's scheduled for processing. Transfers that fall on a weekend or bank holiday will be processed the business day before.
To edit your scheduled transfers, go to the Transfer Activity.

**Printable version**

Once the transfer has been received, you will receive a confirmation number and a confirmation email will be sent to you.

You may print this page for reference purposes.

| | |
|---|---|
| **Order number:** | **76906900** |
| **From:** | Business Adv Relationship - 6151 |
| **To:** | US STRATEGIC CAPITAL (Southern First Bank) |
| **Delivery Speed:** | Same Day |
| **Amount:** | $66,000.00 |
| **Fee:** | $30.00 |
| **Frequency:** | One time on... |
| **Start on date:** | 01/02/2024 |
| **Estimated arrival date:** | 01/02/2024 |
| **Transfer description :** | December payment |

Quick Help

Use this screen to obtain your confirmation number.

What can I do?

Obtain your confirmation number and print a copy.

Make another transfer.

**Make Another Transfer**

**Secure Area**

- En españolLog Out

- LocationsContact UsHelp & SupportBrowse with SpecialistAccessible BankingPrivacySecurityOnline Banking Service AgreementAdvertising PracticesSite Map
- CareersShare Your Feedback
- Your Privacy Choices

**Investing involves risk**. It's possible to lose money by investing in securities. You should review any planned financial transactions that may have tax or legal implications with your personal tax or legal advisor.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, registered investment adviser,Member SIPClayer, and a wholly owned subsidiary of BofA Corp.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC and a wholly owned subsidiary of Bank of America Corporation. Trust and fiduciary services are provided by Bank of America, N.A. and U.S. Trust Company of Delaware. Both are indirect subsidiaries of Bank of America Corporation.

Insurance Products are offered through Merrill Lynch Life Agency Inc. (MLLA) and/or Banc of America Insurance Services, Inc., both of which are licensed insurance agencies and wholly-owned subsidiaries of Bank of America Corporation.

Banking, credit card, automobile loans, mortgage and home equity products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation. Credit and collateral are subject to approval. Terms and conditions apply. This is not a commitment to lend. Programs, rates, terms and conditions are subject to change without notice.

Investment and insurance products:

- **Are Not FDIC Insured**
- **Are Not Bank Guaranteed**
- **May Lose Value**
- **Are Not Deposits**
- **Are Not Insured By Any Federal Government Agency**
- **Are Not a Condition to Any Banking Service or Activity**

Bank of America, N.A. Member FDIC. Equal Housing Lender

©2023 Bank of America Corporation. All rights reserved.

Patent: patents.bankofamerica.com

---

**Derek Cunningham** <derekc@usstrategiccapital.com> Tue, Jan 30, 2024 at 1:45 AM
To: "Robert@arkin.law" <robert@arkin.law>
Cc: Candler Cook <candlerc@usstrategiccapital.com>, Chris Lee <chrisl@usstrategiccapital.com>

You can tell Anton, to tell his clients...I HATE being lied to...then forward him this email below. No deal if they don't make this wire below and fully catch up (scheduled wire, sent us screen shot from the bank, confirmed etc) and send a "real" wire to us....

[Quoted text hidden]

---

**Robert Arkin** <robert@arkin.law> Tue, Jan 30, 2024 at 7:04 AM
Draft To: Derek Cunningham <derekc@usstrategiccapital.com>
Cc: Candler Cook <candlerc@usstrategiccapital.com>, Chris Lee <chrisl@usstrategiccapital.com>

Robert Arkin, Esq.
Managing Member
Arkin.Law*

Direct 404.220.8500
Fax 855.804.9334
Web www.arkin.law

6075 Barfield Road, Suite 226
Atlanta, GA 30328-4402

*Robert Arkin LLC d/b/a Arkin.Law

CONFIDENTIALITY NOTICE: This email message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (404) 220-8500 and permanently delete this email and any of its attachments, including all copies and backups thereof. Thank you.

IRS CIRCULAR 230 NOTICE: To ensure compliance with IRS Circular 230, we inform you that any U.S. tax advice contained in this message and/or attachment hereto is not intended to be used for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing or recommending to another party any transaction or matter addressed in this message or attachment.

[Quoted text hidden]

---

**Robert Arkin** <robert@arkin.law> Tue, Jan 30, 2024 at 7:09 AM
Draft To: Derek Cunningham <derekc@usstrategiccapital.com>
Cc: Candler Cook <candlerc@usstrategiccapital.com>, Chris Lee <chrisl@usstrategiccapital.com>



Robert Arkin, Esq.
Managing Member
Arkin.Law*

Direct 404.220.8500
Fax 855.804.9334
Web www.arkin.law

6075 Barfield Road, Suite 226
Atlanta, GA 30328-4402

*Robert Arkin LLC d/b/a Arkin.Law

CONFIDENTIALITY NOTICE: This email message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (404) 220-8500 and permanently delete this email and any of its attachments, including all copies and backups thereof. Thank you.

IRS CIRCULAR 230 NOTICE: To ensure compliance with IRS Circular 230, we inform you that any U.S. tax advice contained in this message and/or attachment hereto is not intended to be used for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing or recommending to another party any transaction or matter addressed in this message or attachment.

On Tue, Jan 30, 2024 at 1:45 AM Derek Cunningham <derekc@usstrategiccapital.com> wrote:
[Quoted text hidden]

---

**Robert Arkin** <robert@arkin.law> Tue, Jan 30, 2024 at 7:09 AM
To: David Anton <dave@davidantonlaw.com>

Please call me regarding the email below.

Robert Arkin, Esq.
Managing Member
Arkin.Law*

Direct 404.220.8500
Fax 855.804.9334
Web www.arkin.law

6075 Barfield Road, Suite 226
Atlanta, GA 30328-4402

*Robert Arkin LLC d/b/a Arkin.Law

CONFIDENTIALITY NOTICE: This email message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (404) 220-8500 and permanently delete this email and any of its attachments, including all copies and backups thereof. Thank you.

IRS CIRCULAR 230 NOTICE: To ensure compliance with IRS Circular 230, we inform you that any U.S. tax advice contained in this message and/or attachment hereto is not intended to be used for the purpose of avoiding penalties under the Internal Revenue Code or for promoting, marketing or recommending to another party any transaction or matter addressed in this message or attachment.

[Quoted text hidden]