# Compass Golf, LLC
## Profit and Loss
### January 1 - July 31, 2023

| | CC of Gwinnett | Jennings Mill | Lane Creek | Trenton | The Frog | Total |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Sales | 712,146.85 | 1,937,380.65 | 813,791.16 | 629,030.79 | 991,669.45 | 5,084,018.90 |
| Sales Tax Expense | 32,510.21 | 46,309.12 | 46,798.29 | 37,706.84 | 70,143.87 | 233,468.33 |
| **Total Income** | $ 744,657.06 | $ 1,983,689.77 | $ 860,589.45 | $ 666,737.63 | $ 1,061,813.32 | $ 5,317,487.23 |
| **Cost of Goods Sold** | | | | | | |
| Beer/Wine and Spirits | 29,311.43 | 48,899.89 | 9,925.14 | 31,394.71 | 19,025.67 | 138,556.84 |
| Food/Beverages (non-alcohol) | 47,265.79 | 77,561.89 | 28,309.66 | 46,424.45 | 61,371.20 | 260,932.99 |
| Supplies & Materials | 20,052.90 | 13,086.81 | 2,253.24 | 11,963.96 | 21,443.31 | 68,800.22 |
| Purchases for Resale | 7,815.26 | 29,442.68 | 12,504.83 | 36,188.44 | 32,971.78 | 118,922.99 |
| **Total Cost of Goods Sold** | $ 104,445.38 | $ 168,991.27 | $ 52,992.87 | $ 125,971.56 | $ 134,811.96 | 587,213.04 |
| **Gross Profit** | $ 640,211.68 | $ 1,814,698.50 | $ 807,596.58 | $ 540,766.07 | $ 927,001.36 | 4,730,274.19 |
| **Expenses** | | | | | | |
| Advertising & Marketing | 1,235.59 | 2,536.47 | 675.39 | 941.18 | 0.00 | 5,388.63 |
| Business Licenses and Permits | 1,549.87 | 4,078.61 | 1,876.16 | 652.58 | 849.52 | 9,006.74 |
| Chemicals | 19,079.29 | 54,213.45 | 24,124.00 | 16,153.00 | 27,686.15 | 141,255.89 |
| Cleaning | 1,808.25 | 4,511.39 | 2,314.00 | 0.00 | 0.00 | 8,633.64 |
| Contract Labor | 0.00 | 2,886.74 | 1,995.33 | 0.00 | 0.00 | 4,882.07 |
| Contributions to Charities | 0.00 | 0.00 | 393.33 | 0.00 | 0.00 | 393.33 |
| Décor & Small Furniture | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Employee Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Insurance | 4,072.20 | 21,682.55 | 4,072.20 | 4,072.20 | 4,072.20 | 37,971.35 |
| Worker Comp Insurance | 4,727.52 | 4,727.50 | 4,727.50 | 4,727.00 | 4,727.50 | 23,637.02 |
| Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Golf Cart Leases | 39,664.80 | 98,000.00 | 36,083.60 | 22,932.00 | 27,125.00 | 223,805.40 |
| Events | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Expense Reimbursement | 0.00 | 4,223.94 | 0.00 | 0.00 | 0.00 | 4,223.94 |
| Freight In | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| General Business Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Fees & Service Charges | 333.95 | 1,620.87 | 305.05 | 452.21 | 125.00 | 2,837.08 |
| Excise Tax | 0.00 | 1,057.12 | 0.00 | 0.00 | 1,154.68 | 2,211.80 |
| Membership & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Uniforms | 1,912.92 | 2,586.22 | 0.00 | 383.63 | 0.00 | 4,882.77 |
| Gifts & Awards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equipment Leases | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Maintenance Equip. Fuel | 7,141.14 | 24,920.19 | 16,129.94 | 2,444.09 | 5,942.66 | 56,578.02 |
| Golf Course Maintenance | 7,506.21 | 17,544.40 | 12,642.30 | 3,555.44 | 12,722.96 | 53,971.31 |
| IT Support | 1,369.53 | 0.00 | 0.00 | 0.00 | 135.46 | 1,369.53 |
| Laundry Expense | 0.00 | 0.00 | 0.00 | 113.34 | 0.00 | 113.34 |
| Legal & Accounting Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 50,000.00 |
| Accounting | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 16,800.00 |
| Liability Insurance | 13,043.35 | 13,043.35 | 13,043.35 | 13,043.35 | 13,043.35 | 65,216.75 |
| Listing Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Meals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Exhibit X - Page 1

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Office Expenses | 3,190.72 | 2,149.19 | 473.92 | 1,813.03 | 215.00 | 7,841.86 |
| Operations Manager | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Processing Fees | 4,240.60 | 7,489.93 | 3,148.89 | 3,196.43 | 3,520.37 | 21,596.22 |
| Payroll Expenses | 395,855.95 | 699,119.87 | 293,928.67 | 297,976.74 | 328,605.39 | 2,015,486.62 |
| Pool Expense | 0.00 | 9,000.00 | 0.00 | 0.00 | 0.00 | 9,000.00 |
| Professional Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent - Equipment | 0.00 | 986.49 | 709.74 | 407.27 | 0.00 | 2,103.50 |
| Rent - Office | 2,748.00 | 2,748.00 | 2,748.00 | 2,748.00 | 2,748.00 | 13,740.00 |
| Repairs & Maintenance | 3,243.70 | 3,182.20 | 2,244.45 | 1,667.96 | 2,897.02 | 13,235.33 |
| Security Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sponsorship | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Storage Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Supplies | 1,177.54 | 1,903.96 | 10,555.89 | 7,485.85 | 3,500.00 | 24,623.24 |
| Telephone Expense | 1,886.36 | 5,336.78 | 2,392.70 | 1,584.73 | 1,021.65 | 12,162.22 |
| Tennis Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Real Estate Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Uncategorized Expense | 0.00 | 1,098.34 | 0.00 | 0.00 | 430.61 | 1,528.95 |
| Utilities | 61,539.53 | 97,807.77 | 34,992.66 | 19,480.52 | 1,805.10 | 215,625.58 |
| Total Expenses | $ 590,687.02 | $ 1,181,815.33 | $ 462,877.07 | $ 419,190.55 | $ 455,687.62 | $ 3,050,122.13 |
| Net Operating Income | $ 49,524.66 | $ 712,883.17 | $ 324,719.51 | $ 121,575.52 | $ 471,313.74 | $ 1,680,152.06 |

Exhibit X - Page 2

**Compass Golf, LLC**
**Profit and Loss**
January 1 - July 31, 2023

| | CC of Gwinnett | Jennings Mill | Lane Creek | Trenton | The Frog | Total |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Sales | 712,146.65 | 1,937,380.65 | 813,791.16 | 629,030.79 | 991,669.45 | 5,084,018.90 |
| Sales Tax Expense | 32,510.21 | 46,309.12 | 46,798.29 | 37,706.84 | 70,143.87 | 233,468.33 |
| **Total Income** | $ 744,657.06 | $ 1,983,689.77 | $ 860,589.45 | $ 666,737.63 | $ 1,061,813.32 | $ 5,317,487.23 |
| **Cost of Goods Sold** | | | | | | |
| Beer/Wine and Spirits | 29,311.43 | 48,899.89 | 9,925.14 | 31,394.71 | 19,025.67 | 138,556.84 |
| Food/Beverages (non-alcohol) | 47,265.79 | 77,581.89 | 28,309.66 | 46,424.45 | 61,371.20 | 260,932.99 |
| Supplies & Materials | 20,052.90 | 13,086.81 | 2,253.24 | 11,963.96 | 21,443.31 | 68,800.22 |
| Purchases for Resale | 7,815.26 | 29,442.68 | 12,504.83 | 36,188.44 | 32,971.78 | 118,922.99 |
| **Total Cost of Goods Sold** | $ 104,445.38 | $ 168,991.27 | $ 52,992.87 | $ 125,971.56 | $ 134,811.96 | 587,213.04 |
| **Gross Profit** | $ 640,211.68 | $ 1,814,698.50 | $ 807,596.58 | $ 540,766.07 | $ 927,001.36 | 4,730,274.19 |
| **Expenses** | | | | | | |
| Advertising & Marketing | 1,235.59 | 2,536.47 | 675.39 | 941.18 | 0.00 | 5,388.63 |
| Business Licenses and Permits | 1,549.87 | 4,078.61 | 1,876.16 | 652.58 | 849.52 | 9,006.74 |
| Chemicals | 19,079.29 | 54,213.45 | 24,124.00 | 16,153.00 | 27,686.15 | 141,255.89 |
| Cleaning | 1,808.25 | 4,511.39 | 2,314.00 | 0.00 | 0.00 | 8,633.64 |
| Contract Labor | 0.00 | 2,886.74 | 1,995.33 | 0.00 | 0.00 | 4,882.07 |
| Contributions to Charities | 0.00 | 0.00 | 393.33 | 0.00 | 0.00 | 393.33 |
| Décor & Small Furniture | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Employee Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health Insurance | 4,072.20 | 21,682.55 | 4,072.20 | 4,072.20 | 4,072.20 | 37,971.35 |
| Worker Comp Insurance | 4,727.52 | 4,727.50 | 4,727.50 | 4,727.00 | 4,727.50 | 23,637.02 |
| Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Golf Cart Leases | 39,664.80 | 98,000.00 | 36,083.60 | 22,932.00 | 27,125.00 | 223,805.40 |
| Events | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Expense Reimbursement | 0.00 | 4,223.94 | 0.00 | 0.00 | 0.00 | 4,223.94 |
| Freight In | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| General Business Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Fees & Service Charges | 333.95 | 1,620.87 | 305.05 | 452.21 | 125.00 | 2,837.08 |
| Excise Tax | 0.00 | 1,057.12 | 0.00 | 0.00 | 1,154.68 | 2,211.80 |
| Membership & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Uniforms | 1,912.92 | 2,586.22 | 0.00 | 383.63 | 0.00 | 4,882.77 |
| Gifts & Awards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equipment Leases | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Maintenance Equip. Fuel | 7,141.14 | 24,920.19 | 16,129.94 | 2,444.09 | 5,942.66 | 56,578.02 |
| Golf Course Maintenance | 7,506.21 | 17,544.40 | 12,642.30 | 3,555.44 | 12,722.96 | 53,971.31 |
| IT Support | 1,369.53 | 0.00 | 0.00 | 0.00 | 135.46 | 1,369.53 |
| Laundry Expense | 0.00 | 0.00 | 0.00 | 113.34 | 0.00 | 113.34 |
| Legal & Accounting Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 50,000.00 |
| Accounting | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 3,360.00 | 16,800.00 |
| Liability Insurance | 13,043.35 | 13,043.35 | 13,043.35 | 13,043.35 | 13,043.35 | 65,216.75 |
| Listing Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Meals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Exhibit X - Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Office Expenses | 3,190.72 | 2,148.19 | 473.92 | 1,813.03 | 215.00 | 7,841.86 |
| Operations Manager | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Processing Fees | 4,240.60 | 7,469.93 | 3,148.89 | 3,196.43 | 3,520.37 | 21,596.22 |
| Payroll Expenses | 395,855.95 | 699,119.87 | 293,928.67 | 297,976.74 | 328,605.39 | 2,015,486.62 |
| Pool Expense | 0.00 | 9,000.00 | 0.00 | 0.00 | 0.00 | 9,000.00 |
| Professional Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent - Equipment | 0.00 | 986.49 | 709.74 | 407.27 | 0.00 | 2,103.50 |
| Rent - Office | 2,748.00 | 2,748.00 | 2,748.00 | 2,748.00 | 2,748.00 | 13,740.00 |
| Repairs & Maintenance | 3,243.70 | 3,182.20 | 2,244.45 | 1,667.96 | 2,897.02 | 13,235.33 |
| Security Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sponsorship | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Storage Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Supplies | 1,177.54 | 1,903.96 | 10,555.89 | 7,485.85 | 3,500.00 | 24,623.24 |
| Telephone Expense | 1,886.36 | 5,336.78 | 2,332.70 | 1,584.73 | 1,021.65 | 12,162.22 |
| Tennis Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Real Estate Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Uncategorized Expense | 0.00 | 1,098.34 | 0.00 | 0.00 | 430.61 | 1,528.95 |
| Utilities | 61,539.53 | 97,807.77 | 34,992.66 | 19,480.52 | 1,805.10 | 215,625.58 |
| **Total Expenses** | **$ 590,687.02** | **$ 1,101,815.33** | **$ 462,877.07** | **$ 419,190.55** | **$ 455,687.62** | **$ 3,050,122.13** |
| **Net Operating Income** | **$ 49,524.66** | **$ 712,883.17** | **$ 324,719.51** | **$ 121,575.52** | **$ 471,313.74** | **$ 1,680,152.06** |

Exhibit X - Page 4