---------- Forwarded message ----------
From: **Dave** <frog9handi@gmail.com>
Date: Mon, Mar 4, 2024, 4:10 AM
Subject: JT Jensen and The Frog
To: Daryle Miller <darylemiller.dm@gmail.com>, Tim Baywal <whitney.baywal@gmail.com>, Sean Perren <sean@seanperren.com>, Frank Clay <callhere4me@gmail.com>, Patrick Ferguson <patrick@sldtm.com>, Jim Brown <jimbrown@google.com>, Randy Butler <randy.butler@southwire.com>, Len Frye <lenfrye@live.com>, Cruise Gatzman <cruise@dogriverretreat.com>, Jimmy Davis <jldaviswelding@gmail.com>, Andy Fife <wesley56cycle@gmail.com>, William Condon <mic2988@att.net>, Zane Anglin <zane_anglin@outlook.com>, Jeff Berg <jberg@udcglobal.com>, David Blair <dblair@capmat.com>, Kyle Breitbach <kbreitbach09@gmail.com>, Clay Cox <clay@rodneywebb.biz>, Ryan Day <ryanday190@gmail.com>, Jerry Ferracamo <jerryferracamo@msn.com>, Matt Fuller <tfuller4700@bellsouth.net>, Alex Garcia <alexg635@gmail.com>, Kevin Getzendanner <kevin.getzendannder@agg.com>, Robert Glover <robbyglover@synovus.com>, Greg Gober <ggober009@gmail.com>, Bryany Harbin <bryantharbin@yahoo.com>, John Hembree <whithembree@gmail.com>, Robert Hicks <rjohnston@rproenterprises.com>, Chris Hill <chrishill72@yahoo.com>, David Hoffman <dhtarheel@yahoo.com>, Brian Honea <slyhonea1@gmail.com>, Wesley Hunter <lshunters@yahoo.com>, Corey Jackson <coreyjackson17@gmail.com>, Tony Jarrett <tonyjarrett@bellsouth.net>, Jesse LaRusso <jlarusso07@yahoo.com>, Brad Lively <blively75@gmail.com>, Cal Macomber <calvin.macomber@gmail.com>, Mike McCarty <mikemccarty5505@comcast.net>, David McDonald <davidnmcdonald@bellsouth.net>, Keith McMurtry <kcmcmurtry@yahoo.com>, Travis Moore <tmlionlogistics@gmail.com>, Tom Morris <tommymorris@msn.com>, Eric Morrow <emorrow1981@yahoo.com>, Tom Newman <tomnewman55@gmail.com>, Patrick Orr <patrickhenry.orr@gmail.com>, Paul Parker <paulaparker1766@gmail.com>, Vic Pecora <vicpecora@gmail.com>, Bryan Reece <reece.bryan@yahoo.com>, Rick Ridgway <rickybecky@bellsouth.net>, Clemon Roberts <clemon_roberts@yahoo.com>, Keith Rollins <keithbessco@gmail.com>, Tim Routh <timrouthsemail@gmail.com>, Paul Scharff <paul@pepackaging.com>, Mark Sherman <msherman7703@msn.com>, Josh Smith <preacherjsmith44@gmail.com>, Jack Stanley <jrs953@comcast.net>, Daniel Stidham <jackson.brodie.derek@gmail.com>, Steven Tippens <evercleargl@gmail.com>, David Tumlin <davidtumlinsr@gmail.com>, Jeff Turner <jeff.turner@southwire.com>, Ken Warner <ken.warner5555@gmail.com>, Ed Weinberg <ed_weinberg@yahoo.com>, Taylor Welborn <twelborn11@yahoo.com>
Cc: J.T. Jensen <jtj@compass-golf.com>, <jm@compass-golf.com>, <db@compass-golf.com>

Mr. JT Jensen,

I got your email a day or two ago that I assume you sent to all the members at The Frog. I noticed you said that your "legal team and ownership have been fighting for the last few weeks to keep The Frog open and operational". If you and your boss, the owner, Jorge Martinez were fighting to keep it open, you have a peculiar way of doing it. I learned from a friend over at Yamaha that you are over $27,000 past due on your lease payments for golf carts at The Frog. You have $11,000+ worth of past due payments that are way over 90 days old. So, you stopped making payments in October or November on our golf carts?? Is that your idea of "fighting" to keep our course open and operational? I must not be a golf course expert like Jorrge.

This of course made me curious, so I stopped by the Clubhouse today to ask if this was true. I did not see you but I asked for you. I was told it was true about Yamaha, that they had been sending you letters and phone calls for months. They are supposed to repossess the carts soon. WOW, you suck at fighting for us. This made me wonder, what else are you and Javier behind on? What I found out was unbelievable. You and Horge have not been paying most of the bills for many months?! You have a flag repair bill that is 5 months old, unpaid. You owe Adidas $14k from October? You owe Callaway $12k. Trash service hasn't been paid since December. 60 days behind to Paulding County Water Brian at the county told me. I kept calling and asking more questions, and you guys haven't paid most of your bills in many months. Then I discover that you and Jorge's employees at The Frog, 8 of them had their checks bounce last week and you still have not paid them. I asked a couple of them - has this happened before? I could not believe what I heard, that this happens ALL THE TIME and has since LAST SUMMER?! The people that work at the Frog are good people and work hard, so many of them worked at our club way before I joined 10 years ago. I had no idea this was going on and I am at the club regularly. You and Horney or whoever pays them, almost never pays on time I learned. Checks have bounced dozens of times?? That would be called CHECK FRAUD. You should google it, I just did. You guys are going to be cell mates.

You, Jorge, and whoever else owns Compass, should be ASHAMED of yourselves. You have lied to us again and again and now I learn that not only did you lie to us a year ago (and many times in between, even to my face many times) about all the wonderful improvements you planned to do, of which you accomplished 10%. You have been taking our dues, our club's revenue, and not even paying the bills OR THE EMPLOYEES who generate those dues and that revenue for you!

I have an idea of where a lot of the money has gone. I'm not much of an internet guy, but they let me in on something that apparently is not a secret. Those ridiculous youtube videos that Javier keeps posting trying to act like he is some sort of golf course whisperer, when all the while all of his courses are in some level of legal trouble I discovered, or getting foreclosed on, or being sold at auction any day now. All I had to do was type in each course in google. Yet, even 3 weeks ago, he posts videos of his new Lamborghini SUV sitting behind his Ferrari. The Porsches, which I saw several. The Mcleran?? He's buying a Bugatti?? I watched 4 or 5 videos today. I typically could not finish them because I would either fall asleep or I would throw up. I think I know where all the money is going. I don't have to be a rocket scientist like you to figure this out. In the last year your boss has bought a million dollars in exotic cars, all the while bouncing checks that are sometimes only a few hundred dollars to his employees!! How do you sleep at night? You are ok with this? They said David Biscan, another owner, continuously lies and says checks are coming and then they never do. Again and again. Month after month.

Obviously you are ok with this, because I got your email, you've been working really hard. Really hard, screwing everyone over. You, and your future cell mate, Jorrge. I did copy my attorney on this, a member. You will hear from him.

Why Golf Courses Cover Their Greens In The Winter! (youtube.com)<https://www.youtube.com/watch?v=uElDNJjzlr4>