**D2023004054**

7921646815
0648497841
PARTICIPANT ID

**BK:1750 PG:36-41**

FILED IN OFFICE
CLERK OF COURT
09/15/2023 04:09 PM
ANGELA ELDER-JOHNSON, CLERK
SUPERIOR COURT
OCONEE COUNTY, GA

*Angela Elder - Johnson*

Return Recorded Document to:
**Raimondi & Associates, LLC**
**1301 Shiloh Road, NW, Unit 1520**
**Kennesaw, GA  30144**

REAL ESTATE
TRANSFER TAX
PAID: $0.00

DEED PREPARATION ONLY
NO TITLE EXAMINATION PERFORMED

**PT-61 108-2023-1220**

## LIMITED WARRANTY DEED

**STATE OF GEORGIA**

**COUNTY OF**

Transfer Tax: **$0.00**
**Tax ID # Athens-Clarke County: 073 009G**
**Oconee County: C-01-031-BA & C-01-031-A &**
**C-01-031-AA & C-01-014-K**
File # **R23D1021**

   **This Indenture** made this **12th** day of **September, 2023** between **Conquest Commercial Funding, LLC, a Delaware limited liability company,** as party or parties of the first part, hereinafter called Grantor, and **Compass Golf, LLC, a Delaware limited liability company,** as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

   **W I T N E S S E T H that:**  Grantor, for and in consideration of the sum of **TEN AND 00/100'S ($10.00) Dollars** and other good and valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipts whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantees,

**SEE ATTACHED EXHIBIT "A" WHICH IS ATTACHED HERETO AND MADE A PART HEREOF.**

**THIS CONVEYANCE IS EXPRESSLY SUBJECT TO ANY AND ALL EASEMENTS, RESTRICTIONS, COVENANTS, LIENS OR ENCUMBRANCES OF PUBLIC RECORD, AS WELL AS ANY SUCH MATTERS OF WHICH GRANTEE HAS KNOWLEDGE.**

[SIGNATURES FOR THE LIMITED WARRANTY DEED ON THE FOLLOWING PAGE]

BK:1750 PG:37

[SIGNATURES FOR THE LIMITED WARRANTY DEED]

**TO HAVE AND TO HOLD** the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in **FEE SIMPLE.**

**AND THE SAID** Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the lawful claims and demands of all persons claiming by, through or under the above named Grantor, but against none other.

**IN WITNESS WHEREOF**, the Grantor has hereunto set grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in the presence of:

GRANTOR: **Conquest Commercial Funding, LLC, a Delaware limited liability company:**

By its Sole Member: **L & J Acquisitions, LLC, a Delaware limited liability company:**

By: _____ (Seal)
**Jorge Martinez, Sole Member**

_____
Witness

_____
Notary Public

My Commission Expires: **4-24-26**

Lawrence N Raimondi Jr
My Commission Expires
NOTARY PUBLIC
April 24, 2026
DeKalb County, Georgia

Exhibit Z - Page 2

## EXHIBIT "A"

TRACT ONE:

ALL THOSE TRACTS OR PARCELS OF LAND, SITUATE, LYING AND BEING IN THE 241ST DISTRICT, G. M., ATHENSCLARKE COUNTY, GEORGIA, AND IN THE 1331ST DISTRICT, G. M., OCONEE COUNTY, GEORGIA, AND BEING MORE PARTICULARLY SHOWN AND DELINEATED AS "TRACT 1 -25.103 ACRES, TRACT 2- 48.094 ACRES, TRACT 3 - 23.536 ACRES, TRACT 4 - 25.723 ACRES, TRACT 5 - 12.595 ACRES, TRACT 6 - 16.151 ACRES, TRACT 7 - 14.973 ACRES AND TRACT 8 - 2.812 ACRES", ON THAT CERTAIN PLAT OF SURVEY ENTITLED "SURVEY FOR JENNINGS MILL GOLF COURSE", DATED AUGUST 11, 1988, REVISED DECEMBER 5, 1988, PREPARED BY BEN MCLEROY & ASSOCIATES, INC., AND RECORDED IN PLAT BOOK 25, PAGE 4, IN THE OFFICE OF THE CLERK OF THE SUPERIOR COURT OF ATHENS- CLARKE COUNTY, GEORGIA, AND RECORDED IN PLAT BOOK 13, PAGE 244, IN THE OFFICE OF THE CLERK OF THE SUPERIOR COURT OF OCONEE COUNTY, GEORGIA, REFERENCE BEING HEREBY MADE TO SAID PLAT FOR A MORE PARTICULAR DESCRIPTION OF THE PROPERTY HEREIN DESCRIBED;

TOGETHER WITH AND SUBJECT TO THOSE EASEMENTS AND RESERVATIONS CONTAINED IN THAT WARRANTY DEED FROM J. M. ATHENS, INC. TO JENNINGS MILL COUNTRY CLUB, INC. DATED OCTOBER 1, 1990 AND RECORDED IN DEED BOOK 127, PAGE 278, OCONEE COUNTY RECORDS, AND RECORDED IN DEED BOOK 1062, PAGE 99, ATHENS CLARKE COUNTY RECORDS;

LESS AND EXCEPT THE FOLLOWING PARCELS FROM TRACT ONE:

ALL THAT TRACT OR PARCEL OF LAND, SITUATE, LYING AND BEING IN THE 1331ST DISTRICT, G. M., OCONEE COUNTY, GEORGIA, CONTAINING 0.618 ACRES, MORE OR LESS, CONVEYED IN A QUITCLAIM DEED FROM JENNINGS MILL COUNTRY CLUB, INC. TO WESLEY J. MARTIN, JR. AND LYDIA GAYLE MARTIN DATED DECEMBER 30, 1992 AND RECORDED IN DEED BOOK 217, PAGE 217, OCONEE COUNTY RECORDS;

ALL THAT TRACT OR PARCEL OF LAND, SITUATE, LYING AND BEING IN THE 1331ST DISTRICT, G. M., OCONEE COUNTY, GEORGIA, CONTAINING 0.083 ACRES, MORE OR LESS, CONVEYED IN A QUITCLAIM DEED FROM JENNINGS MILL COUNTRY CLUB, INC. TO GERALD R. FIRTH AND DORIS Y. FIRTH DATED DECEMBER 30, 1992 AND RECORDED IN DEED BOOK 217, PAGE 219, OCONEE COUNTY RECORDS;

ALL THAT TRACT OR PARCEL OF LAND, SITUATE, LYING AND BEING IN THE 1331ST DISTRICT, G. M., OCONEE COUNTY, GEORGIA, CONTAINING 0.333 ACRES, MORE OR LESS, CONVEYED IN A QUITCLAIM DEED FROM

File # R23D1021

JENNINGS MILL COUNTRY CLUB, INC. TO TIMOTHY B. MACKEY AND
CYNTHIA P. MACKEY DATED DECEMBER 30, 1992 AND RECORDED IN DEED
BOOK 217, PAGE 221, OCONEE COUNTY RECORDS;

ALL THAT TRACT OR PARCEL OF LAND, SITUATE, LYING AND BEING IN
THE 1331ST DISTRICT, G. M., OCONEE COUNTY, GEORGIA, CONVEYED IN A
QUITCLAIM DEED FROM JENNINGS MILL COUNTRY CLUB, INC. TO
CALLAWAY REALTY & DEVELOPMENT, INC. DATED OCTOBER 6, 1995 AND
RECORDED IN DEED BOOK 357, PAGE 286, OCONEE COUNTY RECORDS;

TRACT TWO:

ALL THAT TRACT OR PARCEL OF LAND, SITUATE, LYING AND BEING IN
THE 1331ST DISTRICT, G. M., OCONEE COUNTY, GEORGIA, AND BEING
SHOWN AS PARCELS A AND E OF BLOCK H ON A SURVEY ENTITLED
"RECOMBINATION PLAT FOR CALLAWAY REALTY COMPANY", DATED
JULY 21, 1995, BY BEN MCLEROY AND ASSOCIATES, INC., BEN MCLEROY,
REGISTERED LAND SURVEYOR, AND RECORDED IN PLAT BOOK 24, PAGE
270, IN THE OFFICE OF THE CLERK OF THE SUPERIOR COURT OF OCONEE
COUNTY, GEORGIA, REFERENCE TO WHICH IS HEREBY MADE FOR A MORE
PARTICULAR DESCRIPTION OF THE PROPERTY HEREIN CONVEYED;

TRACT THREE:

ALL THAT TRACT OR PARCEL OF LAND, SITUATE, LYING AND BEING IN
THE 1331ST DISTRICT, G. M., OCONEE COUNTY, GEORGIA, AND BEING
KNOWN AS LOT 14, BLOCK K, JENNINGS MILL SUBDIVISION, AS MORE
PARTICULARLY SHOWN ON A SURVEY ENTITLED "SURVEY FOR JENNINGS
MILL, BLOCK K" DATED JULY 20, 1990, AS REVISED, BY BEN MCLEROY AND
ASSOCIATES, INC., BEN MCLEROY, REGISTERED LAND SURVEYOR, AND
RECORDED IN PLAT BOOK 19, PAGE 197, IN THE OFFICE OF THE CLERK OF
THE SUPERIOR COURT OF OCONEE COUNTY, GEORGIA, REFERENCE TO
WHICH IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE
PROPERTY HEREIN CONVEYED;

TRACT FOUR:

ALL THAT TRACT OR PARCEL OF LAND, SITUATE, LYING AND BEING IN
THE 1331ST DISTRICT, G. M., OCONEE COUNTY, GEORGIA, CONTAINING
2.736 ACRES, MORE OR LESS, AND HAVING SUCH SHAPE, METES, COURSES,
AND DISTANCES AS MORE FULLY APPEAR AS TRACT 1 ON A SURVEY
ENTITLED "SURVEY FOR: JENNINGS MILL", DATED FEBRUARY 7, 1994, BY
BEN MCLEROY & ASSOCIATES, INC., REGISTERED LAND SURVEYORS, AND
RECORDED IN PLAT BOOK 24, PAGE 75, IN THE OFFICE OF THE CLERK OF
THE SUPERIOR COURT OF OCONEE COUNTY, GEORGIA, REFERENCE TO
WHICH IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE

File # R23D1021

PROPERTY HEREIN CONVEYED; TOGETHER WITH A NON-EXCLUSIVE RIGHT IN AND TO CERTAIN SEWER EASEMENTS RESERVED IN THAT CERTAIN WARRANTY DEED BY J. M. ATHENS, INC. TO JENNINGS MILL COUNTRY CLUB, INC. RECORDED IN DEED BOOK 127, PAGE 278, IN SAID CLERK'S OFFICE.

SUBJECT TO THE RIGHTS OF PRIOR GRANTORS WITH RESPECT TO THAT CERTAIN 30 FEET SANITARY SEWER EASEMENT WHICH RUNS FROM THE SOUTHERLY SIDE OF THE RIGHT-OF-WAY OF MILL POND COURT, AS SUCH EASEMENT AND PRIOR GRANTOR'S RIGHTS RELATED THERETO ARE FURTHER DESCRIBED IN THAT CERTAIN DEED UNDER POWER OF SALE RECORDED IN BOOK 3573, PAGE 541 IN THE OFFICE OF THE CLERK OF THE SUPERIOR COURT OF ATHENS-CLARKE COUNTY, GEORGIA;

TRACT FIVE:
ALL THAT TRACT OR PARCEL OF LAND, CONTAINING 3.615 ACRES, MORE OR LESS, SITUATE, LYING AND BEING AT THE INTERSECTION OF AND BETWEEN MERIWEATHER DRIVE AND MILL POND COURT IN THE 1331ST DISTRICT, G. M., OCONEE COUNTY, GEORGIA, AND BEING MORE PARTICULARLY SHOWN AND DESCRIBED ACCORDING TO A PLAT OF SURVEY ENTITLED "SURVEY FOR ROSEMARY JACKSON", PREPARED BY BEN MCLEROY & ASSOCIATES, INC., BEN MCLEROY, R.L.S., DATED JANUARY 26, 1994 AND RECORDED IN PLAT BOOK 24, PAGE 75, OCONEE COUNTY, GEORGIA, PUBLIC RECORDS, WHICH SAID PLAT OF SURVEY AND THE RECORD THEREOF ARE HEREBY INCORPORATED INTO THIS DESCRIPTION AND MADE A PART HEREOF BY REFERENCE THERETO;

LESS AND EXCEPT THE FOLLOWING PARCEL FROM THE LAND ALL THAT TRACT OR PARCEL OF LAND CONTAINING 0.917 ACRES, MORE OR LESS, SITUATE, LYING AND BEING AT THE INTERSECTION OF AND BETWEEN MERIWEATHER DRIVE AND MILL POND COURT IN THE 1331 DISTRICT, G. M., OCONEE COUNTY, GEORGIA, AND BEING MORE PARTICULARLY SHOWN AND DESCRIBED ACCORDING TO A PLAT OF SURVEY ENTITLED "FINAL PLAT FOR JENNINGS MILL COUNTRY CLUB, INC.," PREPARED BY WOODS & CHASTAIN SURVEYORS, INC., PHILLIP D. CHASTAIN, R.L.S. NO. 2771, DATED MARCH 6, 2006, AND RECORDED ON MAY 5, 2006, IN BOOK 36, PAGE 247, OCONEE COUNTY, GEORGIA, PUBLIC RECORDS.

FURTHER LESS AND EXCEPT THE FOLLOWING PARCEL:

ALL THAT TRACT OR PARCEL OF LAND, TOGETHER WITH ALL IMPROVEMENTS THEREON, CONTAINING 1.276 ACRES, MORE OR LESS, SITUATE, LYING AND BEING IN THE 1331ST DISTRICT, G.M., OCONEE COUNTY, GEORGIA, BEING SHOWN AND DESIGNATED AS "TRACT 2, 1.276 ACRES," IN THAT PLAT OF SURVEY ENTITLED, "RECOMBINATION SURVEY AND PLAT FOR: LANIERTINDALL, LLC," PREPARED BY CORNERSTONE

File # R23D1021

LAND SURVEYING, DATED MARCH 1, 2015, CERTIFIED BY JAMES R. SMITH, G.R.L.S. NO. 2407, RECORDED AT PLAT BOOK 38, PAGE 158, IN THE OFFICE OF THE CLERK OF SUPERIOR COURT FOR OCONEE COUNTY, GEORGIA, SAID PLAT BEING INCORPORATED HEREIN BY REFERENCE AND BEING MADE A PART OF THIS DESCRIPTION.

TRACT SIX:
EASEMENTS AND OTHER INTERESTS IN REAL PROPERTY CONTAINED IN THAT CERTAIN SLOPE EASEMENT FROM GARY PORTERFIELD TO JENNINGS MILL COUNTRY CLUB, INC., DATED APRIL 16, 2002, FILED APRIL 25, 2002, RECORDED IN DEED BOOK 592, PAGE 570, OCONEE COUNTY, GEORGIA RECORDS.

TRACT SEVEN:
EASEMENTS AND OTHER INTERESTS IN REAL PROPERTY CONTAINED IN THAT CERTAIN SLOPE EASEMENT FROM WILLIAM E. CHAMBERS TO JENNINGS MILL COUNTRY CLUB, INC., DATED FEBRUARY 14, 2002, FILED APRIL 25, 2002, RECORDED IN DEED BOOK 592, PAGE 583, OCONEE COUNTY, GEORGIA RECORDS.

TRACT EIGHT:
EASEMENTS AND OTHER INTERESTS IN REAL PROPERTY CONTAINED IN THAT CERTAIN DRAINAGE EASEMENT FROM GARY PORTERFIELD TO JENNINGS MILL COUNTRY CLUB, INC., DATED APRIL 16, 2002, FILED APRIL 25, 2002, RECORDED IN DEED BOOK 592, PAGE 585, OCONEE COUNTY, GEORGIA RECORDS.

TRACT NINE:
FURTHER TOGETHER WITH GOLF COURSE EASEMENTS BY JENNINGS MILL, LTD., FILED OCTOBER 10, 1988, RECORDED IN DEED BOOK 103, PAGE 503 AND DEED BOOK 103, PAGE 505, OCONEE COUNTY, GEORGIA RECORDS.

TRACT TEN:
EASEMENTS AND OTHER INTERESTS IN REAL PROPERTY CONTAINED IN THAT CERTAIN GOLF CART PATH EASEMENT BETWEEN SHIRLEY W. ERICKSON AND JENNINGS MILL, LTD., DATED APRIL 2, 1987, FILED JUNE 1, 1987, RECORDED IN DEED BOOK 88, PAGE 380, OCONEE COUNTY, GEORGIA RECORDS.

Property Address: **1150 Chambers Ct.**
**Watkinsville, GA 30677**

File # R23D1021

PT-61 (Rev. 2/18)  To be filed in **OCONEE COUNTY**  PT-61 108-2023-001212

| SECTION A – SELLER'S INFORMATION (Do not use agent's information) | | SECTION C – TAX COMPUTATION | |
|---|---|---|---|
| SELLER'S BUSINESS / ORGANIZATION / OTHER NAME | | **Exempt Code** If no exempt code enter NONE | **Corporation to Corporation** |
| Conquest Commercial Funding, LLC, a Delaware limited liab ...* | | | |
| MAILING ADDRESS (STREET & NUMBER) | | 1. Actual Value of consideration received by seller Complete Line 1A if actual value unknown | $0.00 |
| 9105 Old Southwick Pass | | | |
| CITY, STATE / PROVINCE / REGION, ZIP CODE, COUNTRY | DATE OF SALE | 1A. Estimated fair market value of Real and Personal property | $0.00 |
| Alpharetta, GA 30022 USA | 9/12/2023 | | |
| SECTION B – BUYER'S INFORMATION (Do not use agent's information) | | 2. Fair market value of Personal Property only | $0.00 |
| BUYERS'S BUSINESS / ORGANIZATION / OTHER NAME | | 3. Amount of liens and encumbrances not removed by transfer | $0.00 |
| Compass Golf, LLC, a Delaware liability company | | | |
| MAILING ADDRESS (Must use buyer's address for tax billing & notice purposes) | | 4. Net Taxable Value (Line 1 or 1A less Lines 2 and 3) | $0.00 |
| 9105 Old Southwick Pass | | | |
| CITY, STATE / PROVINCE / REGION, ZIP CODE, COUNTRY | Check Buyers Intended Use ( ) Residential  ( ) Commercial ( ) Agricultural ( ) Industrial | 5. TAX DUE at .10 per $100 or fraction thereof (Minimum $1.00) | $0.00 |
| Alpharetta, GA 30022 USA | | | |

| SECTION D – PROPERTY INFORMATION (Location of Property (Street, Route, Hwy, etc)) | | | | | |
|---|---|---|---|---|---|
| HOUSE NUMBER & EXTENSION (ex 265A) | PRE-DIRECTION, STREET NAME AND TYPE, POST DIRECTION | | | | SUITE NUMBER |
| 1201 | Club Drive | | | | |
| COUNTY | CITY (IF APPLICABLE) | | MAP & PARCEL NUMBER | | ACCOUNT NUMBER |
| OCONEE | | | A 04 019 | | |
| TAX DISTRICT | GMD | LAND DISTRICT | ACRES | LAND LOT | SUB LOT & BLOCK |
| | | | | | |

| SECTION E – RECORDING INFORMATION (Official Use Only) | | | | | |
|---|---|---|---|---|---|
| DATE | DEED BOOK | | DEED PAGE | PLAT BOOK | PLAT PAGE |
| | 1750 | | 24 | | |

**ADDITIONAL BUYERS**
None

**...*  This symbol signifies that the data was too big for the field.  The original values are shown below.**
SELLER'S BUSINESS NAME: Conquest Commercial Funding, LLC, a Delaware limited liability company

Exhibit Z - Page 7