7921646815
0848497841
PARTICIPANT ID

D2024000508
BK:1761 PG:424-440

FILED IN OFFICE
CLERK OF COURT
02/05/2024 10:14 AM
ANGELA ELDER-JOHNSON, CLERK
SUPERIOR COURT
OCONEE COUNTY, GA

*Angela Elder - Johnson*

REAL ESTATE
TRANSFER TAX
PAID: $0.00

PT-61 108-2024-000172

**Return Recorded Document to:**
Raimondi & Associates, LLC
1301 Shiloh Road, NW, Unit 1520
Kennesaw, GA 30144

DEED PREPARATION ONLY
NO TITLE EXAMINATION PERFORMED

## LIMITED WARRANTY DEED

**STATE OF**

**COUNTY OF**

Transfer Tax: $0.00
Tax ID # Athens-Clarke County: 073 009G
Oconee County: C-01-031-BA & C-01-031-A &
C-01-031-AA & C-01-014-K
File # **R23-1202**

    **This Indenture** made this **2nd** day of **February 2024** between **Compass Golf, LLC, a Delaware limited liability company,** as party or parties of the first part, hereinafter called Grantor, and **7th Year, LLC, a Delaware limited liability company,** as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

    **W I T N E S S E T H that:** Grantor, for and in consideration of the sum of **TEN AND 00/100'S ($10.00) Dollars** and other good and valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipts whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantees,

**SEE ATTACHED EXHIBIT "A" WHICH IS ATTACHED HERETO AND MADE A PART HEREOF.**

**THIS CONVEYANCE IS EXPRESSLY SUBJECT TO ANY AND ALL EASEMENTS, RESTRICTIONS, COVENANTS, LIENS OR ENCUMBRANCES OF PUBLIC RECORD, AS WELL AS ANY SUCH MATTERS OF WHICH GRANTEE HAS KNOWLEDGE.**

[SIGNATURES FOR THE LIMITED WARRANTY DEED ON THE FOLLOWING PAGE]

BK:1761 PG:425

[SIGNATURES FOR THE LIMITED WARRANTY DEED]

**TO HAVE AND TO HOLD** the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in **FEE SIMPLE.**

**AND THE SAID** Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the lawful claims and demands of all persons claiming by, through or under the above named Grantor, but against none other.

**IN WITNESS WHEREOF**, the Grantor has hereunto set grantor's hand and seal this day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness

_____
Notary Public
My Commission Expires: 4-24-26

GRANTOR:
**Compass Golf, LLC, a Delaware limited liability company:**

By: _____ (Seal)
Jorge Martinez, Sole Member/Manager

[Notary Seal: Lawrence N Raimondi Jr, Notary Public, Dekalb County, Georgia, My Commission Expires April 24, 2026]

BK:1761 PG:426

## EXHIBIT "A"

TRACT 1

All that tract or parcel of land lying in and being part of the 241st GMD, Athens-Clarke County, Georgia, containing 25.103 acres and being shown as Tract 1 on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at a 1/2 inch reinforcing rod situated west of the intersection of Jennings Mill Parkway (85' R/W) and Huntington Road (80' R/W) and located approximately 40' east from the 16th tee of the golf course and being the TRUE POINT OF BEGINNING of Tract 1 and run thence the following courses and distances along the property lines of HR Office LLC: (i) South 09 degrees 14 minutes 45 seconds West 523.75 feet to a 1/2 inch reinforcing rod, (ii) South 13 degrees 03 minutes 17 seconds West 183.94 feet to a 1/2" reinforcing rod, (iii) South 20 degrees 41 minutes 17 seconds West 97.20 feet to a 1/2 inch reinforcing rod, (iv) South 12 degrees 23 minutes 09 seconds East 118.35 feet to a 1/2 inch reinforcing rod, (v) South 10 degrees 41 minutes 30 seconds East 369.17 feet to a 1/2 inch reinforcing rod, (vi) South 01 degree 29 minutes 12 seconds East 275.23 feet to a 1/2 inch reinforcing rod situated adjacent to McNutt's Creek; run thence North 65 degrees 57 minutes 08 seconds West 230.45 feet along the traverse line of McNutt's Creek, centerline of said McNutt's Creek being the property line, to a 1/2 inch reinforcing rod (POINT A); run thence North 04 degrees 19 minutes 31 seconds West 255.08 feet along the property line of Jennings Mill Property Owners to a 1/2 inch reinforcing rod; run thence the following courses and distances along the property lines of The Village at Jennings Mill Lots: (i) North 09 degrees 10 minutes 16 seconds West 428.56 feet to a 1/2 inch reinforcing rod, (ii) North 09 degrees 41 minutes 25 seconds East 291.11 feet to 1/2 inch reinforcing rod, (iii) North 20 degrees 52 minutes 17 seconds East 176.03 feet to a 1/2 inch reinforcing rod, (iv) North 25 degrees 05 minutes 48 seconds East 142.92 feet to a 1/2 inch reinforcing rod, (v) North 16 degrees 16 minutes 11 seconds West 145.06 feet to a 1/2 inch reinforcing rod, (vi) South 61 degrees 45 minutes 44 seconds West 156.89 feet to a 1/2 inch reinforcing rod, (vii) South 56 degrees 51 minutes 03 seconds West 140.12 feet to a 1/2 inch reinforcing rod, (viii) South 24 degrees 49 minutes 05 seconds West 116.04 feet to a 1/2 inch reinforcing rod, (ix) South 42 degrees 52 minutes 19 seconds West 213.85 feet to a 1/2 inch reinforcing rod, (x) South 57 degrees 43 minutes 06 seconds West 226.93 feet to a 1/2 inch reinforcing rod, (xi) South 59 degrees 54 minutes 06 seconds West 206.86 feet to a 1/2 inch reinforcing rod, (xii) South 44 degrees 34 minutes 09 seconds West 252.00 feet to a 1/2 inch reinforcing rod, (xiii) South 67 degrees 56 minutes 34 seconds West 167.95 feet to a 1/2 inch reinforcing rod, (xiv) South 12 degrees 23 minutes 56 seconds East 186.20 feet to a 1/2 inch reinforcing rod, (xv) South 10 degrees 10 minutes 54 seconds East 233.27 feet to a 1/2 inch reinforcing rod, (xvi) South 42 degrees 36 minutes 28 seconds East 163.82 feet to a 1/2 inch reinforcing rod, (xvii) South 16 degrees 03 minutes 23 seconds East 212.59 feet to a 1/2 inch reinforcing rod, (xviii) South 11 degrees 54 minutes 29 seconds East 167.39 feet to a point (POINT B) situated in the centerline of McNutt's Creek; run thence South 51 degrees 43 minutes 46 seconds West 455.60 feet along a traverse line along McNutt's

File # R23-1202

Creek, centerline of said McNutt's Creek being the property line, to a 1/2 inch reinforcing rod situated North 12 degrees 20 minutes 05 seconds West 30.00 feet from the centerline of McNutt's Creek and run thence North 12 degrees 20 minutes 05 seconds West 878.17 feet along the property lines of Creeks Edge Business Park LLC and Dekani LLC to a 1/2 inch reinforcing rod; run thence North 12 degrees 20 minutes 05 seconds West 462.32 feet along the property lines of 370 Commercial LLC and Nawkaw Properties Inc. to a 1/2 inch reinforcing rod; run thence North 12 degrees 20 minutes 05 seconds West 220.16 feet along the property line of Crow & Crow LLC to a 1/2 inch reinforcing rod; run thence North 12 degrees 20 minutes 05 seconds West 305.45 feet along the property lines of Crow & Crow LLC and KPGC Properties, LLC to a 1/2 inch reinforcing rod; run thence North 77 degrees 39 minutes 55 seconds East 80.00 feet along Tract 8 to a 1/2 inch reinforcing rod; run thence the following courses and distances along the property lines of Huntington Road Partners LLC: (i) South 12 degrees 20 minutes 05 seconds East 647.73 feet to a 1/2 inch reinforcing rod, (ii) North 77 degrees 39 minutes 55 seconds East 346.18 feet to a 1/2 inch reinforcing rod; run thence North 27 degrees 58 minutes 49 seconds East 228.23 feet along the property lines of Huntington Road Partners LLC and Jennings Mill Associates LP to a 1/2 inch reinforcing rod; run thence the following courses and distances along the property lines of Jennings Mill Associates LP: (i) North 38 degrees 07 minutes 26 seconds East 329.75 feet to a 1/2 inch reinforcing rod, (ii) North 51 degrees 36 minutes 05 seconds East 205.38 feet to a 1/2 inch reinforcing rod, (iii) North 50 degrees 11 minutes 48 seconds East 216.09 feet to a 1/2 inch reinforcing rod, (iv) North 46 degrees 46 minutes 50 seconds East 216.53 to a 1/2 inch reinforcing rod, (v) North 47 degrees 31 minutes 15 seconds East 248.07 feet to a 1/2 inch reinforcing rod, (vi) North 73 degrees 16 minutes 23 seconds East 148.80 feet to a 1/2 inch reinforcing rod, (vii) South 23 degrees 17 minutes 41 seconds East 184.42 feet to a 1/2 inch reinforcing rod, (viii) South 49 degrees 39 minutes 29 seconds East 132.18 feet to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 1.

TRACT 2A

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 38.484 acres and being shown as Tract 2A on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at a 1/2 inch reinforcing rod situated on the southerly side of the cul-de-sac of Chambers Court, said 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 2A and run thence South 28 degrees 14 minutes 34 seconds West 44.70 feet along the property line of George & Cynthia Cone to a 1/2 inch reinforcing rod; run thence South 25 degrees 03 minutes 01 second West 237.62 feet along the property lines of George & Cynthia Cone and James C. & Barbara A. Turner to a 1/2 inch reinforcing rod; run thence the following courses and distances along the property lines of Phillip Chastain: (i) South 42 degrees 43 minutes 40 seconds West 127.78 feet to a 1/2 inch reinforcing rod, (ii) South 31 degrees 26 minutes 39 seconds West 201.33 feet to a 1/2 inch reinforcing rod, (iii) South 59 degrees 50 minutes 51 seconds West 248.46 feet to a 1/2 inch reinforcing rod, (iv) South 37 degrees 04 minutes 44 seconds West 107.47 feet

File # R23-1202

to a 1/2 inch reinforcing rod; run thence South 20 degrees 14 minutes 40 seconds West 120.41 feet along the property line of Chambers Family Partnership LLLP to a 1/2 inch reinforcing rod situated on the northerly right of way line of Meriweather Drive (64' R/W); run thence the following courses and distances along the northerly right of way line of Meriweather Drive: (i) 83.97 feet along and around a curve with a counter-clockwise rotation and a radius 530.25 feet, the chord measurement thereof being North 34 degrees 22 minutes 59 seconds West 83.88 feet to a 1/2 inch reinforcing rod, (ii) 788.58 feet along and around a curve with a counter-clockwise rotation and a radius of 983.85 feet, the chord measurement thereof being North 61 degrees 52 minutes 05 seconds West 767.64 feet to a 1/2 inch reinforcing rod, (iii) North 84 degrees 49 minutes 48 seconds West 204.71 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along the property line of Grist Mill Pointe Homeowners: (i) North 17 degrees 23 minutes 01 second East 88.67 feet to a 1/2 inch reinforcing rod, (ii) South 88 degrees 15 minutes 51 seconds East 330.15 feet to a 1/2 inch reinforcing rod, (iii) South 85 degrees 00 minutes 08 seconds East 175.26 feet to a 1/2 inch reinforcing rod, (iv) South 80 degrees 31 minutes 46 seconds East 292.77 feet to a 1/2 inch reinforcing rod, (v) North 58 degrees 14 minutes 15 seconds East 86.02 feet to a 1/2 inch reinforcing rod, (vi) North 08 degrees 14 minutes 52 seconds East 260.86 feet to a 1/2 inch reinforcing rod, (vii) North 53 degrees 07 minutes 48 seconds West 50.00 feet to a 1/2 inch reinforcing rod, (viii) South 77 degrees 28 minutes 16 seconds West 368.78 feet to a 1/2 inch reinforcing rod, (ix) South 84 degrees 19 minutes 39 seconds West 499.97 feet to a 1/2 inch reinforcing rod. (x) South 68 degrees 03 minutes 45 seconds West 213.52 feet to a 1/2 inch reinforcing rod situated on the easterly right of way line of McNutt's Crossing (64' R/W); run thence North 05 degrees 03 minutes 04 seconds East 34.86 feet along the easterly right of way line of McNutt's Crossing to a 1/2 inch reinforcing rod (POINT B); run thence the following courses and distances along the lots of Jennings Mill: (i) North 66 degrees 36 minutes 32 seconds East 262.18 feet to a 1/2 inch reinforcing rod, (ii) North 15 degrees 46 minutes 44 seconds West 97.50 feet to a 1/2 inch reinforcing rod, (iii) North 12 degrees 59 minutes 50 seconds East 74.05 feet to a 1/2 inch reinforcing rod, (iv) North 36 degrees 31 minutes 09 seconds East 71.27 feet to a 1/2 inch reinforcing rod, (v) North 24 degrees 31 minutes 49 seconds East 200.16 feet to a 1/2 inch reinforcing rod, (vi) North 66 degrees 28 minutes 28 seconds West 65.97 feet to a 1/2 inch reinforcing rod, (vii) North 13 degrees 45 minutes 05 seconds East 23.18 feet to a 1/2 inch reinforcing rod, (viii) North 31 degrees 12 minutes 03 seconds West 51.10 feet to a 1/2 inch reinforcing rod situated on the easterly right of way line of McNutt's Crossing; run thence the following courses and distances along the easterly right of way line of McNutt's Crossing: (i) North 35 degrees 26 minutes 55 seconds East 141.59 feet to a 1/2 inch reinforcing rod, (ii) North 35 degrees 26 minutes 55 seconds East 84.16 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along the lots of Jennings Mill: (i) North 83 degrees 23 minutes 24 seconds East 187.25 feet to a 1/2 inch reinforcing rod, (ii) South 79 degrees 00 minutes 40 seconds East 147.39 feet to a 1/2 inch reinforcing rod, (iii) South 87 degrees 18 minutes 53 seconds East 200.97 feet to a 1/2 inch reinforcing rod, (iv) North 73 degrees 36 minutes 31 seconds East 311.86 feet to a 1/2 inch reinforcing rod, (v) North 12 degrees 29 minutes 44 seconds West 235.90 feet to a 1/2 inch reinforcing rod, (vi) North 23 degrees 52 minutes 12 seconds West 312.74 feet to a 1/2 inch reinforcing rod, (vii) North 04 degrees 18 minutes 08

File # R23-1202

seconds West 345.18 feet to a 1/2 inch reinforcing rod, (viii) North 03 degrees 34 minutes 26 seconds West 274.48 feet to a 1/2 inch reinforcing rod, (ix) North 17 degrees 08 minutes 25 seconds West 130.17 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along the property lines of Lot 14: (i) North 17 degrees 08 minutes 25 seconds West 28.28 feet to a 1/2 inch reinforcing rod, (ii) North 17 degrees 08 minutes 25 seconds West 75.00 feet to a 1/2 inch reinforcing rod, (iii) North 34 degrees 48 minutes 39 seconds East 76.74 feet to a 1/2 inch reinforcing rod, (iv) South 57 degrees 12 minutes 08 seconds East 38.38 feet to a 1/2 inch reinforcing rod, (v) South 18 degrees 10 minutes 12 seconds East 90.22 feet to a 1/2 inch reinforcing rod, (vi) North 72 degrees 15 minutes 28 seconds East 66.17 feet to a 1/2 inch reinforcing rod situated 18 feet from the centerline of McNutt's Creek which is the property line; run thence the following courses and distances along a traverse line along McNutt's Creek: (i) South 10 degrees 44 minutes 00 seconds East 180.39 feet to a point situated 15 feet westerly from the centerline of McNutt's Creek, (ii) South 34 degrees 58 minutes 09 seconds East 61.63 feet to a point situated 21 feet westerly from the centerline of McNutt's Creek, (iii) South 09 degrees 11 minutes 27 seconds East 69.75 feet to a point situated 20 feet westerly from the centerline of McNutt's Creek, (iv) South 22 degrees 53 minutes 35 seconds East 80.27 feet to a point situated 15 feet westerly from the centerline of McNutt's Creek, (v) South 10 degrees 43 minutes 03 seconds East 88.48 feet to a point situated 8 feet westerly from the centerline of McNutt's Creek, (vi) South 22 degrees 33 minutes 45 seconds East 213.51 feet to a point situated 8 feet westerly from the centerline of McNutt's Creek, (vii) South 03 degrees 17 minutes 12 seconds East 83.90 feet to a point situated 12 feet westerly from the centerline of McNutt's Creek, (viii) South 17 degrees 16 minutes 02 seconds East 138.33 feet to a point situated 15 feet westerly from the centerline of McNutt's Creek, (ix) South 19 degrees 46 minutes 35 seconds East 129.75 feet to a point situated 20 feet westerly from the centerline of McNutt's Creek, (x) South 62 degrees 09 minutes 50 seconds East 328.33 feet to a 1/2 inch reinforcing rod situated on the westerly right of way line of the Athens South Bypass (R/W Varies); run thence South 27 degrees 22 minutes 01 second East 39.66 feet along the westerly right of way line of the Athens South Bypass to a 1/2 inch reinforcing rod; run thence the following courses and distances along Tract 2B: (i) South 81 degrees 59 minutes 41 seconds West 262.45 feet to a 1/2 inch reinforcing rod, (ii) South 12 degrees 43 minutes 17 seconds East 703.25 feet to a 1/2 inch reinforcing rod, (iii) South 59 degrees 08 minutes 13 seconds East 125.69 feet to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 2A.

TRACT 2B

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 5.250 acres and being shown as Tract 2B on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at a 1/2 inch reinforcing rod situated on the southerly side of the cul-de-sac of Chambers Court, said 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 2B and run thence the following courses and distances along Tract 2A: (i) North 59 degrees 08 minutes 13 seconds West 125.69 feet to a 1/2 inch reinforcing rod, (ii)

File # R23-1202

**BK:1761 PG:430**

North 12 degrees 43 minutes 17 seconds West 703.25 feet to a 1/2 inch reinforcing rod, (iii) North 81 degrees 59 minutes 41 seconds East 262.45 feet to a 1/2 inch reinforcing rod situated on the westerly right of way line of the Athens South Bypass (R/W varies); run thence South 31 degrees 04 minutes 56 seconds East 500.00 feet along the westerly right of way line of the Athens South Bypass to a 1/2 inch reinforcing rod; run thence South 35 degrees 59 minutes 43 seconds West 320.48 feet along the property line of Resource Valley Development Group LLC to a 1/2 inch reinforcing rod situated on the northeasterly side of the cul-de-sac of Chambers Court; run thence 192.84 feet along and around a curve with a counter-clockwise rotation and a radius of 60.00 feet, the chord measurement thereof being South 33 degrees 55 minutes 04 seconds West 119.92 feet along the cul-de-sac of Chambers Court to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 2B.

TRACT 2C

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 4.260 acres and being shown as Tract 2C on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at a 1/2 inch reinforcing rod situated on the traverse line of McNutt's Creek and being described as POINT A in the description of Tract 1 above, said 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 2C and run thence the following courses and distances along the traverse line of McNutt's Creek, the centerline of which is the true property line: (i) South 65 degrees 57 minutes 08 seconds East 230.45 feet to a 1/2 inch reinforcing rod, (ii) South 00 degrees 37 minutes 56 seconds West 161.79 feet to a 1/2 inch reinforcing rod (POINT E) situated 20 feet westerly of the centerline of McNutt's Creek; run thence the following courses and distances along the property lines of Lot 14: (i) South 71 degrees 51 minutes 32 seconds West 137.77 feet to a 1/2 inch reinforcing rod, (ii) South 08 degrees 57 minutes 01 second West 149.41 feet to a 1/2 inch reinforcing rod, (iii) South 06 degrees 44 minutes 55 seconds East 134.11 feet to a 1/2 inch reinforcing rod, (iv) South 34 degrees 48 minutes 39 seconds West 88.05 feet to a 1/2 inch reinforcing rod, (v) South 17 degrees 08 minutes 25 seconds East 100.40 feet to a 1/2 inch reinforcing rod, (vi) South 44 degrees 59 minutes 42 seconds West 52.93 feet to a 1/2 inch reinforcing rod, (vii) South 61 degrees 59 minutes 28 seconds West 85.72 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along the lots of Jennings Mill: (i) North 70 degrees 17 minutes 24 seconds West 78.66 feet to a 1/2 inch reinforcing rod, (ii) North 25 degrees 06 minutes 17 seconds West 150.12 feet to a 1/2 inch reinforcing rod, (iii) North 16 degrees 07 minutes 01 second East 186.85 feet to a 1/2 inch reinforcing rod, (iv) North 03 degrees 34 minutes 10 seconds East 198.28 feet to a 1/2 inch reinforcing rod, (v) North 15 degrees 50 minutes 34 seconds East 183.08 feet to a 1/2 inch reinforcing rod, (vi) North 50 degrees 21 minutes 14 seconds East 116.51 feet to a 1/2 inch reinforcing rod, (vii) North 04 degrees 19 minutes 31 seconds West 35.04 feet to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 2C.

File # R23-1202

**BK:1761 PG:431**

TRACT 3

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 23.536 acres and being shown as Tract 3 on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at a point situated on the traverse line of McNutt's Creek and being described as POINT B in the description of Tract 1 above, said point being the TRUE POINT OF BEGINNING of Tract 3 and run thence the following courses and distances along the lots of Jennings Mill: (i) South 11 degrees 54 minutes 29 seconds East 67.93 feet to a 1/2 inch reinforcing rod, (ii) South 02 degrees 08 minutes 09 seconds East 258.25 feet to a 1/2 inch reinforcing rod, (iii) South 70 degrees 19 minutes 14 seconds West 113.14 feet to a 1/2 inch reinforcing rod, (iv) South 17 degrees 13 minutes 23 seconds West 95.98 feet to a 1/2 inch reinforcing rod, (v) South 73 degrees 29 minutes 56 seconds West 84.25 feet to a point, (vi) South 43 degrees 34 minutes 19 seconds West 143.70 feet to a 1/2 inch reinforcing rod, (vii) South 38 degrees 47 minutes 15 seconds West 141.83 feet to a 1/2 inch reinforcing rod, (viii) South 43 degrees 53 minutes 02 seconds East 97.64 feet to a 1/2 inch reinforcing rod, (ix) South 48 degrees 23 minutes 43 seconds East 316.10 feet to a 1/2 inch reinforcing rod, (x) South 22 degrees 49 minutes 14 seconds East 229.06 feet to a 1/2 inch reinforcing rod, (xi) South 17 degrees 05 minutes 47 seconds East 220.17 feet to a 1/2 inch reinforcing rod, (xii) South 33 degrees 12 minutes 58 seconds East 158.72 feet to a 1/2 inch reinforcing rod, (xiii) South 01 degree 30 minutes 28 seconds East 130.93 feet to a 1/2 inch reinforcing rod, (xiv) South 00 degrees 21 minutes 04 seconds West 92.18 feet to a 1/2 inch reinforcing rod, (xv) South 79 degrees 48 minutes 31 seconds East 44.56 feet to a 1/2 inch reinforcing rod situated on the westerly right of way line of McNutt's Crossing (64' R/W) and run thence the following courses and distances along the westerly right of way line of McNutt's Crossing: (i) South 35 degrees 26 minutes 55 seconds West 173.08 feet to a 1/2 inch reinforcing rod, (ii) 10.78 feet along and around a curve with a clockwise rotation and a radius of 1684.00 feet, the chord measurement thereof being South 35 degrees 37 minutes 52 seconds West 10.78 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along the lots of Jennings Mill: (i) North 25 degrees 22 minutes 09 seconds West 654.35 feet to a 1/2 inch reinforcing rod, (ii) North 54 degrees 29 minutes 17 seconds West 248.60 feet to a 1/2 inch reinforcing rod, (iii) North 29 degrees 59 minutes 20 seconds West 296.59 feet to a 1/2 inch reinforcing rod, (iv) North 80 degrees 46 minutes 28 seconds West 162.12 feet to a 1/2 inch reinforcing rod, (v) North 54 degrees 31 minutes 21 seconds West 121.83 feet to a 1/2 inch reinforcing rod, (vi) North 87 degrees 49 minutes 21 seconds West 224.98 feet to a 1/2 inch reinforcing rod, (vii) North 82 degrees 16 minutes 43 seconds West 236.61 feet to a 1/2 inch reinforcing rod, (viii) South 83 degrees 11 minutes 30 seconds West 56.35 feet to a 1/2 inch reinforcing rod, (ix) North 71 degrees 05 minutes 41 seconds West 167.11 feet to a 1/2 inch reinforcing rod, (x) North 59 degrees 44 minutes 37 seconds West 138.92 feet to a 1/2 inch reinforcing rod, (xi) North 52 degrees 07 minutes 30 seconds West 114.02 feet to a 1/2 inch reinforcing rod, (xii) North 03 degrees 10 minutes 15 seconds West 378.22 feet to a point situated in the centerline of McNutt's Creek; continue thence North 03 degrees 10 minutes 15 seconds

File # R23-1202

West 35.00 feet to a sanitary sewer manhole; run thence the following courses and distances along the sanitary sewer line that runs adjacent to McNutt's Creek, the centerline of which is the true property line: (i) South 74 degrees 54 minutes 11 seconds East 401.14 feet to a manhole situated 40 feet northerly from the centerline of McNutt's Creek, (ii) South 78 degrees 58 minutes 24 seconds East 401.54 feet to a manhole situated 30 feet northerly from the centerline of McNutt's Creek, (iii) North 82 degrees 26 minutes 32 seconds East 300.26 feet to a manhole situated 30 feet northerly from the centerline of McNutt's Creek, (iv) North 81 degrees 28 minutes 39 seconds East 257.80 feet to a 1/2 inch reinforcing rod situated 30 feet northerly from the centerline of McNutt's Creek; run thence North 51 degrees 43 minutes 46 seconds East 455.60 feet along the traverse ling along McNutt's Creek, the centerline of which is the true property line to a point being the TRUE POINT OF BEGINNING of Tract 3.

TRACT 4

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 24.689 acres and being shown as Tract 4 on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at a point situated on the easterly right of way line of McNutt's Crossing (64' R/W) and being described as POINT B in the description of Tract 2A above and run thence North 84 degrees 30 minutes 59 seconds West 64.00 feet to a 1/2 inch reinforcing rod situated on the westerly right of way line of McNutt's Crossing and being the TRUE POINT OF BEGINNING of Tract 4, run thence the following courses and distances along the lots of Jennings Mill: (i) South 88 degrees 57 minutes 24 seconds West 709.73 feet to a 1/2 inch reinforcing rod, (ii) South 84 degrees 04 minutes 59 seconds West 88.57 feet to a 1/2 inch reinforcing rod, (iii) South 65 degrees 33 minutes 07 seconds West 405.92 feet to a 1/2 inch reinforcing rod, (iv) South 11 degrees 32 minutes 20 seconds West 40.00 feet to a 1/2 inch reinforcing rod situated on the northerly right of way line of Meriweather Drive (64' R/W); run thence 378.94 feet along and around a curve with a counter-clockwise rotation and a radius of 388.76 feet along the northerly right of way line of Meriweather Drive, the chord measurement thereof being South 73 degrees 36 minutes 53 seconds West 364.12 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along the lots of Jennings Mill: (i) North 44 degrees 18 minutes 34 seconds West 59.79 feet to a 1/2 inch reinforcing rod, (ii) South 67 degrees 28 minutes 04 seconds West 577.32 feet to a 1/2 inch reinforcing rod, (iii) South 70 degrees 12 minutes 16 seconds West 817.48 feet to a 1/2 inch reinforcing rod, (iv) North 55 degrees 11 minutes 26 seconds West 50.00 feet to a 1/2 inch reinforcing rod (POINT C) situated on the easterly right of way line of Millstone Run (50' R/W); run thence the following courses and distances along the easterly right of way line of Millstone Run: (i) 112.90 feet along and around a curve with a clockwise rotation and a radius of 270.31 feet, the chord measurement thereof being North 46 degrees 46 minutes 30 seconds East 112.08 feet to a 1/2 inch reinforcing rod, (ii) North 58 degrees 44 minutes 26 seconds East 191.19 feet to a 1/2 inch reinforcing rod, (iii) 388.82 feet along and around a curve with a counter-clockwise rotation and a radius of 687.50 feet, the chord measurement

thereof being North 42 degrees 32 minutes 18 seconds East 383.66 feet to a 1/2 inch reinforcing rod, (iv) North 26 degrees 20 minutes 11 seconds East 102.47 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along the lots of Jennings Mill: (i) South 61 degrees 23 minutes 30 seconds East 127.41 feet to a 1/2 inch reinforcing rod, (ii) North 68 degrees 07 minutes 37 seconds East 703.42 feet to a 1/2 inch reinforcing rod, (iii) North 05 degrees 53 minutes 57 seconds West 94.84 feet to a 1/2 inch reinforcing rod, (iv) North 46 degrees 40 minutes 16 seconds East 105.74 feet to a 1/2 inch reinforcing rod, (v) North 19 degrees 19 minutes 32 seconds West 208.95 feet to a 1/2 inch reinforcing rod, (vi) North 19 degrees 19 minutes 32 seconds West 100.99 feet to a 1/2 inch reinforcing rod, (vii) North 19 degrees 19 minutes 32 seconds West 186.26 feet to a 1/2 inch reinforcing rod, (viii) North 71 degrees 36 minutes 51 seconds West 60.81 feet to a 1/2 inch reinforcing rod, (ix) North 86 degrees 17 minutes 21 seconds West 208.68 feet to a 1/2 inch reinforcing rod situated on the easterly right of way line of Millstone Run; run thence North 02 degrees 24 minutes 10 seconds West 144.60 feet along the easterly right of way line of Millstone Run to a 1/2 inch reinforcing rod; run thence the following courses and distances along the lots of Jennings Mill: (i) 66.72 feet along and around a curve with a counter-clockwise rotation and a radius of 129.27 feet, the chord measurement thereof being North 62 degrees 57 minutes 11 seconds East 65.98 feet to a 1/2 inch reinforcing rod, (ii) North 52 degrees 13 minutes 09 seconds East 23.43 feet to a 1/2 inch reinforcing rod, (iii) North 86 degrees 51 minutes 19 seconds East 598.60 feet to a 1/2 inch reinforcing rod, (iv) South 55 degrees 58 minutes 58 seconds East 71.44 feet to a 1/2 inch reinforcing rod, (v) South 41 degrees 35 minutes 54 seconds East 51.00 feet to a 1/2 inch reinforcing rod, (vi) South 03 degrees 12 minutes 54 seconds West 28.19 feet to a 1/2 inch reinforcing rod, (vii) South 42 degrees 29 minutes 24 seconds West 88.09 feet to a 1/2 inch reinforcing rod, (viii) South 22 degrees 52 minutes 21 seconds West 85.13 feet to a 1/2 inch reinforcing rod, (ix) South 13 degrees 43 minutes 01 second West 143.18 feet to a 1/2 inch reinforcing rod, (x) South 12 degrees 24 minutes 22 seconds West 213.78 feet to a 1/2 inch reinforcing rod, (xi) South 04 degrees 00 minutes 28 seconds West 240.21 feet to a 1/2 inch reinforcing rod, (xii) North 68 degrees 33 minutes 05 seconds East 586.94 feet to a 1/2 inch reinforcing rod, (xiii) North 84 degrees 46 minutes 45 seconds East 251.79 feet to a 1/2 inch reinforcing rod, (xiv) North 89 degrees 34 minutes 44 seconds East 79.61 feet to a 1/2 inch reinforcing rod, (xv) South 72 degrees 07 minutes 04 seconds East 157.00 feet to a 1/2 inch reinforcing rod, (xvi) South 85 degrees 13 minutes 31 seconds East 107.22 feet to a 1/2 inch reinforcing rod, (xvii) South 60 degrees 29 minutes 23 seconds East 300.05 feet to a 1/2 inch reinforcing rod situated on the westerly side of McNutt's Crossing; run thence the following courses and distances along the westerly right of way line of McNutt's Crossing: (i) 9.15 feet along and around a curve with a counter-clockwise rotation and a radius of 762.69 feet, the chord measurement thereof being South 05 degrees 23 minutes 42 seconds West 9.15 feet to a 1/2 inch reinforcing rod, (ii) South 05 degrees 03 minutes 04 seconds West 69.52 feet to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 4.

TRACT 5

File # R23-1202

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 12.595 acres and being shown as Tract 5 on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at a point situated on the easterly right of way line of Millstone Run (50' R/W) and being described as POINT C in the description of Tract 4 above and run thence North 21 degrees 18 minutes 39 seconds West 58.24 feet to a 1/2 inch reinforcing rod situated on the westerly right of way line of Millstone Run and being the TRUE POINT OF BEGINNING of Tract 5, run thence the following courses and distances along the lots of Jennings Mill: (i) North 51 degrees 10 minutes 13 seconds West 200.88 feet to a 1/2 inch reinforcing rod, (ii) North 22 degrees 04 minutes 55 seconds West 313.58 feet to a 1/2 inch reinforcing rod; run thence North 41 degrees 58 minutes 36 seconds East 999.20 feet along the properties of Bradshaw, Niefer, and Nelms to a 1/2 inch reinforcing rod; run thence North 41 degrees 58 minutes 36 seconds East 963.51 feet along the properties of Salinsky and Breedlove to a 1/2 inch reinforcing rod; run thence South 24 degrees 49 minutes 32 seconds East 48.88 feet along a lot of Jennings Mill to a 1/2 inch reinforcing rod situated on the westerly side of Millstone Run; run thence the following courses and distances along the westerly right of way line of Millstone Run: (i) 296.65 feet along and around a curve with a counter-clockwise rotation and a radius of 251.51, the chord measurement thereof being South 31 degrees 23 minutes 08 seconds West 279.75 feet to a 1/2 inch reinforcing rod, (ii) South 02 degrees 24 minutes 10 seconds East 245.83 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along the lots of Jennings Mill: (i) North 88 degrees 19 minutes 04 seconds West 114.95 feet to a 1/2 inch reinforcing rod, (ii) South 30 degrees 58 minutes 00 seconds West 705.47 feet to a 1/2 inch reinforcing rod, (iii) South 34 degrees 22 minutes 58 seconds West 557.71 feet to a 1/2 inch reinforcing rod, (iv) South 13 degrees 44 minutes 26 seconds West 226.27 feet to a 1/2 inch reinforcing rod situated on the westerly side of Millstone Run; run thence 101.27 feet along and around a curve with a counter-clockwise rotation and a radius of 320.31 feet along the westerly right of way line of Millstone Run, the chord measurement thereof being South 49 degrees 41 minutes 01 second West 100.84 feet to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 5.

TRACT 6

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 16.151 acres and being shown as Tract 6 on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at a 1/2 inch reinforcing rod situated on the northwesterly right of way line of Mill Pond Court at the beginning of the cul-de-sac and being the TRUE POINT OF BEGINNING of Tract 6; run thence the following courses and distances along Tract 7: (i) South 66 degrees 47 minutes 56 seconds West 164.09 feet to a 1/2 inch reinforcing rod, (ii) South 13 degrees 10 minutes 48 seconds West 130.74 feet to a 1/2 inch reinforcing

File # R23-1202

**BK:1761 PG:435**

rod; run thence South 72 degrees 32 minutes 20 seconds West 413.22 feet along the property of the Fairways at 316 LLC to a 1/2 inch reinforcing rod; run thence the following courses and distances along a traverse line along the edge of lake which is the true property line: (i) North 83 degrees 42 minutes 49 seconds West 65.75 feet to a 1/2 inch reinforcing rod, (ii) North 88 degrees 09 minutes 19 seconds West 162.68 feet to a 1/2 inch reinforcing rod, (iii) North 58 degrees 50 minutes 07 seconds West 167.04 feet to a 1/2 inch reinforcing rod; run thence North 16 degrees 57 minutes 57 seconds West 13.44 feet to a point on the edge of the lake; run thence North 16 degrees 57 minutes 57 seconds West 237.04 feet along the property of Hartley to a 1/2 inch reinforcing rod; run thence North 51 degrees 20 minutes 08 seconds West 813.56 feet along the properties of Hartley, McCaskey, Oliver, Conliff, and Owens to a 1/2 inch reinforcing rod situated on the southeasterly right of way line of Meriweather Drive (64' R/W); run thence the following courses and distances along the southeasterly right of way line of Meriweather Drive: (i) 237.05 feet along and around a curve with a clockwise rotation and a radius of 324.76 feet, the chord measurement thereof being North 80 degrees 37 minutes 40 seconds East 231.82 feet to a 1/2 inch reinforcing rod, (ii) South 78 degrees 27 minutes 40 seconds East 285.00 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along the lots of Jennings Mill: (i) South 51 degrees 00 minutes 12 seconds East 299.25 feet to a 1/2 inch reinforcing rod, (ii) South 69 degrees 31 minutes 08 seconds East 310.77 feet to a 1/2 inch reinforcing rod, (iii) South 77 degrees 00 minutes 44 seconds East 261.23 feet to a 1/2 inch reinforcing rod, (iv) North 66 degrees 37 minutes 56 seconds East 181.40 feet to a 1/2 inch reinforcing rod, (v) North 13 degrees 55 minutes 19 seconds East 412.55 feet to a 1/2 inch reinforcing rod situated on the southeasterly right of way line of Meriweather Drive; run thence South 84 degrees 49 minutes 48 seconds East 60.00 feet along the southeasterly right of way line of Meriweather Drive to a 1/2 inch reinforcing rod; run thence the following courses and distances along the property lines of Tract 9: (i) South 48 degrees 25 minutes 43 seconds East 272.74 feet to a point in a branch, (ii) South 45 degrees 35 minutes 46 seconds West 152.94 feet along a traverse line along the branch, the centerline of which is the true property line to a 1/2 inch reinforcing rod situated 15 feet easterly from the centerline of the branch, (iii) South 21 degrees 15 minutes 55 seconds West 45.15 feet to a 1/2 inch reinforcing rod, (iv) South 24 degrees 40 minutes 34 seconds West 137.84 feet to a 1/2 inch reinforcing rod, (v) South 83 degrees 30 minutes 48 seconds East 70.11 feet to a 1/2 inch reinforcing rod (POINT D) situated on the northwesterly right of way line of Mill Pond Court (50' R/W); run thence the following courses and distances along the northwesterly right of way line of Mill Pond Court: (i) 81.76 feet along and around a curve with a counter-clockwise rotation and a radius of 322.56 feet, the chord measurement thereof being South 20 degrees 32 minutes 12 seconds West 81.54 feet to a 1/2 inch reinforcing rod, (ii) South 13 degrees 16 minutes 32 seconds West 85.46 feet to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 6.

TRACT 7

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 14.973 acres and being shown as Tract 7 on a survey by Ben

File # R23-1202

BK:1761 PG:436

McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at a 1/2 inch reinforcing rod situated on the northwesterly right of way line of Mill Pond Court at the beginning of the cul-de-sac and being the TRUE POINT OF BEGINNING of Tract 7; run thence 325.41 feet along the cul-de-sac along and around a curve with a counter-clockwise rotation and a radius of 60.00 feet, the chord measurement thereof being South 76 degrees 43 minutes 28 seconds East 50.00 feet to a 1/2 inch reinforcing rod situated on the southeasterly right of way line of Mill Pond Court (50' R/W); run thence the following courses and distances along the southeasterly right of way line of Mill Pond Court: (i) North 13 degrees 16 minutes 32 seconds East 85.46 feet to a 1/2 inch reinforcing rod, (ii) 400.68 feet along and around a curve with a clockwise rotation and a radius of 272.56 feet, the chord measurement thereof being North 55 degrees 23 minutes 24 seconds East 365.56 feet to a 1/2 inch reinforcing rod, (iii) South 82 degrees 29 minutes 43 seconds East 177.55 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along Tract 10: (i) South 25 degrees 31 minutes 10 seconds East 91.60 feet to a 1/2 inch reinforcing rod, (ii) South 08 degrees 56 minutes 27 seconds West 157.39 feet to a 1/2 inch reinforcing rod, (iii) South 12 degrees 57 minutes 09 seconds West 119.39 feet to a 1/2 inch reinforcing rod, (iv) South 86 degrees 52 minutes 54 seconds East 114.15 feet to a 1/2 inch reinforcing rod, (v) South 03 degrees 15 minutes 27 seconds East 144.82 feet to a point; run thence South 03 degrees 15 minutes 27 seconds East 123.28 feet along the property line of Jennings Mill Dev Partners LLC to a 1/2 inch reinforcing rod; run thence the following courses and distances along the traverse line along the edge of lake which is the true property line: (i) South 02 degrees 32 minutes 40 seconds East 137.38 feet to a point, (ii) South 00 degrees 42 minutes 23 seconds East 216.95 feet to a point, (iii) South 01 degree 55 minutes 49 seconds West 121.73 feet to a point, (iv) South 14 degrees 13 minutes 17 seconds East 252.92 feet to a point, (v) North 31 degrees 12 minutes 07 seconds West 284.15 feet to a point, (vi) North 32 degrees 06 minutes 47 seconds West 150.37 feet to a point, (vii) North 49 degrees 40 minutes 56 seconds West 125.38 feet to a 1/2 inch reinforcing rod; run thence South 61 degrees 41 minutes 20 seconds West 303.79 feet along the lots of the Meadows at Jennings Mill to a 1/2 inch reinforcing rod; run thence North 28 degrees 18 minutes 40 seconds West 674.52 feet along the property line of The Fairways at 316 LLC to a 1/2 inch reinforcing rod; run thence the following courses and distances along Tract 6: (i) North 13 degrees 10 minutes 48 seconds East 130.74 feet to a 1/2 inch reinforcing rod, (ii) North 66 degrees 47 minutes 56 seconds East 164.09 feet to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 7.

TRACT 8 (EXCLUDED)

TRACT 9

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 2.669 acres and being shown as Tract 9 on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

File # R23-1202

**BK:1761 PG:437**

Commence at a point situated on the northwesterly right of way line of Mill Pond Court (50' R/W) and being described as POINT D in the description of Tract 6 above and being the TRUE POINT OF BEGINNING of Tract 9 and run thence the following courses and distances along Tract 6: (i) North 83 degrees 30 minutes 48 seconds West 70.11 feet to a 1/2 inch reinforcing rod, (ii) North 24 degrees 40 minutes 34 seconds East 137.84 feet to a 1/2 inch reinforcing rod, (iii) North 21 degrees 15 minutes 55 seconds East 45.15 feet to a 1/2 inch reinforcing rod situated 15 feet easterly from the centerline of a branch, (iv) North 45 degrees 35 minutes 46 seconds East 152.94 feet along a traverse line along the branch, the centerline of which is the true property line, to a point, (v) North 48 degrees 25 minutes 43 seconds West 272.74 feet to a 1/2 inch reinforcing rod situated on the southerly right of way line of Meriweather Drive (64' R/W); run thence the following courses and distances along the southerly right of way line of Meriweather Drive: (i) South 84 degrees 49 minutes 48 seconds East 229.85 feet to a point, (ii) 240.08 feet along and around a curve with a clockwise rotation and a radius of 919.85 feet, the chord measurement thereof being South 77 degrees 21 minutes 11 seconds East 239.40 feet to a point, (iii) 55.37 feet along and around a curve with a clockwise rotation and a radius of 919.85 feet, the chord measurement thereof being South 68 degrees 09 minutes 05 seconds East 55.37 feet to a point; run thence the following courses and distances along the property line of Cass: (i) South 07 degrees 11 minutes 13 seconds West 4.60 feet to a 1/2 inch reinforcing rod, (ii) South 07 degrees 11 minutes 13 seconds West 206.35 feet to a 1/2 inch reinforcing rod situated on the northwesterly right of way line of Mill Pond Court; run thence the following courses and distances along the northwesterly right of way line of Mill Pond Court: (i) North 82 degrees 29 minutes 44 seconds West 70.13 feet to a point, (ii) 105.47 feet along and around a curve with a counter-clockwise rotation and a radius of 322.56 feet, the chord measurement thereof being South 88 degrees 08 minutes 16 seconds West 105.00 feet to a point, (iii) 286.96 feet along and around a curve with a counter-clockwise rotation and a radius of 322.56 feet, the chord measurement thereof being South 53 degrees 17 minutes 02 seconds West 277.59 feet to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Tract 9.

Less and Except: All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 1.276 acres and being shown as Tract 2 on a survey by James R. Smith for Laniertindall, LLC dated March 1, 2015 being recorded at Plat Book 38 Page 158, and being more particularly described as follows:

Commence at the intersection of the northwesterly right of way line of Mill Pond Court (50' R/W) and the southerly right of way line of Meriweather Drive (64' R/W) and run thence South 86 degrees 48 minutes 17 seconds West 305.90 feet to a 1/2 inch reinforcing rod situated on the northwesterly right of way line of Mill Pond Court and being TRUE POINT OF BEGINNING of the Less & Except area; run thence the following courses and distances along the northwesterly right of way line of Mill Pond Court: (i) North 82 degrees 21 minutes 22 seconds West 70.11 feet to a 1/2 inch reinforcing rod, (ii) 150.75 feet along and around a curve with a counter-clockwise rotation and a radius of 322.56 feet, the chord measurement thereof being South 84 degrees 17 minutes 01 second West 149.38 feet to a 1/2 inch reinforcing rod; run thence

File # R23-1202

North 01 degree 34 minutes 24 seconds East 283.31 feet to a 1/2 inch reinforcing rod situated on the southerly right of way line of Meriweather Drive; run thence the following courses and distances along the southerly right of way line of Meriweather Drive: (i) 217.51 feet along and around a curve with a clockwise rotation and a radius of 800.00 feet, the chord measurement thereof being South 74 degrees 03 minutes 35 seconds East 216.84 feet to a 1/2 inch reinforcing rod, (ii) South 64 degrees 35 minutes 22 seconds East 31.20 feet to a 1/2 inch reinforcing rod; run thence South 07 degrees 19 minutes 55 seconds West 206.40 feet along the property line of Cass to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of the Less & Except area.

TRACT 10

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 2.736 acres and being shown as Tract 10 on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at the westerly most point of the mitered intersection of the southeasterly right of way line of Mill Pond Court (50' R/W) and the southerly right of way line of Meriweather Drive (64' R/W), said point being the TRUE POINT OF BEGINNING of Tract 10 and run thence the following courses and distances along the mitered intersection: (i) South 75 degrees 40 minutes 42 seconds East 99.30 feet to a 1/2 inch reinforcing rod, (ii) South 75 degrees 38 minutes 21 seconds East 0.06 feet to a point situated on the southerly right of way line of Meriweather Drive; run thence 113.07 feet along and around a curve with a clockwise rotation and a radius of 466.25 feet, the chord measurement thereof being South 29 degrees 42 minutes 23 seconds East 112.79 feet to a point; run thence the following courses and distances along the property of Lakeview at Jennings Mill LLC: (i) South 20 degrees 26 minutes 25 seconds West 443.57 feet to a 1/2 inch reinforcing rod, (ii) North 78 degrees 34 minutes 55 seconds West 77.73 feet to a point; run thence the following courses and distances along the property lines of Tract 7: (i) North 03 degrees 15 minutes 27 seconds West 144.82 feet to a 1/2 inch reinforcing rod, (ii) North 86 degrees 52 minutes 54 seconds West 114.15 feet to a 1/2 inch reinforcing rod, (iii) North 12 degrees 57 minutes 09 seconds East 119.39 feet to a 1/2 inch reinforcing rod, (iv) North 08 degrees 56 minutes 27 seconds East 157.39 feet to a 1/2 inch reinforcing rod, (v) North 25 degrees 31 minutes 10 seconds West 91.60 feet to a 1/2 inch reinforcing rod situated on the southeasterly right of way line of Mill Pond Court; run thence the following courses and distances along the southeasterly right of way line of Mill Pond Court: (i) South 82 degrees 29 minutes 37 seconds East 28.27 feet to a 1/2 inch reinforcing rod, (ii) 164.62 feet along and around a curve with a counter-clockwise rotation and a radius of 314.60 feet, the chord measurement thereof being North 82 degrees 30 minutes 51 seconds East 162.75 feet to a point being the TRUE POINT OF BEGINNING of Tract 10.

Lot 14

File # R23-1202

**BK:1761 PG:439**

All that tract or parcel of land lying in and being part of the 1331st GMD, Oconee County, Georgia, containing 1.791 acres and being shown as Lot 14 on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and being more particularly described as follows:

Commence at a 1/2 inch reinforcing rod being described as POINT E in the description of Tract 2C above, being situated 20 feet westerly from the centerline of McNutt's Creek and being the TRUE POINT OF BEGINNING of Lot 14; run thence the following courses and distances along a traverse line along McNutt's Creek, the centerline of which is the true property line: (i) South 22 degrees 24 minutes 21 seconds East 45.41 feet to a point situated 15 feet westerly from the centerline of McNutt's Creek, (ii) South 06 degrees 44 minutes 26 seconds West 62.11 feet to a point situated 14 feet westerly from the centerline of McNutt's Creek, (iii) South 07 degrees 47 minutes 47 seconds East 89.23 feet to a point situated 8 feet westerly from the centerline of McNutt's Creek, (iv) South 13 degrees 58 minutes 41 seconds West 82.22 feet to a point situated 15 feet westerly from the centerline of McNutt's Creek, (v) South 06 degrees 51 minutes 10 seconds East 95.71 feet to a point situated 15 feet westerly from the centerline of McNutt's Creek, (vi) South 07 degrees 40 minutes 34 seconds West 57.20 feet to a 1/2 inch reinforcing rod situated 18 feet westerly from the centerline of McNutt's Creek; run thence the following courses and distances along Tract 2A: (i) South 72 degrees 15 minutes 28 seconds West 66.17 feet to a 1/2 inch reinforcing rod, (ii) North 18 degrees 10 minutes 12 seconds West 90.22 feet to a 1/2 inch reinforcing rod, (iii) North 57 degrees 12 minutes 08 seconds West 38.38 feet to a 1/2 inch reinforcing rod, (iv) South 34 degrees 48 minutes 39 seconds West 76.74 feet to a 1/2 inch reinforcing rod, (v) South 17 degrees 08 minutes 25 seconds East 75.00 feet to a 1/2 inch reinforcing rod, (vi) South 17 degrees 08 minutes 25 seconds East 28.28 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along a lot of Jennings Mill: (i) South 44 degrees 59 minutes 35 seconds West 71.73 feet to a 1/2 inch reinforcing rod, (ii) South 61 degrees 59 minutes 29 seconds West 86.79 feet to a 1/2 inch reinforcing rod, (iii) South 49 degrees 48 minutes 01 second West 173.14 feet to a 1/2 inch reinforcing rod, (iv) South 75 degrees 57 minutes 07 seconds West 61.66 feet to a 1/2 inch reinforcing rod situated on the easterly right of way line of McNutt's Crossing (R/W Varies); run thence 31.91 feet along the easterly right of way line of McNutt's Crossing along and around a curve with a counter-clockwise rotation and a radius of 87.50 feet, the chord measurement thereof being North 52 degrees 04 minutes 30 seconds West 31.74 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along a lot of Jennings Mill: (i) North 75 degrees 57 minutes 04 seconds East 75.41 feet to a 1/2 inch reinforcing rod, (ii) North 49 degrees 48 minutes 01 second East 170.00 feet to a 1/2 inch reinforcing rod; run thence the following courses and distances along Tract 2C: (i) North 61 degrees 59 minutes 28 seconds East 85.72 feet to a 1/2 inch reinforcing rod, (ii) North 44 degrees 59 minutes 42 seconds East 52.93 feet to a 1/2 inch reinforcing rod, (iii) North 17 degrees 08 minutes 25 seconds West 100.40 feet to a 1/2 inch reinforcing rod, (iv) North 34 degrees 48 minutes 39 seconds East 88.05 feet to a 1/2 inch reinforcing rod, (v) North 06 degrees 44 minutes 55 seconds West 134.11 feet to a 1/2 inch reinforcing rod, (vi) North 08 degrees 57 minutes 01 second East 149.41 feet to a 1/2 inch reinforcing rod, (vii) North

File # R23-1202

**BK:1761 PG:440**

71 degrees 51 minutes 32 seconds East 137.77 feet to a 1/2 inch reinforcing rod being the TRUE POINT OF BEGINNING of Lot 14

All directions recited herein are referenced to magnetic north.

TRACT 8

All that tract or parcel of land lying in and being part of the 241st GMD, Athens-Clarke County, Georgia, containing 2.812 acres and being shown as Tract 8 on a survey by Ben McLeroy for Titan Jennings Mill LLC dated September 6, 2012, and on a survey by Ben McLeroy for Titan Jennings Mill LLC Dated September 19, 2014 and being more particularly described as follows:

Commence at an 80 penny nail situated at the point of intersection formed by the centerline of Commerce Boulevard and the centerline of U.S. 29 & 78 Highway and run thence South 01 degree 31 minutes 48 seconds East 2178.53 feet to a 1/2 inch reinforcing rod situated on the easterly right of way line of Commerce Boulevard (60' R/W); run thence North 80 degrees 17 minutes 22 seconds East 483.81 feet along the northerly edge of a 60 foot wide Road Easement to a point being the TRUE POINT OF BEGINNING of Tract 8; run thence North 12 degrees 20 minutes 05 seconds West 169.00 feet along the property line of Briscoe to a 1/2 inch reinforcing rod; run thence North 12 degrees 08 minutes 14 seconds West 40.06 feet along the property of Velez to a 1/2 inch reinforcing rod; run thence North 77 degrees 39 minutes 55 seconds East 344.86 feet along the property lines of Liberty Capital Investment Group LLC and Jennings Mill Associates LP to a 1/2 inch reinforcing rod; run thence South 12 degrees 20 minutes 05 seconds East 355.06 feet along the property lines of Jennings Mill Associates LP and Huntington Road Partners LLC to a 1/2 inch reinforcing rod; run thence South 77 degrees 39 minutes 55 seconds West 265.00 feet along the property line of Huntington Road Partners LLC to a 1/2 inch reinforcing rod; run thence South 77 degrees 39 minutes 55 seconds West 80.00 feet along the property line of Conquest Commercial Funding LLC (Tract 1) to a 1/2 inch reinforcing rod; run thence North 12 degrees 20 minutes 05 seconds West 135.06 feet along the property line of KPGC Properties LLC to a 1/2 inch reinforcing rod; run thence North 12 degrees 20 minutes 05 seconds West 10.94 feet along the property line of Briscoe to a point being the TRUE POINT OF BEGINNING of Tract 8.

All directions recited herein are referenced to magnetic north.

Property Address: **1150 Chambers Ct.**
**Watkinsville, GA 30677**

File # R23-1202

PT-61 (Rev. 2/18)    To be filed in **OCONEE COUNTY**    PT-61 108-2024-000172

| SECTION A – SELLER'S INFORMATION (Do not use agent's information) || SECTION C – TAX COMPUTATION ||
|---|---|---|---|
| SELLER'S BUSINESS / ORGANIZATION / OTHER NAME<br>Compass Golf, LLC, a Delaware limited liability company || Exempt Code<br>If no exempt code enter NONE | NONE |
| MAILING ADDRESS (STREET & NUMBER)<br>9105 Old Southwick Pass || 1. Actual Value of consideration received by seller<br>Complete Line 1A if actual value unknown | $0.00 |
| CITY, STATE / PROVINCE / REGION, ZIP CODE, COUNTRY<br>Alpharetta, GA 30022 USA | DATE OF SALE<br>2/2/2024 | 1A. Estimated fair market value of Real and Personal property | $0.00 |
| SECTION B – BUYER'S INFORMATION (Do not use agent's information) || 2. Fair market value of Personal Property only | $0.00 |
| BUYERS'S BUSINESS / ORGANIZATION / OTHER NAME<br>7th Year, LLC, a Delaware limited liability company || 3. Amount of liens and encumbrances not removed by transfer | $0.00 |
| MAILING ADDRESS (Must use buyer's address for tax billing & notice purposes)<br>9105 Old Southwick Pass || 4. Net Taxable Value<br>(Line 1 or 1A less Lines 2 and 3) | $0.00 |
| CITY, STATE / PROVINCE / REGION, ZIP CODE, COUNTRY<br>Alpharetta, GA 30022 USA | Check Buyers Intended Use<br>( ) Residential ( ) Commercial<br>( ) Agricultural ( ) Industrial | 5. TAX DUE at .10 per $100 or fraction thereof<br>(Minimum $1.00) | $0.00 |

| SECTION D – PROPERTY INFORMATION (Location of Property (Street, Route, Hwy, etc)) ||||
|---|---|---|---|
| HOUSE NUMBER & EXTENSION (ex 265A)<br>1150 | PRE-DIRECTION, STREET NAME AND TYPE, POST DIRECTION<br>Chambers Court || SUITE NUMBER |
| COUNTY<br>OCONEE | CITY (IF APPLICABLE) | MAP & PARCEL NUMBER<br>C-01-031-BA & A & AA & K | ACCOUNT NUMBER |
| TAX DISTRICT | GMD | LAND DISTRICT | ACRES | LAND LOT | SUB LOT & BLOCK |

| SECTION E – RECORDING INFORMATION (Official Use Only) |||||
|---|---|---|---|---|
| DATE | DEED BOOK<br>1761 | DEED PAGE<br>424 | PLAT BOOK | PLAT PAGE |

**ADDITIONAL BUYERS**
None