# AFFIDAVIT OF NON-SERVICE

**State of Georgia**     **County of NORTHERN DISTRICT**     **United States District Court**

Case Number: 1:24-CV-01423

Plaintiff: **IN RE: U.S. STRATEGIC CAPITAL ADVISORS LLC**
vs.
Defendant: **COMPASS GOLF LLC, L&J ACQUISITIONS LLC, L&J GOLF, LLC, 7TH YEAR LLC, CONQUEST COMMERCIAL FUNDING, LLC, CONQUEST COMMERCIAL DEVELOPMENT LLC, A&J GULF BLVD LLC, RAIMONDI & ASSOCIATES, LLC, JORGE E. MARTINEZ, ADRIANA E. CASTRILLO, LAWRENCE N. RAIMONDI, JR., DAVID BISCAN, MIKE MOSES, J.T. JENSEN, and JOHN DOE NUMBERS 1-5**

For:
ROBERT ARKIN
ROBERT ARKIN LLC
6075 BARFIELD RD
SUITE 226
ATLANTA, GA 30328

Received these papers on the 10th day of April, 2024 at 1:00 pm to be served on **JORGE MARTINEZ, 9105 OLD SOUTHWICK PASS, JOHNS CREEK, GA 30022**.

I, MUHSIN HASSAN, being duly sworn, depose and say that on the **14th day of April, 2024** at **2:30 pm, I:**

**NON-SERVED** the **SUMMONS, CIVIL COVER SHEET, VERIFIED COMPLAINT FOR RACKETEERING, CIVIL CONSPIRACY, FRAUD, DECEIT, BREACH OF CONTRACT, AND FRAUDULENT TRANSFER, VERIFIED EMERGENCY MOTION FOR IMMEDIATE APPOINTMENT OF A RECEIVER AND MEMORANDUM OF LAW IN SUPPORT**. After due search, careful inquiry and diligent attempts was unable to serve on **JORGE MARTINEZ** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
4/10/2024 6:10 pm ATTEMPTED SERVICE AT 9105 OLD SOUTHWICK PASS JOHNS CREEK, GA AND THERE WAS NO ANSWER AT THE DOOR. THERE WAS NOT ANY CARS IN THE DRIVEWAY AND THERE WAS NOT ANY LIGHTS ON INSIDE THE HOUSE.
4/11/2024 8:40 pm ATTEMPTED SERVICE AT 9105 OLD SOUTHWICK PASS AND THERE WAS NO ANSWER AT THE DOOR AND THERE ARE NO LIGHTS ON INSIDE THE HOUSE. NO CARS IN THE DRIVEWAY.
4/14/2024 2:30 pm ATTEMPTED SERVICE AT 301 CASTLE DR. TRENTON, GA. AND THE DEFENDANT WAS NOT HERE AT THIS TIME. THE MANAGER SAID THAT HE WILL COME IN MAYBE TWICE A YEAR AND THEY BELIEVE THAT HE IS IN FLORIDA.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 17th day of April, 2024

NOTARY PUBLIC

MUHSIN HASSAN
Process Server

Our Job Serial Number: SBH-2024000269

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▼

| | |
|---|---|
| IN RE: U.S. STRATEGIC CAPITAL ADVISORS LLC, ) ) ) ) *Plaintiff(s)* ) v. ) COMPASS GOLF LLC, L & J ACQUISITIONS LLC, ) L&J GOLF, LLC, 7TH YEAR LLC, CONQUEST ) COMMERCIAL FUNDING, LLC, CONQUEST ) COMMERCIAL DEVELOPMENT LLC, et al. ) ) *Defendant(s)* ) | Civil Action No. 1:24-cv-1423 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jorge Martinez
9105 Old Southwick Pass
Johns Creek, GA 30022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert Arkin
Robert Arkin LLC d/b/a Arkin.Law
6075 Barfield Road, Suite 226
Atlanta, GA 30328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 04/04/2024

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-1423

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* __JORGE MARTINEZ__
was received by me on *(date)* __April 10, 2024__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because __DEFENDANT IS BELIEVED TO BE IN FLORIDA__ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/14/24__

_____
Server's signature

__Muhsin Hassan / Process Server__
Printed name and title

2692 S. Hairston Rd. Ste. 109
Decatur, GA. 30035
Server's address

Additional information regarding attempted service, etc: