## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE:  U.S. STRATEGIC CAPITAL ADVISORS LLC | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:24-cv-01423-VMC<br>)<br>) |
| v. | )<br>) |
| COMPASS GOLF LLC, et al., | )<br>) |
| Defendants. | )<br>) |
| _____ | ) |

## DEFENDANTS' CONSENT TO TREAT PLAINTIFF'S MOTION TO DISMISS UNDER FRCP 41(a)(1) AS A VOLUNTARY DISMISSAL

Plaintiff has filed a Motion to Dismiss seeking to dismiss this "action" "[p]ursuant to **Fed. R. Civ. Proc. Rule 41(a)(1)(A)(i)**[.]"  [Dkt. No. 45 (emphasis added)].  As this Court is aware, a dismissal under Rule 41(a)(1)(A)(i) is a **notice of voluntary dismissal**, no order of the Court being required.

For the sake of the clarity of the record, Defendants therefore consent to treat Plaintiff's Motion to Dismiss as a Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i), and respectfully request that the Court instruct the

Clerk of Court to note that the action is therefore voluntarily terminated at the request of the Plaintiff, with no objection by any of the Defendants.

Defendants furthermore note that pursuant to F.R.C.P. 41(a)(1), dismissal of this action is not requested by, and should not be accomplished by Court order.

This 15th day of May, 2024.

        Respectfully submitted,

*/s/ Steven G. Hill*
Steven G. Hill
Georgia State Bar No. 354658
HILL, KERTSCHER & WHARTON, LLP
3625 Cumberland Blvd. SE, Suite 1050
Atlanta, GA 30339
Telephone: (770) 953-0995
Facsimile:  (770) 953-1358
Email: sgh@hkw-law.com

*Counsel for Defendants Compass Golf LLC, L & J Acquisitions LLC, L&J Golf, LLC, 7th Year LLC, Conquest Commercial Funding, LLC, Conquest Commercial Development, LLC, A&J Gulf Blvd LLC, Jorge E. Martinez, Adriana E. Castrillo, David Biscan, Mike Moses, and J.T. Jensen*

-and-

*/s/ David A. Anton*
David A. Anton
Georgia Bar No: 020552
ANTON LAW, LLC
3180 North Point Pkwy, Suite 103
Alpharetta, GA 30005

Telephone: (770) 408-7002
*Email:* dave@davidantonlaw.com

*Attorney for Raimondi & Associates, LLC
and Lawrence N. Raimondi, Jr.*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 15th day of May, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

Respectfully submitted,

*/s/ Steven G. Hill*
Steven G. Hill

*Counsel for Defendants Compass Golf LLC, L & J Acquisitions LLC, L&J Golf, LLC, 7th Year LLC, Conquest Commercial Funding, LLC, Conquest Commercial Development, LLC, A&J Gulf Blvd LLC, Jorge E. Martinez, Adriana E. Castrillo, David Biscan, Mike Moses, and J.T. Jensen*